

Allen Morsley #14718-056
P.O. Box 1000
Lewisburg, Pa. 17837
B-Block

1:01CV1003

Dear Clerk of the Court,

My Petition for A Habea Corpus § 2241 was filed on May 28, 2001, to this Court. I have not yet receive a Docket Number, if this could be forwarded to the below address, along with any other communications by mail, it would be very helpful to petitioner: Petitioner has had problems concerning legal mail...

Mr Allen Morsley #14718-056
119-15 147th Street
So.Ozone Park, New York 11436...

Than you for your time.

FILED
SCRANTON
JUN 0 7 2001
PER _____ DEPUTY CLERK

"W. ZEGARSKI, PAROLE OFFICER"
AUTHORIZED BY ACT OF JULY 7, 1955
TO ADMINISTER OATHS
(18 U.S.C. 4004)

6/1/01

Respectfully Submitted
Allen Morsley.