3:01CV1003

③
6/11/01
TS
Kane/D.B.

Allen Morsely 147-18056
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, Pa. 17837

U.S. District Court Clerk

I am Joan Mosely mother of Allen Morsely 147-18056 Inmate At U.S.P. Lewisburg. This Money order is the $5.00 for the filing fee, He has already send in the the papers. Thank you

Mrs. Joan Mosely 6/2/01
119-15 147th Street
So. Ozone Park, N.Y. 11436

---

Wed Jun 6 16:07:55 2001
UNITED STATES DISTRICT COURT
SCRANTON, PA
Receipt No. 233 63927
Cashier rich
Tender Type MONEY ORDER
M.O. Numbers: 032650442354
Transaction Type N
Div No 3
Acct 086900
DG Code 4667
Amount $ 5.00
JOAN MOSELY 119 147TH STREET
S. OZONE PARK, NY 11436
PETN FOR H/C -- ALLEN MORSELY



Shawn Moseley
19-15 14th Street
So. Ozone Park, N.Y. 11436

U.S. District Court Clerk
235 N. Washington Ave
P.O. Box 1148
Scranton, PA 18501

RECEIVED
SCRANTON
JUN - 6 2001
PER _____ DEPUTY CLERK