UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY,
:
Petitioner : CIVIL NO. 1:CV-01-1003
:
v. : (Judge Kane)
:
DONALD ROMINE,
:
Respondent :

**ORDER**

FILED
HARRISBURG, PA

JUL 19 2001

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

NOW, THIS 17th DAY OF July, 2001, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondent and the United States Attorney.

2. Within twenty (20) days of the date of this order, Respondent shall respond to the allegations in the petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

_____
YVETTE KANE
United States District Judge