Copy 5

**JUDGE'S COPY**

7/15/01

United States District Court
Middle District of Pennsylvania

Re- 1:01-cv-01003

Morsley v. Romine

**FILED**
**HARRISBURG**
JUL 20 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

Dear Clerk of Court

Hear is the change of Address for mailing court orders or responses,

Mr. Alan Morsley #14718056
F.C.I Edgefield
P.O. Box 724
Edgefield SC. 29824

If petitioner is moved again I will make sure that new address is forwarded also.

Thank you very much.

Mr. Alan Morsley

7/15/01