Copy (6)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
John Ashcroft
Room #511 - Main Justice Bldg.
10th + Constitution Av.
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): DEPARTMENT OF JUSTICE
B. Date of Delivery: JUL 25 2001
C. Signature: X Ernest L. Parker
   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**
(same instructions)

Article Addressed to:

Martin Carlson
U.S. Attorney
P.O. Box 11754
Harrisburg, PA 17108

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by: [illegible]
B. Date of Delivery: JUL 20 2001
C. Signature: X [illegible]
   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**
(same instructions)

1. Article Addressed to:

Donald Romine, Warden
PO Box 1000
Lewisburg, PA 17837

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): 6 A. Allen
B. Date of Delivery: 7-26-01
C. Signature: X [illegible]
   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0166 3548

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

1: CV-01-1003
7/19/01
Show Cause
Order

Kane

PRSLC
Felicario

**FILED**
HARRISBURG, PA
AUG 1 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk