IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY,
    Petitioner,

vs.    RECORD NO.1:01-cv-01003

DONALD ROMINE,
    Respondent.

FILED
HARRISBURG
AUG 2 0 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

MOTION FOR CONTINUANCE

    NOW COMES, Allen Morsley, your petitioner in this cause of action pro se and pursuant to authority of the Federal Rules of Civil Procedure and pursuant to the Federal Rules of Criminal Procedure, respectfully move this Honorable Court to grant him leave to file a reply to the governments response of out of time. The court is further moved to grant petitioner an exstention of time in which to file his pleadings in response to the government's motion. In support of this motion state and plead as follows:

    1. On August 10, 2001, petitioner contacted the deputy clerk of the court who advised him that her office received on August 6, 2001, the governments response. Petitioner has yet to receive a copy of the governments response in that he has never received such response nor seen the response.

    2. The clerk likewise advised that she could not tell from the record before her if there was an order directing

-1-

MOTION FOR CONTINUANCE PAGE NO.2

that petitioner file any motion or reply within 15 days or otherwise.

    3. Petitioner has not received a copy of the governments pleading and respectfully request a reasonable amount of time in which to file a response after the court provide him a copy of the givernments response.

    WHEREFORE, Allen Morsley, your petitioner respectfully pray unto this Honorable Court that this motion be granted accordingly.

                                Respectfully Submitted

                            By: *Allen Morsley*

                            Allen Morsley, Petitioner Pro se

*I Allen Morsley swear under the penalty of perjury that this is a true account of what has TAKEN place*

*Allen Morsley*
*14718oslo*