MR, ALLEN MORSLEY
14718,056
FEDERAL CORRECTION
INSTITUTION UNIT, A
EDGEFIELD SC,

FILED
HARRISBURG  AUG 11th 20

AUG 20 2001

MARY E. D'ANDREA, CLERK
DEPUTY CLERK

copy

DEAR JUDGE YVETTE KANE

I TRULY HAVE KNOW IDEA WETHER THIS KIND OF LETTER IS PROPER, ACCORDING TO THE
LAWS OF THIS STATE,  YET I DO HAVE A CASE PENDING BEFORE THIS HONORABLE COURT
ALLEN MORSLEY VS. DONALD ROMINE, CASE #1:01cv01003,  AND TO SAY THAT THIS CASE
IS COMPLEXED WOULD BE ONLY THE TIP OF THE ICE BURG,
PETITIONER HAS THUS FAR RAISED ALL CLAIMS AS A PRO SE LITTIGANT,
SO PLEASE BARE WITH ME IN MY LAYMAN UNDERSTNDING OF THE LAW§

THIS COURT SHOULD BE AWARE BY NOW THAT PETITIONER HAS NOT AS OF YET"
SEEN THE RESPONSE THATWAS MADE PART OF THE RECORD ON AUG 6th 2001,
PETITIONER HAS FORWARDED A MOTION TO THIS CUORT ASKING FOR A EXTINCTION
TO RESPOND,  SO PETITONER HAS TAKEN IT UPON HIMSELF TO ADDRESS THE COURT
WITH HOPES OF BEING ENLIGHTEN ABOUT A FEW PROBLEMS THAT HAVE ARRIVED,

1, PETITIONER HAD PLANNED ON INCLUDING A **BAILEY CLAIM**,  BAILEY V US 116 SCt50
YET PETITIONER IS UNDER THE IMPRESSION THAT SUCH A CLAIM COULD NOT BE RAISED
IF IT WOULD MAKE NO DIFFRENCE IN THE SENTENCE THAT ONE WAS SERVING, WELL THIS
WAS THE CASE BEFORE THE **APPRENDI** ISSUE WAS DECIDED, NOW WETHER THIS WAS A LO
RULE THAT PETITIONER COULD NOT OVERCOME PETITIONER DOESNT NO, BUT WHAT I WOU
LIKE TO NO IS WETHER PETITIONER HAS BEEN BARED FROM RAISING SUCH A CLAIM ?

2, PETITIONER HAS RECEIVED DOCUMENTS FREEDOM OF INFORMATION THAT PETITIONER
WAS INDICTED FOR VIOLATION OF **18 usc SECTION 371 CHAPTER 19 (CONSPIRACY)**
AND **TITLE 18 usc924(c)**  as PETITIONER WAS NOT INVOLVED WITH THE BUY AND SALE
OPERATIONS THAT WERE CONDUCTED IN THE INSTANT CASE,  BUT EVEN WITH SUCH
DOCUMENTS IN MY POSSESSION, PETITIONER HAS SEEN FIRST HANDED HOW THE GOVERME
COULD TURN SUCH A ARGUMENT AROUND AS THEY HAVE ALL THE PAPERS" AND HAVE SHOW
PETITIONER THAT THEY ARE NOT ABOVE CHANGING THINGS TO SUITE THEMSELVES,
THE RUB IS THAT THE PEOPLE THAT PETITIONER RECEIVED THE DOCUMENTS FROM,
ARE THE PEOPLE THAT INVESTIGATED THE CASE/ PREPARED THE CASE/ AS WELL AS
SUBMITTED IT FOR PROSECUTION,      SEE ATTACHMENTS

3, IF THIS HONORABLE JUDGE CAN NOT STEER PETITIONER SO THAT HE MIGHT BE ABLE
TO BRING FORTH THE LAW IN A WAY THAT PETITIONER MIGHT HAVE HIS ARGUMENT WEIG
IN THE INTREST OF JUSTICE, THEN PETITIONER ASK THIS HONORABLE JUDGE TO APPOI
COUNSEL SO THAT THE FLOOR MIGHT BE LEVELED,  AS PETITIONER AVERS THE FOLLOWI

