JUDGE'S COPY

Dear Judge Y. Kane

Re: Allen Mosley vs. Donald Romine

No. 1:01-cv-01003

FILED
HARRISBURG

SEP 0 7 200_

MARY E. D'ANDREA,
Per_____ DEPUTY CLERK

I'm Writing To Bring To Your Attention That I still havent Received Copy of Governments responses Filed Aug, 6, 2001,

If The Court Could order Goverment To Serve Copy To Petitioner, as soon as possi_

Petitioner Hasnt Been Able To Sleep at All, This is The Second Time Ive Contacted The Court By Mail, and it is not Petition_ wish To Take up This Honorable Judges Time with Such Matters,

And Petitioner is Sorry He Had To Bring it To The Attention of The Court,

Thank you For Your Time

Respectfully Submitted

Aug. 30, 2001,

Allen Mosley #14718_