JUDGES COPY

Dear Clerk of the Court,    Aug. 30, 2001

My name is Allen Morsley    No. 1:01-cv-01003
I'm writing you about a respones that was filed by respondent on Aug. 6, 2001. I've written in the past bringing to the attention that I havent received a copy.

FILED
HARRISBURG
SEP 07 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

Petitioner has already forwarded of address in the past, but here it is again,

Allen Morsley #14718056

Unit A-1

F.C.I. EDGEFIELD

P.O. BOX 724
EDGEFIELD S.C. 29824

Thank you for your time

Submitted this day Aug 30, 2001

Allen Morsley