UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY,                          :
                                        :
        Petitioner                      :  CIVIL NO. 1:CV-01-1003
                                        :
    v.                                  :  (Judge Kane)
                                        :
DONALD ROMINE,                          :
                                        :
        Respondent                      :

**<u>ORDER</u>**

FILED
HARRISBURG, PA
OCT - 3 2001
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

NOW, THIS 3rd DAY OF OCTOBER, 2001, upon consideration of the petitioner's "Motion for Continuance", in which petitioner states that he has yet to receive respondents' response to the petition, and he seeks an enlargement of time within which to file a traverse to such response, IT IS HEREBY ORDERED THAT said motion (Doc. No. 8) is granted. The Clerk of Court is directed to serve a copy of the respondents' response (Doc. No. 7) on the petitioner at his present place of confinement. Petitioner shall file a traverse on or before October 19, 2001.

YVETTE KANE
United States District Judge

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *

                            October 3, 2001


Re:   1:01-cv-01003    Morsley v. Romine



True and correct copies of the attached were mailed by the clerk
to the following:


      Allen Morsley
      FCI-Edgefield
      14718056
      P.O. 724
      Edgefield, NC  29824

      Matthew E. Haggerty, Esq.
      Office of U.S. Attorney
      228 Walnut Street
      P.O. Box 11754
      Harrisburg, PA  17108-1754
```

```
cc:
Judge                          (✓)         (✓) Pro Se Law Clerk
Magistrate Judge               ( )         ( ) INS
U.S. Marshal                   ( )         ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )   with Petition attached & mailed certified mail
                                     to: US Atty Gen    ( )   PA Atty Gen ( )
                                         DA of County   ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____( )
                                                    MARY E. D'ANDREA, Clerk
```

10-3-01

