UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ORIG

ALLEN MORSLEY
    petitioner,

VS.

CASE # 1:01-cv-01003

DONALD ROMINE
    respondent ,

MOTION FOR EXTENTION OF TIME TO RESPOND TO RESPONDENTS MO-TION FILED ON AUG 6, 2001.



FILED
OCT 2 6 2001
PER ____
HARRISBURG, PA.  DEPUTY CLERK

NOW COMES , petitioner ALLEN MORSLEY aka, John Doe , moving this Hon. Court to Reconsider Order Filed on 3rd Day of Oct, 2001 , As The petitioner Has Not Received (Doc. No. 7) As this Court Has Orderd , Petitioner Has been in Contact With Deputy Clerk[Ms Cambell] , Who Informed Petitioner On Oct , 16 2001 . That she didnt have Copy of ( Doc. No. 7) And that the Scranton Office Would have been the One Who Would have Sent Copy , As the Harrisburg- Office Doesnt Have Petitioners File . Petitioner Has Heard this before . But Assured This Clerk of Court That Judge Must have A Copy , Whereupon Cler Was Able to locate( Doc. No. 7)" and Promised that she Would Print it , And Forward it to the petitioner , Although Petitioner was Able to Get Clerk of Court to Read it(Doc. No 7) Petitioner Has Still Not Received Information Orderd By this Court . Petitioner Was Hoping that he Wouldnt have to Once Again Intrude Upon this HON. JUDGE , Yet The Petitioner will Draw A Cleare Picture for the The COURT .

1, The Petitioner Received Order Filed on Oct 3rd 2001, On Oct 12th ,2001 . Just The Order From the Court Without (Doc. No. 7) . Petitioner Waited For Respones to Come in Seperate Letter . On Oct 16,2001 Petitioner Called Harrisburg Clerk Of Court(In Presence Of A-1 UNIT Manager)(MR BROOK

2, After Deputy Clerk(MS. Cambell) Promised Petitioner That she Would Call Scranton Clerk and See that they Send Petitioner A Copy(Oct 16, 2001)

Petitioner Questioned Whether The Judge Would Have a Copy , Whereupon She (MS. Cambell) Was then able to locate (Doc. No. 7) , And Promised She Would Print Out A Copy and Forward it to the Petitioner the next Day ' Deputy Clerk Also Advised Petitioner to Advise the Court BY Motion Because of the time Restraints .

3, The prison Has Received A ANTHRAX SCARE , So Far They Have Not Decided What The Powderly White Substance Is , Yet the Prisoners Have Been Informed That the FBI are Now Testing it , And that no Mail Will BE Passed out today, (Oct 18 ,2001).

4, The mail Moves Exstremely Slow 'as it is, Atleast Coming in, (per se, Staff)

5, Today is Oct ,19 ,2001 . And The Petitioner Has Still Not Received (Doc. No. If This Hon. JUDGE Would Excuse The Petitioner Until He Has Received Certifie Copy of Goverments Response Filed Aug 6, 2001 . Petitioner will Zealously Move Forward in Addressing the Court.

RESPECTFULLY SUBMITTED

THIS 19th DAY Of OCT. 2001.

ALLEN MORSLEY #14718-056
F-C-I Edgefield
PO Box 724
Edgefield SC. 29824