16
11/16/01
my

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN MORSLEY, | : | |
| Petitioner | : | CIVIL NO. 1:CV-01-1003 |
| v. | : | (Judge Kane) |
| DONALD ROMINE, | : | |
| Respondent | : | |

FILED
HARRISBURG, PA
NOV 1 5 2001
MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

**<u>ORDER</u>**

NOW, THIS 15TH DAY OF NOVEMBER, 2001, upon consideration of the petitioner's motion for enlargement of time within which to file a traverse to the response filed on August 6, 2001, IT IS HEREBY ORDERED THAT said motion (Doc. No. 13) is granted. Petitioner shall file a traverse on or before November 30, 2001. No further enlargements of time will be granted.

_____
YVETTE KANE
United States District Judge

YK:dlb

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                    * * MAILING CERTIFICATE OF CLERK * *

                           November 15, 2001


Re:  1:01-cv-01003     Morsley v. Romine



True and correct copies of the attached were mailed by the clerk
to the following:


     Allen Morsley
     FCI-EDGEFIELD
     UNIT A-1
     147-18 056
     P.O. BOX 724
     EDGEFIELD, SC  29824

     Matthew E. Haggerty, Esq.
     Office of U.S. Attorney
     228 Walnut Street
     P.O. Box 11754
     Harrisburg, PA  17108-1754




cc:
Judge                          (✓)            (✓) Pro Se Law Clerk
Magistrate Judge               ( )            ( ) INS
U.S. Marshal                   ( )            ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
                                                  MARY E. D'ANDREA, Clerk
```

11-15-01