Mr. Allen Morsley

Oct. 29, 200[1]

Case # 1:01-CV-01003

# Dear Judge Kane

Im submitting this letter to inform you that Ms Cambell (Deputy Clerk) has forwarded (Doc. N[o.]) as she had promised, it is now in my possess[ion]. it was received Oct, 24, 2001 From C.O. D. Pagett. And Petitioner has already state[d] on responses to Governments Motion;

Petitioner Just wanted to inform the Court that (Doc. N[o.]) has been secured.

FILED
HARRISBURG
NOV 1 9 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

Thank you, Your Honor

Respectfully Submitt[ed]
This day Oct 29, 200[1]

Allen Morsley

Nov 13, 2001 RESUBMITTED

MR. ALLEN MORSLEY 14718056
F.C.I. EDGEFIELD
P.O. BOX 724
EDGEFIELD SC. 29824

Mr. Allen Morsley