IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY ,                 petitioner,

VS.                                            CASE # 1:01-cv-01003

DONALD ROMINE ,                respondent ,

FILED HARRISBURG NOV 19 2001 MARY E. D'ANDREA, CLERK Per_____ DEPUTY CLERK

MOTION TO FILE DISCOVERY
FOR USE IN THE PROCEEDINGS

NOW COMES , the petitioner , **Allen Morsley** , proceeding herein **pro se,** Hereby submitting motion to file discovery with this court , which has been served on Attorney for the respo[ndent] on **Oct. 26th 2001.** pursuant to RULE **36(a)** which provides in part as Follows :

"(a) Request for Admissions . A party may serve upon any party a written request for admissions , for the purpose of pending action only , of the truth of any matters......
set forth in the request that relate to statements or opinions of fact or of the applic[ation] of law to fact............

Petitioners motion to conduct discovery was filed with this **Honorable Court on Oct. 26 200**[1] yet sent Back by clerk of court , **along** with a letter thanking the **Hon. Judge Kane** , an[d] Informing the court that petitioner had finaly secured copy of docket No. 7., and that th[e] petitioner would be responding in accordance with the 15 days alloted by the court .
(**petitioner secured copy on Oct. 24th 2001**) . Petitioner herby **respectfully** resubmit[s] all Documents returned by the clerk of court . petitioner also **requests** that the clerk of court serve a copy of the local rules upon the petitioner , as petitioner is no longe[r] the district of pennsylvania , and the local rules can not be obtained by petitioner.

RESPECTFULLY RE-SUBMITTED THIS DAY 13, NOV,

*/s/ Allen Morsley*
MR. ALLEN MORSLEY # 14718056 F.C.I
EDGEFIELD