UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY, :
:
    Petitioner : CIVIL NO. 1:CV-01-1003
:
v. : (Judge Kane)
:
DONALD ROMINE, :
:
    Respondent :

**ORDER**

NOW, THIS 3rd DAY OF DECEMBER, 2001, upon consideration of the respondent's motion for enlargement of time within which to file a response to petitioner's motion to amend and supplement his petition for writ of habeas corpus, in which he seeks to raise a Bailey[1] claim concerning a conviction incurred in another district, IT IS HEREBY ORDERED THAT said motion (Doc. No. 20) is granted. Respondent shall file a supplemental response to the petition, on or before December 24, 2001.

                              YVETTE KANE
                              United States District Judge

YK:dlb

---

[1] Bailey v. United States, 516 U.S. 147 (1995).