IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY,
    petitioner

VS.

DONALD ROMINE,
    respondent

CASE# 1:01-cv-1003

**ORIGINAL**

FILED
HARRISBURG, PA
DEC 1 0 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

PETITIONERS RESPONES TO RESPONDENTS MOTION
FOR ENLARGEMENT OF TIME PURSUANT TO FED.R.
OF CIVIL PROCEDURE , 6 (b) .

NOW COMES , the petitioner , **Allen Morsley** proceeding Herein _pro se_, hereby moving this Hon. Court to **Compell** Counsel For the Respondent to Now **Show "Proof"** that Counsel **Who Prosecuted Petitioners Case** ( Christine B. Hamilton ) Was **Authorized** to Practice **Law** at the **Time** of petitioners **Trial** Under **North Carolina State Law** ' And Further That She is **Now Authorized** To Practice Under North Carolina State **Law** , As Well as North Carolinas state **Bar Assossiation.** As petitioner Has **Alleged** that Counsel who prosecuted his Case Was **Not Authorized** ' (See Motion For Discovery , And **Request For Admissions** ).

2. Petitioner Further Objects to the Idea that Counsel For the Respondent **May** Find it ' Necessary to **Request** The United States Attorneys Office in the Eastern District of North Carolina To **Respond** to the Allegations of Petitioners **Claim** , As the petitioners Case Has been **Recorded** , And **Is A Matter Of Record.**

3. **Further** if this Honorable Court Does Not Find **Any Merit** to petitioners whish for and Unbiased /Hearing / Trial / O(r) Order. Petitioner Moves This Honorable Court to Order North Carolina District Attorneys Office to **First** Send the petitioner A **Copy "** Of the **Entire Trial Transcripts"** Along with any **Statements** or **exhibits** that May Be **Relied Upon"** So that this Honorable Court Might See Petitioners Case **on the Same** Leveled Feild .

-1-

## STANDARD OF REVIEW

Pro se, Submissions, "However" inartfully Pleaded" Must be held to Less Sringent Standards than formal pleadings that are Drafted By a Lawyer. HAINES vs. KERNER, 404 U.S. 519, 30 Led.2d. 652, 92 Sct. 594 ; SEE LEWIS vs. ATTORNEY GENERAL OF THE UNITED STATES, 878 F.2d. 714, 722 n. 20 (3rd. Cir. 1989); SMALL vs. LEHMAN, 98 F3d. 762, 776 (3rd. Cir.96)

> " Finally, where a pro se, Complaint Contains "
> potentially cognizable Claims, a plaintiff
> should be Allowed to Particularize the claim.

SEE   COLEMAN vs. PEYTON, 340 F2d. 603, 604 (4th. Cir. 1965); GORDON vs. LEEKE, 574 F2d. 1147, 1151, (4th. Cir. 1978); THEN vs I.N.S. cite as 58 F. supp. 2d. 422 (D. N.J. 1999).

RESPECTFULLY SUBMITTED THIS DAY *Nov. 29, 20*

*MR Allen Morsley* 14718056

MR , ALLEN MORSLEY # 14718056
F.C.I. EDGEFIELD
P.O BOX 724
EDGEFIELD  SC. 29824.

## CERTIFICATE OF SERVICE

I Certifie that i am the petitioner in the Case of **Allen Morsley** vs. **Donald Romine** . And that on this Day _Nov, 29, 2001_ I Have Placed a copy of the Following in the Mail to be severed upon Counsel for the Respondent . PETITIONERS RESPONES TO RESPONDENTS MOTION FOR ENLARGEMENT OF TIME , PURSUANT TO FED. R. OF CIVIL PROCEDURE 6(b).


**MARTIN C. CARLSON** ,  UNITED STATES ATTORNEY.
**MATHEW E. HAGGERTY,**  ASS. UNITED STATES ATTORNEY.

       228 Walnut Street , 2nd Floor,
       Harrisburg Pa. 17108.


_MR Allen Morsley_
MR ALLEN MORSLEY 14718056.