UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUDGE'S COPY

ALLEN MORSLEY,
    petitioner                CASE # 1:01-cv-01003

V.                               *

DONALD ROMINE,
    respondent

FILED
HARRISBURG
JAN 0 4 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**MOTION TO FILE PETITIONERS TRAVERSE TO
RESPONDENTS SUPPLEMENTAL RESPONSE FOR
WRIT OF HABEAS CORPUS OUT OF TIME.**

**NOW COMES**, THE PETITIONER Allen Morsley, herein **pro se**, hereby moving this **Hon. Court** to grant motion to file traverse motion ' out time. As petitioner **Received Respondents** supplemental response to petition for habeas corpus. [post marked Dec 18, 01] from unit-A1 Officer **J. MOORE** On Dec 26, 2001. Petitioner further assures this Hon. Court that petitioner will Nevertheless 'still make every attempt to meet the Time that is still Available ' but thought it would be wise to bring to this Courts attention that petitioner has done everyth in his power not to Burden this **Hon. Judge**, Yet counsel for the respon Has Changed his position in light of the **BAILEY CLAIM.** An the petitione Does wish to be Heard.

RESPECTFULLY SUBMITTED THIS DAY
Dec 28, 2001

Mr. Allen Morsley
# 14718056

## CERTIFICATE OF SERVICE

I ALLEN MORSLEY , THE PETITIONER IN CASE #1:01-cv-01003 HEREBY SERVE COPY OF PETITIONERS MOTION TO FILE TRAVERSE TO RESPONDENTS SUPPLEMENTAL RESPONSE FOR HABEAS CORPUS OUT OF TIME . BY PLACING A COPY IN POST PAID ENVELOPE AND MAILING IT TO THE ADDRESS OF COUNSEL FOR THE RESPONDENT BELOW . UNDER THE PENALTYS OF PERJURY DO I AFFIX MY NAME.

MATHEW E. HAGGERTY
228 WALNUT ST.
P.O. BOX 11754
HARRISBURG , Pa 17108-1754.

submitted this day  Dec. 28, 2001

ALLEN MORSLEY # 14718056   *Allen Morsley*
#14718056