(29)

1/15/02

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY,                          :
                                        :
            Petitioner                  :       CIVIL NO. 1:CV-01-1003
                                        :
      v.                                :       (Judge Kane)          **FILED**
                                        :                             **HARRISBURG**
DONALD ROMINE,                          :
                                        :                             JAN 1 4 2001
            Respondent                  :
                                                MARY E. D'ANDREA, CLERK
                        **ORDER**                Per_____
                                                      DEPUTY CLERK
      NOW, THIS    14th    DAY OF JANUARY, 2002, upon consideration

of petitioner's motion for enlargement of time within which to file

a reply to respondent's supplemental response to the petition for

writ of habeas corpus,  IT IS HEREBY ORDERED THAT said motion (Doc.

No. 27) is granted.  Petitioner may file a reply to respondent's

supplemental response, on or before January 24, 2002.


                              _____
                              YVETTE KANE
                              United States District Judge

```
                  UNITED STATES DISTRICT COURT
                           FOR THE
                 MIDDLE DISTRICT OF PENNSYLVANIA

               * * MAILING CERTIFICATE OF CLERK * *

                       January 14, 2002


   Re:  1:01-cv-01003    Morsley v. Romine



   True and correct copies of the attached were mailed by the clerk
   to the following:


        Allen Morsley
        FCI-EDGEFIELD
        UNIT A-1
        147-18 056
        P.O. BOX 724
        EDGEFIELD, SC   29824

        Matthew E. Haggerty, Esq.
        Office of U.S. Attorney
        228 Walnut Street
        P.O. Box 11754
        Harrisburg, PA   17108-1754
```

```
cc:
Judge                       (✓)                   ( ✓ ) Pro Se Law Clerk
Magistrate Judge            (  )                   (   ) INS
U.S. Marshal                (  )                   (   ) Jury Clerk
Probation                   (  )
U.S. Attorney               (  )
Atty. for Deft.             (  )
Defendant                   (  )
Warden                      (  )
Bureau of Prisons           (  )
Ct Reporter                 (  )
Ctroom Deputy               (  )
Orig-Security               (  )
Federal Public Defender     (  )
Summons Issued              (  ) with N/C attached to complt. and served by:
                                 U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5         (  )
Order to Show Cause         (  ) with Petition attached & mailed certified mail
                                 to:  US Atty Gen    (  )   PA Atty Gen (  )
                                      DA of County   (  )   Respondents (  )

Bankruptcy Court            (  )
Other_____     (  )
                                            MARY E. D'ANDREA, Clerk
```

1-14-02

