Law Clerk's Copy

copy

(32)

## AFFIDAVIT OF ALLEN MORSLEY

STATE OF SOUTH CAROLINA)
COUNTY OF EDGEFIELD    ) ss.

1-01-CV-1003

FILED
HARRISBURG, PA
FEB 11 2002
MARY E. D'ANDREA, CLERK
Per_____

I, ALLEN MORSLEY, BEING FIRST DULY SWORN ACCORDING TO THE LAW, DEPOSE AND ATTEST AS FOLLOWS:

1. Prior To and During, My Trial and Direct Appeal, Defense Attorney **Robert Cooper** <u>Failed</u> to Advise me that the "Quantity" or "Type" of controlled Substance was An "Essential Element" Of the Substantive Aggravated Offense(s) For which I was Being Held to Answer, And for which I Received Punishment of Life Imprisonment.

2. Prior To, And During, My Trial And Direct Appeal, Defense Attorney **Robert Cooper** Never even Tried to Defend Me Against The "Essential Elements" Of the Substantive AggravatedOffense Involving The "Type" or "Quantity" Of Controlled Substances; And, He gave me **"Critically"** Incorrect Legal **Advice"** (And, Total Lack of Defense) Concerning The **"Quantity"** And **"Type"** Of Controlled Substance(s) that were "Essential Elements" Of The Substantive Aggravated Offense(s) For which I was being Held to Answer, And for which I Received Punishment of Life Imprisonment.

3. During My Trial, Judge **James C. Fox** Essentially Instructed The **Jury** That it should <u>Not</u> Determine the **"Quantity"** O(r) **"Type"** Of Controlled Substance; He instructed the **Jury** It

-1-

Could Find Me **"Guilty"** If it Found that I Conspired with **"Cocaine"** (Making **No** Mention Of **Cocaine Base**).

4. That At **Arraignment** Judge **James C. Fox** Instructed Me That I Was Being Charged With Conspiracy To Distribute **Cocaine**. And then Asked Me How I Plead To These Charges, And I Said that I Was **Not Guilty**. (He Made **No** Mention Of **Cocaine Base**).

5. The "Jury" Returned A **General** Verdict, Only Finding Me "Guilty" Of Conspiracy Involving A **"Detectable"** Amount Of **"Cocaine"**. The Judge, At Sentencing, (Rather than Jury) Found Me Guilty Of Conspiracy Involving **(9) NINE OUNCES OF COCAINE BASE**, And **(5) OUNCES OF COCAINE** By Using An **Inaccurate "Preponderance"** of evidence Test, And He Imposed **Life** Imprisonment For Amount He (**Not Jury**) Determined.

6. Consequently, I <u>**Never**</u> Was Actually Provided A Trial By **"Jury"**, Using The " Beyond " A Reasonable "Doubt" Standard, on the **"Essential Elements"** Of The Quantity or **Type** of The Controlled Substance For which I was Held To Answer, And For which I Received Punishment of Life Imprisonment.

7. I am Being Imprisoned And Punished For " Essential Elements" Of Crimes <u>**Without**</u> Any "Jury"Determination **"Beyond A Reasonable Doubt"**, <u>And</u>, Without **"Notice"** In Indictment Prior To **Trial**.

8. Because of prevailing Circuit precedent ' At the time of My Trial And Direct Appeal, The Judge, Defense Attorney, And Myself **Never** Even Understood The Law(s) Concerning the Substantive Offense(s) For which I was Held to Answer ' And for which I

-2-

Received Punishment of **Life Imprisonment Plus 5 Years.**

9. **After**   My Trial , And After My Direct Appeal , Then the Supreme Rendered it's opinions or Decisions in :

   <u>BAILEY Vs. UNITED STATES</u>, 516 U.S. 137, 133 L Ed 2d 472, 116 SCt 501.

   <u>BOUSLEY Vs. UNITED STATES</u>, 523 U.S. 614, 140 L Ed 2d 828, 118 SCt 1604.

