UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY, \*     CASE # 1:01-cv-01003
    petitioner

V. \*   Kane

DONALD ROMINE, \*
    respondent

\*

FILED
HARRISBURG, PA
FEB 2 5 2002
MARY E. D'ANDREA, CLERK
Per ___ Deputy Clerk

**MOTION TO FILE INSTANT SUPPLEMETAL**
**AMENDMENT TO HABEAS PETITION**
**PURSUANT TO RULE 15 FED. OF C.P.**

**NOW COMES**, the petitioner **Allen Morsley**, Herein **pro se**, hereby respectfully moving this **Hon.** Court to Allow petitioner to file this **"Supplemental Amendment"** To Habeas petition, pursuant to rule 15 (a) (d) Of Federal rules of Civil procedure, And in the Interest of Justice ' To raise the (2) Two Following Constitutional, And Jurisdictional Grounds For Relief.
The grounds Are As Follow :

1. That **Current Federal Sentence/Conviction Defectively "enhance" Based upon "un-counseled" prior Convictions.** SEE AFFIDAVIT FILED ON OR ABOUT ___FEB , 5th___ 2002.

2. **That the petitioner was Denied "Effective" Assistance of counsel During Trial and Sentencing in Current Case** . Because Petitioner Counsel Failed To investigate Wether petitioner Received Assistance of Counsel During Petitioners Prior Convictions. **SEE AFFIDAVIT FILED ON OR ABOUT** ___FEB , 5th___ 2002.

-1-

The Petitioner Also prays that this Court Allows petitioner to Include **UNITED STATES Vs. VAZQUEZ,** 271 F3d. 93, 96, (3rd Cir 2001) **(en banc).** As petitioner Averrs that this Case Brings Clearer One of Main Arguments that Has Been Argued in the Instant Case.

> " Historically, [the grand jury] has Been regarded as a primary security to the innocent against hasty, malicious and oppressive prosecution; it serves the invaluable function in our society of standing between the accuser and the accussed . . . . to determine whether a charge is founded upon reason or was dictated by an intimidating power or malice and personal ill will." **WOOD V. GEORGIA,** 370 U.S. 375, 390, 82SCt. 1364, 1373, 8 LEd. 2d 569 (1962).

Wherefore petitioner **Prays** that this **Hon. Court** Allows Motion To Supplement And Amend ' So that Petitioners Case Might be The Case That is Needed To See the Injustice that has Been overlooked.

RESPECTFULLY SUBMITTED THIS DAY Feb. 15, 20

*/s/ Allen Morsley*

MR. ALLEN MORSLEY # 14718056

-2-

## CERTIFICATE OF SERVICE

I, ALLEN MORSLEY, THE PETITIONER IN THIS CASE 1:01-cv-01003 HEREBY CERTIFIY UNDER THE PENALTYS OF PERJURY, THAT I HAVE SERVED COPY OF, MOTION TO FILE INSTANT SUPPLEMENTAL AMENDMENT TO HABEAS PETITION, BY MAIL TO THE FOLLOWING, PLACING POSTAGE PAID ENVELOPE IN POSTBOX, ADRESSED TO MATHEW E. HAGGERTY. ASS. U.S ATTORNEY. OF THIS DO I AFFIX MY HAND THIS DAY FEB, 15, 2002

*Allen Morsley*
ALLEN MORSLEY # 14718056