ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY
      petitioner,

Vs.

DONALD ROMINE
      respondent,

CASE# 1:01-cv-1003



FILED
APR 16 2002
PER ___
HARRISBURG, PA  DEPUTY CLERK

MOTION TO AMEND AND SUPPLEMENT
HABEAS PETITION FOR WRIT PURSUANT
TO RULE 15 (a)(c)(d) OF F.R.A.C.P

    NOW COMES , The petitioner , **Allen Morsley** , herein **pro se**, hereby Moving this **Hon. Court** to Amend And Supplement petition to Include the Following arguments pursuant to Rule 15 (a)(c)(d) Of The Federal Rules Of Civil Procedure .

    THE PETITIONER AVERS THE FOLLOWING:

1. That the petitioner **Not** Afforded A Trial For the Crime of Perjury (O)r **Obstruction Of Justice** .

2. That petitioner Did **Not** Receive A **Fair Trial** Where Prosecuter Was Not Authorized to Practice Law In the State Of North Carolina. where prosecuter **Amended Indictment** To Include petitioner in Crime **Not** Charged By **Grand Jury** ! And **vouched** For Prosecution Witneses During petitioners trial and Sentence .

-1-

## STATEMENT OF THE FACTS

In Light of **Apprendi V. New Jersey**, 530 U.S. 466, 490(2002) Other than the Fact of a prior conviction, **Any Fact** that **Increases** the penalty for a crime beyond the prescribed statutory Maximum **Must** be charged in an **Indictment'** Submitted to the **Jury** ' And proven beyond a **Reasonable Doubt.**

1. In the Case before this Court probation Officer stated in report prepared for Petitioner **ALLEN MORSLEY**, That petitioners Overall Position in the case **Was Misleading'** as petitioner Would Not Reveal his true **Identity** To law enforcement Upon Arrest, Causing what the probation Officer Defined as **Obstruction of Justice.**

   And at Sentencing Judge Fox Adopted **P.S.I. Recomendation** For **Two Point Enhancement**. It is Also Worth Noting that the petitioner has **Never** Been Interviewed by the Probation Office, and Said report Was Constructed by Office of the United States **Acting Attorney** One **(Christine Hamilton)** Who At Sentencing Asked Judge To Take What one of the prosecuters Witneses **(TESHOMI CRENSHAW)** Said that **Another** Prosecuters Witness **(Claudia Simms)** Said that the Petitioner Said Concerning Her **(TESHOMI CRENSHAW)** Testimony. (Which Court Ruled During trial Would Not Be Allowed Into Evidence **Unless** Claudia Simms Rememberd the Statement (Which She **Denied** Ever Saying) ........

   It is also Well worth Noting that **Trial/sentencing** Judge James C. Fox Asked then Acting **U.S.A. (Christine Hamilton)** That if petitioner Was Committing **Perjury** in the court Room ' that He Asked that the petitioner

Be Prosecuted To the Full Extent of the Law! (This was Stated on Numerous Ocassions) Yet the petitioner Was **Never Charged**. Nor Did the Petitioner Take the Stand to Testifiy on his Own Behalf. Nor was the **jury Asked** To Rule on **Any Verdict** Concerning **Perjury'** Or **Obstruction Of Justice** Not To Mention **Identity** (Because the **John Doe** Was **Removed** From the **Verdict Sheet**) Nor was there An **Additional** Charge (O)r **Indictment** For **Perjury** ' Or **Obstruction of Justice**. nor did the Petitioner Take Part in A **Trial** For Such Charges.

And being that petitioner Has **Never Spoke** With **P.S.I.** It is Unclear what the **Overall Misleading** Might Pertain too. When petitioner Has the **Right** to Remain **Silent** when Being Interagated By Police (**ATF**) When Being Arrested And Accused of being **John Doe**. Petitioner was Exercising his **Right To Remain Silent.**

As **ATF** Agents Had Already Asured petitioner that **"If"** He Didnt Show them Who <u>**ROY ,LEE**</u> Was ,Then Petitioner Could Easily Take His Place. And petitioner Feared that any Name Given to Police would be Used to Make petitioner Available for A Crime that was Committed By Others' And they Kept there Promise (Look at the **P.S.I** )(**Whatever Rallek was named For Doing** ! John **Doe Was Held Accountable For**).

-3-

Furthermore the P.S.I. Report Dictates that **John Doe** Was Found **Guilty** while Testimony Was Directed At One **Ralleke**.

2. That <u>One **Christine Hamilton**</u> **[Was Not]** <u>**AUTHORIZED**</u> To Practice Law In the State of North Carolina ! Per se, North Carolina <u>**State Bar Association**</u> And North Carolina **Supreme Court Rules** .

That In the State Of North Carolina **It Is A Crime** To Practice Law With Out A Licence . Making petitioners Trial Not **Only Un-Fair** But Also The Scene Of A <u>**Crime**</u> . As Acting Prosecuter **Amended** Thee **Indictment** , As Well As **Vouched** For United States Goverment **Witneses** Who Lyed **Before** <u>**Jury**</u> And Discredited those Who Would **Dare** Tell **Truth.**

wherefore petitioner **Prays** that this **Hon. Court** Allow Motion to Supplement and **Amend** Petitioners Habeas Corpus petition ' As petitioner Was **Denied Due Process Of Law** , As Well As **FifthmAmendment Violations** Of The **Cosnstitution** Of The United States . (NOTE) This Was one of the arguments that Petitioner whished to Clearify During Motion for Leave To Conduct Discovery. RULE 36 a "ADMITTIONS".

RESPECTFULY SUBMITTED THIS DAY *April 10, 20*

*Mr Allen Morsley*
MR. ALLEN MORSLEY #14718056
F.C.I. EDGEFILED UNIT A-1
P.O. BOX 724
EDGEFILED SC. 29824

RESECTFULL SUBMITTED THIS DAY April 10, 20
MR. ALLEN MORSLEY 14718056
F.C.I. EDGEFIELD UNIT A-1
EDGEFIELD S.C   829824

## CERTIFICATE OF SERVICE

I ALLEN MORSLEY , THE PETITIONER IN THE CASE , HEREBY UNDER THE PENALTYS OF PERJURY , HEREBY CERTIFY THAT A COPY OF THE MOTION HEADED <u>MOTION TO AMEND AND SUPPLEMENT HABEAS PETITION FOR WRIT PURSUANT TO RULE 15 (a)(c)(d) OF F.R.A.C.P.</u> HAS BEEN SENT TO COUNSEL FOR THE RESPONDENT BY PLACING POST PAID ENVELOPE TO MATHEW E. HAGGERTY ASS. UNITED STATES ATTORNEY 228 WALNUT STREET P.O BOX 11754 HARRISBURG PA. 17108-1754 . TO THIS DO I AFFIX MY HAND THIS DAY _Mr Allen Morsley_
ALLEN MORSLEY 147 18056