UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY,
    petitioner

                             JUDGE'S COPY   CASE # 1:cv-01-1003

VS.

DONALD ROMINE,
    respondent

FILED
HARRISBURG PA
APR 1 9 2002
MARY E. D'ANDREA,
Per _____

REQUEST FOR DOCKETING
SHEET (UPDATED)

Dear **Clerk Of Court**, Please be Advised that The **Petitioner** **Allen Morsley**, In the Above Case Before this Court Is Now Requesting A **Copy** Of the **Docketing Sheet** In Case # 1:cv-01-1003 This Day _April 15th_ 2002.

                                                  April 15th 2002
                                       Respectfully Submitted this Day
                                       _MR Allen Morsley_
                                       MR. ALLEN MORSLEY #14718056
                                            E.C.I. EDGEFIELD
                                              P.O. BOX 724
                                          EDGEFILED SC. 29824.