UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Dear Clerk Of Court , My Name Is ALLEN MORSELY , Petitioner In Case # 1: CV-01-1003 . This Case Is Now Pending before this Hon. Court . Which Justice KANE Resides , As The Petitioner in this Case , I Am Requesting Copy Of The Docketing Sheet .

Although Ive Requested Such Information Prior To this Date (4/15/02) It Is Imperative that This Request Is Processed At this Time (7/18/02) As The Petitioner Is A Pro Se Litigant Without The Resources That Are Afforded Counsel .

YOUR HELP IN THIS MATTER WILL BE MOST APPRECIATED.
RESPECTFULLY SUBMITTED THIS DAY.

JULY 18, 2002

FILED
HARRISBURG, PA
JUL 22 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

MR ALLEN MORSELY # 14718056
F.C.I. EDGEFIELD
P.O BOX 724
EDGEFIELD S.C. 29824

CERTIFICATE OF SERVICE

I ALLEN MORSELY , HERBY CERTIFIE UNDER THE PENALTYS OF PERJURY THAT I HAVE MAILED REQUEST FOR DOCKETING SHEET TO CLERK OF COURT CLERKS OFFICE , ADDRESS 228 WALNUT STREET , P,O BOX 983 HARRISBURG PA. 17108 . BY PLACING SAID REQUEST IN POST PAID ENVELOPE ON THE FOLLOWING DATE. JULY 18, 2002. OF THIS DO I AFFIX MY NAME.

MR ALLEN MORSELY # 14718056

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Dear Clerk of Court,

My Name is **Allen Morsley** In Case # 1:Cv-01-1003 Pending Before this Hon. Court, Which Judge **Kane Resides**, . As the Petitioner in this Case I Am Requesting A Copy Of the **Docket Sheet** As the Case Now Stands

*Mr Allen Morsley* (signature)

THANK YOU VERY MUCH

April 15th 2002