OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport: (570) 323-6380

COPY 8/12/02

August 7, 2002

FILED
SCRANTON
AUG 1 2 2002
PER _____
DEPUTY CLERK

Mr. Allen Morsley
#14718-056
FCI-Edgefield
P.O. Box 724
Edgefield, SC 29824

Re: <u>Morsley v. Romine</u>, Civil No. 1:CV-01-1003

Dear Mr. Morsley:

I am writing in response to your recent letter regarding the case referenced above. Enclosed for your information is a current docket sheet. Although there is usually a $.50 per page charge for copies, this copy is being provided to you on this one occasion free of charge.

Sincerely,

Diana L. Belisario, Esquire
Pro Se Law Clerk

DLB:laf
Enclosure