UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY,                    :
                                  :
          Petitioner              :
                                  :        CIVIL NO. 1:CV-01-1003
     v.                           :
                                  :        (Judge Kane)
DONALD ROMINE,                    :
                                  :
          Respondent              :

**FILED**
**HARRISBURG**

SEP 1 2 2002

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

**ORDER**

     NOW, THIS  11ᵗʰ  DAY OF Sept, 2002, upon consideration of

the petitioner's motions for leave to amend and supplement habeas

petition, IT IS HEREBY ORDERED THAT said motions (Doc. Nos. 33 &

34) are deemed withdrawn for failure to file supporting briefs.

See M.D. Pa. Local Rule 7.5.

                              _____
                              YVETTE KANE
                              United States District Judge

YK:dlb