UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY,

    Petitioner    :  CIVIL NO. 1:CV-01-1003

v.    :  (Judge Kane)

DONALD ROMINE,

    Respondent

**FILED HARRISBURG SEP 1 2 2002 MARY E. D'ANDREA, CLERK Per_____ DEPUTY CLERK**

**ORDER**

NOW, THIS 11th DAY OF ~~AUGUST~~ Sept, 2002, upon consideration of the petitioner's motion to amend, and supplement his petition for writ of habeas corpus, IT IS HEREBY ORDERED THAT said motion (Doc. No. 15) is dismissed as moot as petitioner's amended petition has been accepted by this court and respondents have file a response to same.

YVETTE KANE
United States District Judge

YK:dlb