UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY,

    petitioner

Vs.

DONALD ROMINE,

    respondent

CASE # 1:01-cv-01003

FILED
HARRISBURG, PA
NOV 0 5 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

REQUEST FOR EXTENTION OF TIME TO FILE MOTION TO AMEND PURSUANT RULE 15(a), (c) WITH INCORPORATED MEMORANDUM OF LAW IN ACCORDANCE WITH LOCAL RULE 7.5 OUT OF TIME.

    **COMES NOW**, ALLEN MORSLEY (hereinafter "Petitioner"), Appearing **Pro se**, in the above captioned matter, and hereby moves thi **Hon. Court** To Allow petitioner to file motion to Amend pursuant to Rule 15  Of federal rules of civil procedure out of time.

The petitioner Submits the Following :
Petitioner has endured numerous setbacks ' for want of Materials, Like **Copys / trial records / F.O.I / Typing** et. Yet petitioner Assures this **Hon. Judge** That in light of being **Pro se**, Litigant ' This Court **May** Appreciate Arguments and Attached Exhibits. As petitioner **Does** Appreciate this courts Fairness.

(1)

Respectfully Submitted this **OCR. 29  2002.**

*Mr Allen Morsley 14718056*
Mr. Allen Morsley # 14718056
F.C.I. EDGEFIELD
P.O. BOX 725
EDGEFIELD S.C. 29824.

## CERTIFICATE OF SERVICE

I ALLEN MORSLEY , THE PETITIONER IN THE ABOVE CAPTIONED MATTER , HEREBY CERTIFIE THAT I HAVE SERVED COUNSEL FOR THE RESPONDENT MATHEW E. HAGGERTY , BY PLACING COPY IN POST PAID ENVELOPE ADDRESSED AS FOLLOWS ;

MATHEW E. HAGGERTY
Ass. U.S. Attorney  217 federal Bld.
228 Walnut Street
Harriburg Pa. 17108 .

Of this Do I Certify  this Day .  OCT. 29,2002

ALLEN MORSLEY

*Allen Morsley*