(42)

1/6/03

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RE.    CASE #1:01-CV-01003

Dear Clerk of court , Im Writting this letter To Notifie the court
that The petitioners Address has changed .   and the petitioner is
no longer located at  **F.C.I. EDGEFIELD P.O. BOX 725 EDGEFIELD S.C**
**29824.**

**THE** Petitioners New Address is Now *

**U.S.P. LEE COUNTY,  P.O. BOX 305**
**JONESVILLE, VIRGINIA  24263-0305**

Change of Address Submitted this 26th Day of December 2002, By The
**PETITIONER (ALLEN MORSLEY)** In the Above Captioned Matter Pending In
this Court .

**FILED**
HARRISBURG PA
JAN 0 3 2003
MARY E. D'ANDREA, CLERK
Per _____

RESPECTFULLY SUBMITTED THIS DAY DEC, 26th 2002.

MR. ALLEN MORSLEY # 14718056

**U.S.P. LEE COUNTY, P.O. BOX 305**
**JONESVILLE , VIRGINIA 24263-0305.**