PETITIONERS ARGUMENT THAT GOVERMENT AMENDED THE INDICTMENT"  IS ALREADY IN
ORIGINAL PETITION FOR HABEAS CORPUS" NOW WETHER PETITIONER CAN SUPPLEMENT
THE ORIGINAL PETITION FOR WRIT IS A QUESTION FOR THE COURT TO DECIDE"
YET PETITIONERS SECOND ARGUMENT HOLDS SOME WHAT OF ANOTHER QUESTION"
FOR THE BAILEY CLAIM HAS NEVER BEEN RAISED,

SINCERLY SUBMITTED

THIS DAY 12th Aug, 2001
ALLEN MORSLEY

WHEREFORE PETITIONER PRAYS THAT THIS
HONORABLE JUDGE AMENDS PETITION FOR
HABEAS CORPUS RELEIF TO INCLUDE
PETITIONERS ARGUMENTS AND APPOINT
COUNSEL SO THAT PETITIONERS LIBERY
MIGHT BE RETURNED



DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
4530 PARK ROAD, SUITE 400
CHARLOTTE, NORTH CAROLINA 28209

AUG 18 1993

Case Number: 13550 93 4565 T

Honorable ~~~
United States Attorney
Eastern Judicial District
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601-1461

Dear ~~~

The enclosed criminal case report is submitted for prosecution regarding violations of the federal firearms laws by Fletcher Junior Johnson, et als.

From the fall of 1991 to May 1993, Johnson, then a federally licensed firearms dealer, illegally distributed over 1000 firearms to known drug traffickers and convicted felons in the Johnston County, North Carolina, area.

This case has been discussed with Assistant United States Attorney ~~~, and she is aware that on July 6, 1993, the defendants were indicted by a federal grand jury. We suggest this report be forwarded to her attention.

If you need further information, please contact Special Agent ~~~ at (919) 856-

Sincerely yours,

Special Agent in Charge

Enclosure

| INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|
| INITIALS | | | | |
| DATE 8/16/93 | 8/16/93 | 8/17/93 | | |



**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

4530 Park Road, Suite 400
Charlotte, North Carolina 28209

LE:NC:RA:jms

Case No: 13550 93 4565 T

Report examined, approved
and recommended for
prosecution.

_____
Special Agent in Charge
Bureau of Alcohol,
Tobacco and Firearms


The Honorable James R. Dedrick
United States Attorney
Eastern District of North Carolina
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601

This report relates to alleged violations of the Federal firearms and conspiracy laws by Fletcher Johnson, et al, who between the fall of 1991 and June 1993, did conspire to obtain firearms with altered and obliterated serial numbers and receive firearms transferred in violation of State and Federal record keeping requirements and use firearms in connection with drug trafficking crimes in Wake County, Eastern District of North Carolina.

### DEFENDANTS AND ARREST STATUS

JOHNSON, Fletcher Junior - Arrested 7/8/93; Indicted 7/6/93. ✓
                        - Arrested 6/11/93; Indicted 7/6/93. ✓
                   ed 6/11/93; Indicted 7/6/93. ✓
                        - Arrested 6/11/93; Indicted 7/6/93. ✓
                        - Arrested 6/16/93; Indicted 7/6/93. ✓
                        - Arrested 6/17/93; Indicted 7/6/93. ✓
                      e - Arrested 7/8/93; Indicted 7/6/93. ✓
                        - Arrested 7/8/93; Indicted 7/6/93. ✓
DOE, John - a/k/a Raleek - Not arrested, Indicted 7/6/93.

## STATUTES VIOLATED

The above listed defendants are charged with violations of the following sections:

Section 371, chapter 19, Title 18, USC
Section 924(c)(1), chapter 44, Title 18, USC

As to                                                                (Additional)

## CHRONOLOGY OF EVENTS

In the late fall of 1991, Fletcher Junior Johnson, a licensed Federal firearms dealer began selling firearms without having the purchaser fill out the required ATF forms 4473 and or present him with the required North Carolina Pistol Permits.