   <u>APPRENDI Vs. N.J.</u>, 530 U.S. 566 .

10. After <u>Apprendi</u> Was Decided By Supreme Court , Then Almost every Circuit Court in The Nation **Overruled** its Own Prior Precedent, And the Circuits Re-interpretated **841(a)(b)(1)(A)(B)** , So As To Reconstrue and Finally Reveal that **"Quantity"** And **"Type"** Of Controlled Substances Are Now **"Essential Elements"** Of the Sustantive Offense(s) under **841(a)** That Must be Determined By the **"Jury"** (Not Judge) **"Beyond A Reasonable Doubt"** ;    SEE,    <u>Cotton</u>, 261 F.3d. 397 ( 4th. Cir)

   <u>Rodgers</u>, 228 F.3d. 1318( 11th. Cir.)

   <u>Gonzales</u>, 259 F.3d. 355 ( 5th. Cir. ).

11. After <u>Apprendi</u> , The Ninth Circuit Declared **841(b)1 (A)(B)** To Be **Facially** " unconsttutional," SEE <u>Buckland</u>, 259 F.3d. 1157 (9th Cir. 2001) **Affirmed** <u>en</u> <u>banc</u>, ____ F3d. _____ .

12. As A Result of the Above "Facts" , I Believe it is Reasonable for me To Conclude , And Claim that Fundamental Defects Occurred During My Trial , Appeal, And in 2255 proceeding which Resulted in A **Complete Miscarriage of Justice** ' Because the Trial Judge , Defense Attorney , Court Of Appeals , And Defendant (me) Did **Not** Correctly

-3-

Understand <u>The Law</u> During those <u>Critical Stages</u> Of the Proceedings. I Raised **Bailey** During Trial , On Direct Appeal , Within 2255 Motions And Finally Within **2241 Motion** ' Because Court Of Appeals Has Not Ruled On the Merits Of **Bailey Claim** , After Bailey Was Decided. And , I Am Being Imprisoned Under Statute that Interviening Constructio Has Made Act Not **Criminal.**

13. I Am <u>"Actually"</u> Innocent of The (9) Nine Ounces Of **Cocaine Base** (5) Five Ounces Of **Cocaine.** I Am <u>'Actually"</u> Innocent Of Using A Firearm During A Drug Trafficking Crime **924(C).** I Am Not The **Person Who** Is Named In The **Indictment.** <u>John Doe</u> , <u>Raleek</u> , Or <u>BalHead</u>.

14. I Believe And Assert that **"AEDPA"** Is Unconstitutional , AS it Suspends And <u>Delays</u> Habeas Corpus , And that **"AEDPA"** Violates the <u>Separate</u> " Retroactivity " Standard Established By Supreme Court in <u>DAVIS</u> -Vs- <u>U.S.</u>, And <u>U.S.</u> -Vs- <u>SHELTON</u>, 848 F.2d 1485 at 1489-1491 (10th Cir). [ In <u>Shelton</u>, The Court of Appeals Recognized that Supreme Court In <u>DAVIS</u> <u>Expressly</u> Allowed Habeas Corpus REliefBased On INtervening Change In **Circuit** Precedent Construong "**Elements**" Of Offense , <u>Not</u> Based On Supreme Courts Interpretation Of Elements].

15. Further , In the Pre-Sentence INvestigation Report , it lists "Prior" Convictions (SEE **P.S.I. PAGE #7).**
16. However , In those "prior" Convictions , when I pleaded "Guilty", The Judge Failed To Advise Me That I Could Have **"Assistance "** Of

-4-

Of Counsel During A <u>Trial</u>; He Did Advise Me I Could Have A Trial, But He Did **Not** Advise Me that I Was Entitled to "Assistance" OF Counsel During **trial**; And, I Did **Not** Knowingly or Voluntarily Waive My Right To **"Assistance"** Of Counsel For Trial Because I Did Not **Know** Or **Understand** That I had A "Continuing" Right to Assistance of Counsel For Trial.