(Exhs: 2, 3, 4)

On or about November 23, 1992, John Doe, a/k/a Raleek. a major drug trafficker who supplied crack cocaine
received a shipment of four Mac 10, 9mm handguns, with altered serial numbers, from Fletcher Johnson.

(Exhs: 3, 4, 12)

On or about December 16, 1992, John Doe, a/k/a Raleek. a major drug trafficker who supplied crack cocaine
received a shipment of fifteen Bryco .380 caliber pistols, with altered serial numbers, from Fletcher Johnson.

(Exhs: 3, 4, 12)

13550 93 4565 T

## CHRONOLOGY OF EVENTS--Cont.

On July 6, 1993, all the previously listed co-conspirators were indicted in New Bern, NC, for 18 USC 924(c)(1), Use of a Firearm During and in Relation to a Drug Trafficking Crime. Additional indictments included 21 USC 846(a) Conspiracy to Possess with Intent to Distribute Cocaine, 18 USC 1342 Wire Fraud, 18 USC 924(h) Transfer a Firearm Knowing Such Firearms would be Used to Commit a Drug Trafficking Crime, 18 USC 922(k) Possession of Firearms with Altered and Obliterated Serial Numbers.

(Exhs: 13)




(Exhs: 4, 13)

## LIST OF WITNESSES AND EXHIBITS

1.  Tecs II Computerized Criminal History:

    A.  JOHNSON, Fletcher Junior
    B.
    C.
    D.
    E.
    F.
    G.
    H.
    I.  DOE, John

2.  Statement of                    , Special Agent of the Bureau of Alcohol, Tobacco and Firearms, Raleigh, North Carolina, telephone number (919) 856

3.  Criminal case report number 13530 93 2504 L, by           , Special Agent, Bureau of Alcohol, Tobacco and Firearms, Fayetteville, NC, telephone (919) 483

4.  Statement of                    , Special Agent of the Bureau of Alcohol, Tobacco and Firearms, Raleigh, North carolina, telephone (919) 856.

4C.

7

34

13550 93 4565 T

PERSONAL HISTORY OF DEFENDANTS--Cont.

Alias -

Present Address -

Place and Date of Birth -

Area Code and Telephone Number -

FBI Number -

State Police Number -

Social Security Number -

Description -

Criminal Record -

Attempted Escape -

Resisted Arrest -

Marital Status -

Amount of Funds on Person -

Capacity in Current Case -

Financial Responsibility - N/A.

Name - DOE, John.

Alias - Raleek.

Present Address - Unknown.

Place and Date of Birth - Unknown.

Area Code and Telephone Number - Unknown.

FBI Number - Unknown.

State Police Number - Unknown.

Social Security Number - Unknown.

13550 93 4565 T

## PERSONAL HISTORY OF DEFENDANTS--Cont.

<u>Description</u> - Black male, black hair, brown eyes.

<u>Criminal Record</u> - Unknown.

<u>Attempted Escape</u> - N/A.

<u>Resisted Arrest</u> - N/A.

<u>Marital Status</u> - Unknown.

<u>Amount of Funds on Person</u> - N/A.

<u>Capacity in Current Case</u> - Conspiracy to violate Federal firearms and narcotics laws.

<u>Financial Responsibility</u> - N/A.

<u>Name</u> -

<u>Alias</u> -

<u>Present Address</u> -

<u>Place and Date of Birth</u> -

<u>Area Code and Telephone Number</u> -

<u>FBI Number</u> -

<u>State Police Number</u> -

<u>Social Security Number</u> -

<u>Description</u> -

<u>Criminal Record</u>

<u>Attempted Escape</u>

<u>Resisted Arrest</u>

<u>Marital Status</u> -

<u>Amount of Funds on Person</u>

<u>Capacity in Current Case</u>

17

13550 93 4565 T

## PERSONAL HISTORY OF DEFENDANTS--Cont.

Financial Responsibility -

### IDENTIFICATION, DISPOSITION, AND VALUE OF SEIZURE

None.

### STATUS OF SEIZED PROPERTY

All property in ATF custody has been retained for evidentiary purposes and is stored in the ATF Evidence Vault, Raleigh, NC.

### STATE OR LOCAL PROSECUTION

None.

### CASE AGENT