17. I Believe it is Unconstitutional to "Enhance" My <u>Current</u> Federal Sentence Based on those "prior" <u>Uncounseled</u> Convictions, As the Petitioner Was Only A Child. <u>See</u> [PLEA HEARING]. And that A <u>New</u> Supreme Court Decision Allows Me to Challenge "Uncounseled" Priors. SEE <u>DANIELS</u> 121 SCt. (2001); <u>JACKSON</u> -vs- <u>MILLER</u>, 260 F.3d 769 (7th Cir. 2001)
<u>VONN</u> -Vs- <u>U.S.</u>, 224 F.3d. 1152, **cert granted,** 121 SCt. 1185 (2001)
<u>COOK</u> -Vs- <u>LYNAUGH</u>, 821 F.2d. 1072 (5th Cir. 1987)
<u>GIDEON</u> -Vs- <u>WAINWRIGHT</u>, 372 U.S. 335, 83 SCt. 792 (1963).

18. My Defense Attorney In My Current Federal Case[**Robert Cooper**], Faile To Research the Facts and Law Concerning My "UNcounseled" Priors, An He Caused Procedural Defaults by Failing to **"Object"** To uncounseled "Priors" Listed IN **PSI Report**. I Was <u>Prejudiced</u> By His Deficient Performance Because the "Priors" Enhanced" My Criminal History Categor Under the U.S. Sentencing Guidelines, And I Am "Suffering Anew" And Serving More Time In Prison Based In Part Upon "Prior" Violations Of My Right to "Assistance" Of Counsel.

-5-

19. I Have Tried To Get **Claudia Simms** To Help Me Get Discovery To Prove That I And **Raleek** Are Two Different People, But Claudia Simms (Goverment Witness) Has Since Past Away, (of Aids) As Well As Her Brother **Claud Simms**, How Goverment Alleged Had Indicated That Petitioner Was The One Who They Were Looking For ' When The petitioner Was Arrested. But Died Before The Petitioner Or The Goverment Could Call On Him To Support What The Goverment Had Alleged, Or **Denie** Such Allegations. For At Detention Hearing Agent Fannelly **ATF.** Testified That Claud Simms Had Passed Away See (Detention Hearing) " Claud Simms Had Passed Away By **Aids Related Illness** .

20. Since Claudia Simms Passed Away I Had All But Given Up On ever Being Able To Find The Person "Raleek", But I Have Been Blessed ' Only to Be Cursed Once Again ! For the Person That Was Indicted IN Petitioners Place, One Raleek Has Passed Away Also ! By **Aids Related Ilness**. Petitioner is still in The Process Of Gathering Information, Yet So Far I Have Been Able To Do Little But Assure that "Raleek" Died Between 1991 - 1992 ) or 1993. Of **Aids** In New York City.

I , ALLEN MORSLEY, HAVE READ THIS AFF., AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BLIEFS.

_____
ALLEN MORSLEY

subscribed and Sworn to Me This Day 5th of February, 2002

-6-

_Suzanne B. Easley_   My Commission Expires September 17, 2005

## CERTIFICATE OF SERVICE

I ALLEN MORSLEY , THE PETITIONER IN THIS CASE , HEREBY UNDER THE PENALTY OF PERJURY , SERVE COPY OF SAID **AFFIDAVIT** UPON THE FOLLOWING : **MATHEW E. HAGGERTY** U.S. Ass. ATTORNEY . BY PLACING COPY IN POST PAID ENVELOPE ADRESSED AS FOLLOWS.

MATHEW E. HAGGERTY

Ass. UNITED STATES ATTORNEY , 228 Walnut Street.

Suite 220   P.O. Box 11754

HARRISBURG , Pa.   17108 - 1754 .

SERVED ON THIS DAY *Feb. 5, 2002*

OF THIS DO I NOW AFFIX MY HAND *Mr Allen Morsley*
MR. ALLEN MORSLEY . PETITIONER.

*Witnessed by Robert Dugan*
*#23771-168*   *Feb 5, 2002.*