UNITED STATES DISTRICT COURT
MIIDDLE DISTRICT OF PENNSYLVANIA

\*

ALLEN MORSLEY,                                          CASE# 1:01-CV-01003
          petitioner

\*

VS.

DONALD ROMINE,                           \*              **FILED**
          respondent                                    HARRISBURG PA

MOTION FOR DOCUMENTARY EVIDENCE IN          MAR 0 5 2003
ACCORDANCE WITH 28 U.S.C SECTION §
2247 OF FEDERAL CIVIL JUDICIAL PR-          MARY E. D'ANDREA. CLERK
OCEDURES AND RULES , WITH INCORPO-          Per _____
RATED MEMORANDUM OF LAW.(L.R. 7.5)

COMES NOW , ALLEN MORSLEY (hereinafter "petitioner") appearing **pro se,** in

the above captioned matter , and hereby moves this **Honorable Court** pursuant-

to federal rules of civil procedure 28 **U.S.C. Section §** 2247 [O]r any other

rule that **this Court Finds Appropriate** ' To Compell **Discovery** in the intere-

st of Justice .          Section § 2247 **Declares** the following :

> "On  application for writ of habeas corpus"
> documentary evidence , transcripts  of
> proceedings upon arraignment , plea and
> sentence and a transcript of oral testi-
> mony introduced on [a]ny previous simil-
> ar application by or in [b]ehalf of the
> same petitioner [S]hall be admissible.

In the instant case before this court , the petitioner has forwarded [A]rgument

that [I]f proven would clearly show that the petitioner is being held in **Viola-**

**tion**  of the **Laws** and [T]reaties of the united states of America ' As Lack of

personal Jurisdiction is Waivable defect , While **Lack of Subject Matter Juris-**

**diction** Is [N]on-waivable defect which can be raised at any time . And the p-

etitioner prays that this **Honorable Court** Order that [A]ll  Documentary Evide-

nce Assosiated with the petitioners [A]lleged **Indictment ,**  Information , Or

Investigation Leading to Petitioners Arrest  . Including  **Tapes, Pictures ,**

-1-

Reports , promises , statements   , Interveiws , And [A]uthoritys Including

Titles of Officers , Who have Authorized Taps , Wires , Charge and Arrest of

the petitioner.

The petitioner Avers the Following :

# 1.

On **May 28, 2001** Petitioner Submitted Petition for For **Writ** Of **Habeas Corpus** pu-

rsuant to **Title 28 § U.S.C. Section 2241 (C)(3)** , With Incorporated Memorandum

of Law .

Petitioner Argued that Court was [W]ithout **Subject matter Jurisdiction** To ente-

tain The **Indictment** Against the Petitioner ' Because the petitioner was [N]ever

[I]ndicted .            On **Aug. 6, 2001** Respodent filed a traverse which <u>never</u>

Once **Denied** that the petitioner is [B]eing [I]lleagaly **Detained** . [N]or has

the respondent **Denied** that the Petitioner is a [C]itizen of the United States.

# 2.

The petitioner has Forwarded to Counsel for the Respondent " Within" The Last

three months ' A Letter which Clearly **Allowed** the Respondent To Begin Talks

Concerning a [W]ay That this Matter [M]ight be Resolved .   Which respondent

[H]as for the sake of Argument [R]ejected . So the petitioner has no other .'

Choice [B]ut   [P]rove to the respondent that [I]am being [I]llegally Detain-

ed.    And In [D]oing this '   The petitioner [M]ust be **Allowed** To bring

Forth the [E]ntire Record this Day _13TH_   FEB 13 , 2003.

_Mr. Allen Moresley_ *

-2-

## THRESHOLD MATTER

The petitioner Is compiling **Evidence** (Exhibits , And Facts to Satisfy Burden

that respondent has **inescapebly** shifted to the petitioner in complete **silence.**

Petitioner has repeatedly , Attempted (to the best of his ability) To envince

through the record ' and **Law** that petitioner is being **Detained [I]llegally** ,

Which respondent has yet to admit **(REQUEST FOR ADMISSIONS)** Nor **Denie .**    SEE

**(RULE 8 (d)** Of **CIVIL JUDICIAL PROCEDURE;**(English Rules under the Judicature Act;)

(The Annual practice ,1937) O . 19, r.r. 13, 18.)  The petitioner has Diligently

Pursued dicovery in Good Faith . And prays that this **Honorable Judge** Compell **Dis-**

**covery** Along with [I]n **Camera Review .**

## STANDARD  OF  REVIEW

**HAINES VS. KERNER,** 404 U.S. 519, 30 L.Ed.2d . 625 .;

As the petitioner is a Layman of Law  , Petitioners Litigations Should be held to

Less Stringent standards than a Lawyer .

## STATEMENTS OF FACTS...

On [S]ept 23. 1993, Petitioner was arrested [B]y ,A.T.F. ' who Said that they were

Acting Off **[T]ip** from informant [W]ho they have Never [U]sed before .  Whom Advi-

them that **[T]he** person that they were looking for **frequently** stops by the appart-

ment on kidd row street.(Kidd Row is A **Apartment Complex**) Although agent fannelly

would testify **[T]ruthfully** (detention hearing)  Stating that he had [N]ever Actu-

ally **Seen** the person [O]r **persons** that he was looking for  , he nevertheless **ent-**

**ered** the apartment  that [U]nrealiable informant ' [D]iscribed .

Upon entering the apartment ' Agent fannelly found five (5) **[A]frican [A]merican**
**Males.**    One of which was the petitioner . **Agent Fannelly** Stated among other t-
hings (at detention hearing **Sept. 27 1993**)    <u>**THE FOLLOWING**</u> :

> "that  some one in the house motioned"
> that the petitioner was the one they
> were looking for".

[A]fter removing the petitioner from the apartment.                    ' the petit-
oner was placed in the parking lot where a pratrol cars headlights could shine
on the petitioner from head to toe .    After being viewed by some one who the
petitioner has never been made aware of  ' [A]gent fannelly **[A]dvises** the petit-
ioner that they were looking for a gentleman by the Name **"Roy —Lee [O]r Raleek.**
The petitioner then assured Agents that he was **neither person !**  **A**gent Fannelly
then stated  " That they were Told " that **[H]e** (The petitioner) Could **[I]den-
tify** [W]ho they were looking for ,, when the petitioner  Continued to Assure
Agent fannelly that petitioner had know idea who these people were ,  Agent
Fannelly then Stated that he could **Easily** make sure that petitioner could take
**[T]here [P]lace.**

Petitioner was then taken to the Raliegh police Department , where he was choked
while **Allegedly** being viewed by Goverment witness **Fletcher Johnson .** SEE TTs.#57

<u>**This is Fletchers Version of what happened**</u> :

> " <u>**He Asked Me — He Wanted Me To Come Down To**</u> [I]dentify,"
> Because [H]e Think [H]e Got <u>**The**</u> Gentleman , [R]oy Lee .

The petitioner was the [O]nly person in the Room , With The Officer (Ray Moss)
Who Was **Choking** Petitioner in front of A One way Mirror While Fletcher Johnson
(Who) This Officer Called To Identifie the petitioner . ( Note ) that Initially
Fletcher Johnsons **Roy Lee** Was **[S]tout ,**   The Only Distinguished Trait that Any
One has Ever  Agreed on .    The Other Discriptions were " **Medium**   To   Dark
Complextion ,  **Average Height ?**  Carries Large Sums Of Money ? No Age , No Eye
Color , No Hair color ,  No Tattos Or Marks , No Facial Hair , Or Lack there
Of.  And Although the petitioner doesnt fit any of the Discriptions that were

-4-

Put Forth by Any Witness , Fletcher Johnson Still Had A Problem with Identifying

the petitioner in the court room ' where there was another small **[A]frican Amer-**

**ican** at the Defense table . Yet [A]gent fanelly Stated under **Oath that** Alleged

Co-conspirator Fletcher Johnson Identified the petitioner As the **[I]ndividual**

John [D]oe . This **Show Up Took Place on Sept. 23 1993.** The same day that

the Petitioner was Arrested . **Ironicly '** the **Alleged** Indictment [O]r Crimina-

l **Information** That theGoverment alleged charged the petitioner ' was filed **June.**

**6, 1993 ,** [O]r **July 6. 1993 ,** The dates Are Conflicting , Yet the petitioner

Excepts **June 6. 1993** As [B]eing true ' As it is the **A.T.F. Alleged Date .**

( They are the one who **Secured The Indictment** — And Submitted the case for

prosecution ) .

What agent fannely failed to [E]xspose to the court ' was that he had not **[O]nly**

been trying to find out [W]ho **[R]oy-Lee** Was ' **B**ut that he was also Un-sure Whet-

her **Dectective** Ray Moss'es **[P]hanthom** Raleek (O)r Raliegh was Infact the [R]oy-

Lee . As fletcher johnson [G.W][**Licensed Firearm Dealer**] **W**ho Had Sold In

Exsses of **1500 Firearms;** <u>Who Had Also Failed to Keep Records In Violation of La-</u>

<u>w.</u> **After** [N]umerous interviews 'Remembered that he had sold firearms to a P-

erson **Name Roy-lee[*/1].** Detective Ray Moss* Then Conferred to Fletcher Johns-

on **"And"** A.T.F. Agents ' A Story Concerning A Drug Dealer Named **"Raliegh"** An-

Wondered [O]penly [W]hether Roy-Lee Could Infact be **"Raliegh".................**

Yet fletcher johnsons **Statements** about [R]oy lee was not very Helpfull !

**#.1**
He said that Roy lee lived at "A" Rooming house on **bloodworth and Harget St.**
( yet nothing has been entered on the record' as to what information was Un-
(Covered from Known Fact.)

**#.2**
He said that he met Roy lee at Mcdonalds when he [S]old him the Firearms.(On an-

other Occassion he went to roy lee's room at rooming house on bloodworth and H-

arget.)

**#.3**
He said he had [S]topped dealing with Roy lee because he was **Un-reliable.**

**#.4**

And [M]ost **[I]mportant '** when fletcher johnson was [S]ent out to conduct sales by **[W]ire , recorded phone calls ,** And **Dummy Pagers;** Inwhich he made known all [A]lleged Co-conspirators . He was Unseccessfull in any ' [I]f **Any** Attempts w- ere made , To Involve the Roy lee into investigation .

The **[R]ub** Came when he was trying to seek information in **[R]ecorded Coversation**

With [K]nowing sting Target **[A]drea Hendricks '** . Fletcher Johnson began by '

Asking [Future Goverment Witness] Andrea Hendricks [W]hether He [K]new **Roy Lee ?**

whereupon andrea hendricks Would **[C]ontinue** Assuring fletch Johnson that he had

[N]ot ! Fletcher would next Question whether he [K]new **Baldhead ?** which And-

rea Continued assuring him that he did [N]ot [K]now this person ! Saying that [I]

do not know **[A]ny [O]ne** With that [N]ame .. .. .. .. .. Later on after andrea

had allowed fletcher to turn the conversatio torwaeds selling his house(Which was

Confiscated by Goverment) Andrea asked fletcher whether He Is Talking About **Ra-**

**leek ?** Fletcher Johnson , Quickly Says ' Yeah , Thats WHO Im Talking About !

Do you have his Number ? Andreas Answer was that He Doesnt ? Do You Know How

To Get Up With Him ? Andreas answer was that He Dosesnt know how to get up with

Him Fletcher Johnson Says When Is The Last Time You Saw Him ' Andreas Answe-

was that he Had Seen Him At A Club A While Ago . ( This Tape Was Never Played At

The Petitioner Trial . And When Trial Counsel Attempted to Cross Andrea Conce-

rning this tape ! The Court Ruled that Counsel could Not Regard the transcripts

of the tapes ? WHICH HAD MADE IT INTO PETITIONER TRIAL AS POLICE REPORTS ! As S-

tatements , as they were records of how the police perceived took place, As The

Witness had not Signed Any Statement . And if counsel couldnt refresh his mem-

ory ' then he just doesnt remember . **[Note]** That it was on this very tape , that

Fletcher Johnson Asked **Andrea Hendricks [W]ho** He was Going to Get the Drugs From

That He Was **[Purchasing]** For **Goverment Informant Fletcher Johnson ,** Johnson Pull-

ed this Off By Saying that [H]e Might Know Him ! Whereupon Andrea Hendricks Ass-

ured him that He Didnt , Saying that this Guy Us From New York ' **[H]is [N]ame[I]s**

**[K]eith !** Yet On the Stand ' Andrea Hendricks said that it might have sounded

Like he said Keith , But What He Said Was **[R]aleek !** [N]ote that agent , and

Detective that Manned the wire testified that he infact did say keith !

The Rub was that they were never looking for and individual by **any** Of these names'
**[U]ntil** Detective Ray Moss , Heard the name **Raleek** mentioned over the wire tap.
As detective ray moss ' was very interested in this person , who [H]e **[B]eleieved**
Just Might be [T]he **Raliegh** Who has evaded the raliegh police department for som-
e Time . So this detective used the investigation Conducted by the **A.T.F.** To G-
et any [I]nformation that he could about this **Raleek .** Yet they would soon rea-
lize that the people that said that they [K]new **Raleek (O)r Raliegh '** didnt know
the thing that would lead them to this individual :

**#.1**

They didnt know where he lived .

**#.2**

they didnt know his phone number .

**#.3**

They didnt know what kind of car he drove , or if he had a car .

**#.4**

And **Most [I]mportant** , They [D]idnt know [W]hat [H]e [L]ooked [L]ike .

At the detention hearing on **Sept. 27, 1993** Counsel for the petitioner **Inquired '**
whether there were **[A]ny** Controlled sales in this investigation ? **Acting U.S. A-**
**ttorney** quickly Objected , stating that counsel for the petitioner had gone **be-**
**yond [I]dentity '** and had gotten into **Dicsovery !** Counsel for the petitioner [A]
rgued that it had **every thing** to do with identity ' as **agents** might have had op-
portunity to view [A]ll those **In the [I]nvestigation** (pg # 12 detention heraing )
After court Overruled (pg #13 detention hearing) The question was put this way :

    **Counsel**             **" where there any controlled purchases"**
                                **of [E]ither firearms or [A]ny type of**
                                **narcotic substance that is the basis**
                                **for [T]his [I]ndicment ?".**

<u>Judge</u>
<div style="padding-left:2em">" <b>the court interjects , Well As Against</b>"<br>
<b>the individual known as "Raleek" ?</b></div>

<u>Agent Fannelly</u>         " [N]o, MA'AM , there [W]as [N]ot .

When asked whether he knew the persons [N]ame who [I]<b>ndicated</b> that this  is

"Raleek" <b>Inside</b> the Apartment ?    Agent fannellys  <b>Answer</b> Was :

<u>Agent Fannelly</u>

<div style="padding-left:4em">" [N]o, MA'AM , I [D]o [N]ot know his name".</div>

[I]ndictment was[S]ecured BY <u>Fayetteville</u> Field Division ,  Investigation [#]

13530 93 2504 L ,  And Submitted  To <b>James R. Dedrick</b> , U.S. Attorney for Ra-

iegh North Carolina , <b>For Prosecution</b>  For the Following <b>Violations : 18 U.S.C</b>

<b>Section 371 chapter 19</b> ,  Title 18 U.S.C. Section 924(C) , Chaapter 44 .

<u>Additional</u>  Charges were filed against <b>Alleged</b> Co-conspirators for [C]ontroll-

ed [S]ales .  <u>SEE EXHIBIT # 2.Z</u> .

Although Freedom of information Was <b>Released</b> in <b>part</b>  to the petitioner on <b>May</b>

'<b>15</b> , <b>2000</b> ,  By <b>A.T.F. Department</b> .  And Further <b>Denied</b> on <b>July 25, 2000</b> ,

With Note that if petitioner wanted any further evidence he would have to Con-

act <b>U.S. Attorneys Office</b> ,.   Petitioners <b>Request</b> Was for any Information th-

at Named [E]ither <b>Roy lee , Raliegh , Raleek</b>  , <b>Ron lee , Or Baldhead</b> . Infor-

mation was thus, cut down to the <b>Names</b> Themselves. SEE  EXHIBITS # <u>1 through 5</u> .

<b>During</b>  petitioners trial <u>T.T.s pg.# 56</u>.    <b>Fletcher Johnson</b> Testimony was that

[T]<b>hey</b> (investigating Aurthoritys) [W]<b>anted</b> to [K]now [W]<b>ho</b> [R]<b>aleek</b> [W]as ?

And  [T]<b>hey didnt</b> Know [W]ho  <b>Roy lee was</b> !  Fletcher johnson  further admits

that  they (Detective Moss - Agent Fannelly) Were [A]<b>sking</b> [I]<b>f</b>  ? raleek -

and <b>roy lee</b> [C]ould [B]e the [S]<b>ame person</b> .    Further stating that :

<div style="padding-left:4em">" [T]o [T]<b>hem</b>  ,  [M]y <b>pronunciation</b> of mr. [R]<b>oy lee</b> "<br>
[D]<b>idnt sound</b> [R]<b>ight</b>  [T]o [T]<b>hem</b> . <u>tts. pg #56</u>.</div>

<div style="text-align:center">-8-</div>

Fletcher Johnsons testimony at trial was that **[I]t Was the [P]olice** who were **Interested** in the name **"Raleek"** .       Infact After the **Acting\* U.S.** Attorney **Shifted** The Presumption (F.C.P.  801)  at Detention hearing ' **Held** on S**ept. 27, 1993** . Where Agent Testified that **Alleged** Coconspirators had **Identifiied** the petitioner ,; By **allegedly [S]howing  Them** [Stanley leach , Andrea Hendricks]  [A] **[S]ingle  [P]hoto** of the petitioner ! **[Together]** At the **[S]ame [T]ime** , is **Brutally** [S]uggestive .       But **Ironicly** ' **A Lie** .

**On Sept. 27, 1993** . when the petitioner was being held in the cell ,  A **Agent** , who the petitioner has never seen before ' came to the holding cell. and advised petitioner that he was **[N]ot** going to see the judge so that I Could be Released until Petitioner Takes a Picture (Which petitioner had ' refused to do up until this time) And allow hisself to be fingerprinted! Where upon petitioner did complie . taking the finger prints first , and then allowing a photograph to be taken **Two (2) Feet Away** from the holding Cell .       Before **this  Officer** could walk Away petitioner was taken into the court room to see the **Judge !** With the exception of petitioners Counsel (Ms. Aguire)   There were **Four (4)** Other people in the court room ! **One(1)** Was the Judge , (2)  The court reporter , (3) **Acting \* U.S.** Attorney Ms. Chris. Hamilton ,  And The **[4] Was [A]gent Fannelly** 'Who Took the Stand .;

Petitioner **States** that **It is** [A] known **Fact** that he Could not have known what Co-conspirators where going to say **When** ?     **They Had A Chance To look at the Picture** .     **As it was impossible** that they could have viewed the picture this Agent (Unknown) Had taken Only Seconds  Before Agent **Fannelly** would be called to Testifie .     It **is Also [W]ell worth noting that** Stanely leach , **and Andrea Hendricks Would be Taking plea this very Day** .  **with a promise to testifie about a person that they had neither Spoken about  prior To** this DAY . **Sept. 27 1993.**

-9-

[N]or where there [A]ny [S]tatements [M]ade  by Either  of goverments witnesses
Before the [G]rand [J]ury !    Acting* U.S. Attorney Assured trial judge that –
there were [N]o signed statements .

Yet Trial judge would  Instruct the jury ' that petitioner was [K]nown As Rale-
ek , Also [K]nown As "Baldhead". [*/1]. Without Ever [A]ctually ' [K]nowing w-
hat the witnesses  testimony would be !
Infact , when goverment witness Claudia Sims took the stand and testified that
the petitioner and [R]aleek were Two [D]ifferent people .. .. .. .. .. .. .
Acting U.S. * Attorney Assured the trial judge that [S]he had [K]now [I]dea ,
that claudia sims would take the stand and call the petitioner by another name.
(note– claudia sims would testifie that detective "Ray Moss" * is the one who '
came to her [H]ouse / and told her that "Raleeks" True name was Allen Morsley.)
It should also be kept in mind that Ms. Claudia sims was [N]ever shown the Sin-
gle Photograph  of the petitioner .   yet testimony and evidence was introduced
concerning claudia sims ' pager ,  cars , and papers .  that Acting * U.S. Att-
orney Assured the court that she would be able to Connect  all evidence to the
petitioner through claudia sims '  who Acting U.S. * Attorney would call a Lye-
when she denies that she told Dectective Ray Moss *  that "Raleeek" put the ca-
rs in her Name  , And that ' After he put them in her name they were good as '
Hers .      [C]laudia Sims ' Also testified Under [O]ath that she had seen ral-
eek at a Gas station During petitioners [T]rial .   and when asked whether she
[E]ver [S]een  Raleek and the Petitioner At the [S]ame Time .  she answered '
that she had !  And discribed the manner in which it had taken place .
[C]ounsel for the petitioner (Robert Cooper) Also put before the court' testim-
ony to the Affect that he had questioned Claudia Sims concerning her Alleged S-
tatements to the goverment ,  And stated that Claudia Denied that she had made
statements put forth by goverment .   and was inquiring with trial judge how
hee should proceed [I]f' Goverment witness Denied what she [CLaudia Sims] had
stated to Counseler ?

-10-

Although Acting * U.S. Attorney **Alleged** that she was unaware that claudia

Sims would testifie that petitioner [W]as [N]ot [R]aleek , **The Goverments** '

next witness Would Be **[T]eshomi Crenshaw** , Who would **allegedly Unkown to**

**Acting * U.S. Attorney** (O)r the Trial judge bring forth testimony that cla-

udia sims **Purportedly** Came to her house (Teshomi Crenshaw) and told her that

she should **testifie** that it was a **[C]ase** of [M]istaken [I]dentity .

Yet counsel could do but so much to counter Acting * U.S. Attorney focuse-

d attempt to bring this **matter before the jury** .   As Trial Judge Ruled –

that it was An out-of court statement , and began giving Acting *U.S. att-

orney Case Law to that Affect . Also warning her that the case law was rath-

er [C]lear on the matter .        But the **[R]ub** was that Acting* U.S. attor-

ney had not long before ' Assure the court that she had Know Idea what Cla-

dia sims would say on the stand ?       Teshomi Crenshaw was allowed to Tes-

tifie Under **404(b) evidence** .    Teshomi had been Arrested on kidd row st '

with **cocaine** in her purse ' that she had know Idea how it how it got there ?

The court **Instructed** the jury that   **404(b) evidence** would be **"Allowed" For**

the sole purpose to prove   **[I]ntent – And – [M]otive** '  and could not be us-

ed for any other purpose !    Petitioner argued that **"even" [I]f'** such evid-

ence was **True** '  It was nevertheless  **Outweighed** by prejudice **(403)** .

yet the trial judge countinued to  instruct this **jury**  in this manner .

when the petitioner appealed this case to the court of appeals '   The Four-

th Circuit **Agreed** that it (404(b) evidence ) was far outweighed by prejudice,

But ultimately ruled that it was **[R]ightfully Introduced**  for the purpose '

of **[I]dentity** !   BECAUSE THE PETITIONER———————DENIED THAT HE WAS RALEEK!

petitioner will include portions of the information received from **A.T.F** In

this Motion for the courts in camera inspection .      as it will soon be ra-

ther clear , that petitioner was Indicted by way of **Substantial Assistance** '

and the court (Trial Judge) Attempted  To **Create** his Own **[J]URISDICTION** .

 AND THE PETITIONERS DETENTION IS ILLEGAL ACCORDIND TO LAW .

Coupled with the [F]act that [T]rial [J]udge James C. Fox [I]nstructed '
Jury that petitioner [W]as [C]harged .    And Likewise That Petitioner '
[W]as [A]lso [K]nown [A]s [R]aleek [A]lso [K]nown [A]s [B]aldhead .SEE
EXHIBIT # 6.    Then the protections that the Fifth Amendment placed '
Upon the court [D]ont Even Exsist !    And the petitioner suffers anew .

Further, petitioner could etsablish every [F]act ,    That he is being.. ,
and has been ! illegaly Detained Under the Color of Law '    As the law is
rather Clear in this Context .    [I]fact its [I]n the United States Consti-
tution .


## INCORPORATED MEMORANDUM OF LAW

On May 28th 2001 . petitioner Submitted [petition] for Writ of Habeas Cor-
pus , Pursuant to Title 28 U.S.C. Section 2241 (C)(3), With Incorporated Memo-
randum of Law .    Petitioner argued that court was without Subjectmatter '
[J]urisdiction to entertain [I]ndictment Against petitioner .    On Aug 6
2001 , Repondent Filed traverse Which [N]ever [O]nce ' denied that petition-
er [I]s being [I]llegally [I]mprisioned , Nor that petitioner [I]snt A Ci-
tizen Of the United States .


In United States Vs. Agurs, 427 U.S. 97, 96 Sct. 2392. the court Held;

> "that where evidnce which is undisclosed"
> to the defense before trial, demonstr-
> ates that the prosecution has used tes-
> timony it knows [O]r should have known
> is false , the conviction must be reve-
> rsed if there is any reasonable likeli-
> hood that it could have affected the j-
> udgement of the jury".


-12-

That [I]ncludes **Statement taken** by A.T.F. Agents  And Detectives  , SEE  **ALLTMONT**

**Vs. UNDERLINE UNITED STATES,** 177 f2d. 971, 976 **(3rd. Cir. 1949)** ;    Title 18  U.S.C. Sect-

ion § 3500. **(e)(1),(e)(2),** and **(e)(3),**    Defines The Term  **"Statement".** 3500. **(a),**

**(b)** and **(c)** . <u>Headed</u>  **Demands for production of statements 'and reports of Witne-**

sses .; [D]iscribes the [O]rder inwhich they must be [P]roduced .

In the instant case before this **Honorable Judge** ' the **petitioner** [H]as <u>presented</u>

[J]urisdictional claim that he is being detained **in Violation** of the [U]nited [S]-

ates **[C]onstitution** , And **[T]reaties** of the United States' Before a court of **[L]a**

**w.**  The petitioner has <u>Also</u> [B]y Motion **Rule 36(a)** requested in good Faith that '

Counsel for the repondent  **[A]dmit such Facts** . <u>SEE</u>  **E .g., Ark– Tenn Distributi-**

**ng Corp Vs. Breidt**  , 209 f2d. 359 (3rd. Cir 1954).

Admissions would done **Much** more than  [J]ust narrow down the issued '  It would

have given **Respondent** the [P]erfect chance to **Denie each**  and every Claim inwhich

petitioner **Basis** his claims for relief .

the Supreme court held "In" **HARRIS–VS.–NELSON,**394  U.S. 286 at 299-301, 89 Sct.

1082, at 1090-1091, 22 LEd.2d 281 (1969); SEE  **BRACEY–VS–GRAMLEY,** 520 U.S. 899,

138 LEd.2d. 97 (1997);

> **"where specific allegations before the court show reason "**
> **to beleive that the petitioner may , if  the facts are**
> **fully developed , be able to demonstrate that he is co-**
> **fined ' illegally and is therfore entitled to relief ,**
> **it is the duty of the court to provide the necessary f-**
> **acilities and procedures for an adequate inquiry";**

> **"Obviously , in exercising this power , the Court may    "**
> **utilize familiar procedures , as appropriate , whether**
> **these are found in Civil (O)r Criminal Rules or Elsew-**
> **here in the " usages and principles of Law."**

-13-

Also SEE **UNITED STATES VS. BAGLEY,** 473 U.S. 667 (1985) (Holding);

> "suppression by prosecution of evidence favorable"
> to the accused violates Due Process where there-
> reasonable probability that result of proceeding
> would have been different, had evidence been d-
> iclosed to defense.

During the petitioner trial ' **Trial Judge Himself** became a Witness when he

**Instructed** the [J]ury "That the Petitioner Was [C]harged .    And further '

when [H]e **Instructed** the [3] [J]ury That the Petitioner [was] **Also Known As**

**"Raleek"** **Also Known As Balhead**[3].    As Acting* U.S. Attorney had Assured "

Trial judge that there were [N]O Signed statements made by **Any Witness !**

[THIS TOOK PLACE AS PETITIONER REQUESTED INFORMATION CONCERNING HOW HE WAS ]

[CALLED TO ANSWER INDICTMENT       WITHOUT EVER BEING CHARGED ] So **from what**

**Basis** Could trial Judge Assume that the petitioner was **Known Also As Raleek'**

**Also Known As Baldhead ?**    When 'there was Know Witnesses Who had Taken the

Stand ?    During the petitioners Trial , Petitioner **Attempted** to [I]mpeach

witnesses concerning the **Only transcripts that were Available .**    And the Ju-

dge **Ruled** that these were [N]ot **Statements** Made by the Witnesses ' But

**Reports** Written by Police officers **Discribing** how they percieved what took

place during **Said** [I]nterviews .         Ironicly  ,  the officers will all

**testifie** that they had **never** seen the petitioner , that they were given a tip,

by a person that has never been named '  but who the [P]olice Admitt they have

**never used .**    The Names were conflicting ,  there were [N]o discriptions in the

**Alleged [I]ndictment .**    So from what **Basis** was the Petitioner Known to **Trial**

**Judge ?**       **FEDERAL RULES OF CRIMINAL PROCEDURE : RULE 605,**  COMPETENCY OF JUDGE

AS **WITNESS.**                  ' States the following :

> " the judge presiding at the trial may not testify in that trial as a"
> witness .    [N]o objection need be made in order to preserve the
> point. ;  (New Jersey evidence rule 42)

> " the rule provided an **"Automatic" "Objection"** .  to require an actual"
> objection would confront the opponent with a choice between not obj-
> ecting , with the result of allowing the testimony , and objecting ,
> with the probable result of excluding the testimony but at the price
> of continuing the trial before a judge likely to feel that his **inte-**
> **grity** had been attacked by the objector ".

In the instant case before this **Honorable Judge** ' The Facts Alone Clearly Support petitioners Claim that he   has Suffered a Manifest **"Injustice"**. And **Motion To Amend In Accordance With Local Rule** 7.5 [W]ill ' Include A **Jurisdictional** Argument that petitioners **Trial** Suffered from **Strucuaral D-efect ,** that can not Be Viewed under **Harmless error Standard** .

Furthermore , petitioner was arrested because of a **"Tip"** from [U]nreliable informant , then Literally shown to **Alleged Co-conspirators ,** who were ' Caught **Red** Handed Violating A Number Laws .  And then were **Asked** ' **By** the Same Officers Who Could **Offer** Any Way [O]ut of **Such** A Jam ?  Whether **They** ' **Knew ?** this person or that person ?   **Surely** these officers **Knew** that in Such a Position , It would have been not **Only Wise** ' But **Lawfull,** to make-[C]ertain that suchperson would not be **Willing** , [T]o point the finger at any [O]ne to Save themselves .  **[The Innocent], .**

Infact , it is **inconceivable** to phanthom that someone trained in the [S]cience Of **Law Enforcement** , could in good faith ' [P]rofess , that there is **[N]ot "A"** Greater Risk in using **Statements**[2] by people who have been **promised** that **any** [I]n-**formation** given ' [W]ill be counted torwards the sentence that [T]hey Will **Rec-eive .......** (especially when there allowed to place the crime inwhich they have been caught **[R]ed Handedly ,** [O]n the shoulders of **[A]nother** .

In the case before this court , **it [I]s [I]ronic** that None of these **Witnesses** were taken before the [G]rand [J]ury !  Not One [H]ad Made A Signed Statement ? [ **Borrowing** From the Words of **Trial Judge** ] **,** [N]ot **Indicted** for Any Controlled Sales .  [Testimony By Alleged Head Agent at Detention Hearing ]  Never seen by **Any Officer Conducting Investigation ,** Who [C]ould identifie the petitioner . [ **Testimony** by every **Agent - Detective** ]   Exhibits will Now show that there was also **[A]nother** Possible Name Included with the confusing **Baldhead , Ra , Raleek , Roy lee .**  As petitioner has dicovered that Raliegh [I]s '

-15-

[B]aldhead .   SEE EXHIBITS # 1—Through—5.   Also for this courts In Camera

Inspection the petitioner has included F.B.I Search for names that petitioner

[I]s Known [B]y . SEE Exhibit # 6.   Furthermore ,  it [I]s evident that Cou-

sel for the respodent   [M]ust be [R]eminded  ' Along with his Superiors, of

the Basic [D]uty of Counsel for the [G]overment :

> "the united states Attorney is the representative not of"
> an ordinary party to a controversy ,  but of a soverei-
> gnty whose obligation to govern impartially is as comp-
> elling as its obligation to govern at all ;  and whose
> interest , therefore, in a criminal prosecution is not
> that it shall win a case ,  but that justice shall be
> done.   As such , he is in a peculiar and very definite
> sense [T]he [S]ervant [O]f the [L]aw , the twofold aim
> of which is that guilt shall not escape [O]r innocence
> [S]uffer.      [I]t is as much his duty to refrain from
> [I]mproper methods [C]aculated to produce a wrongful '
> Conviction as it is to use evry legitimate means [T]o
> bring about a [J]ust one.   [SEE]

BERGER VS. UNITED STATES, 295 U.S. 78, 88, 55 SCt. 629, 633, 79 L.Ed. 1314(1935)

; overruled on other grounds, STIRONE VS. UNITED STATES, 361 U.S. 212, 80 SCt.

270, 4 L.Ed.2d. 252 (1960).   in the instant case before this Honorable Judge

the petitioner is being [O]bstructed from securing statements from witnesses '

that testified during and after  petitioners trial.    SEE GIGILO VS. UNITED

STATES, 405 U.S. 150 (1972);

> "when reliability of witness may be determinative"
> of guilt or innocence ,  nondisclosure of evide-
> nce  that affects credibility is [D]enial of Due
> process."

Furthermore , where petitioner seeks potentially excupatory evidence in records,

Court should conduct in camera review to determine exsistence of exculpatory ev-

idenc .  SEE PENNSYLVANIA VS. RITCHIE, 480 U.S 39 (1980) .  Petitioner further

argues that Historically ,  the [G]rand [J]ury has been regarded as a [P]rimary '

Security to the Innocent against Hasty ,  malicious and Oppressive Prosecution ;

SEE  WOOD VS. GEORGIA, 370 U.S 375, 390, 82 SCT.  1364, 1373, 8 L.ED.2D. 569

(1962) ;

> "it serves the invaluable function in our society of "
> standing between the accuser and the accused.......
> to determine whether a charge is founded upon reason
> or was dictated by an intimidating power or malice
> and personal ill will".

Also See HURTODA VS. CALIFORNIA, 110 U.S. 516 (1884); UNITED STATES VS. CALANDRA,

414 U.S. 388 (1974);

> "Fifth Amendment [R]equires Indictment by Grand Jury  "
> to Prosecute Serious Crimes in Federal Courts."

[O]therwise ' The Court Lacks Jurisdiction . SEE ALEXANDRA VS. LOUISIANA, 405 ,

U.S. 625 (1972); SUNAL VS. LARGE, 332 U.S. 174, 182, (1974); HAILEY, 580 F2d. at

115 [Citing Hill, 368 U.S. at 428].


[I]n the instant case before this Honorable Judge ' it Appears  that case against

Petitioner [R]ests [C]ompletely On  The [T]heory ' that [G]rand [J]ury ' [M]ay De-

legate its Authority to [I]ndict !    Although the Supreme Court "In" RUSSELL VS.

UNITED STATES, 369 U.S. 749 8 L.Ed 2d. 240, 82 SCt. 1038 ; Has [S]tated it Well !

(Concerning the Fears Assossiated with Allowing A Judge to Amend an Indictment).

Also See  Orfield , Criminal Procedure From Arrest To Appeal , 243.    ; Yet the B-

est Example Comes From the Constitution [I]tself .    There can Be [N]o Doubt that

the United States Constitution [Must] Be Upheld !  and recognized as the Fabric ,

From which [A]ll Laws ' And Decisions Shall Flow ..............


### PREAMBLE........

WE THE PEOPLE   of the United States , in Order to form a perfect Union , establish
Justice ,  insure domestic Tranquility ,  provide for the Common d-
efence , promote the general Welfare,  and secure the Blessing  of
Libertyto ourselves and our Prosterity ,  Do ordain and Establish
This CONSTITUTION for the UNITED STATES OF AMERICA.


### ARTICLE VI (in part reads)

This Constitution ,  and the Laws of the United States which shall be made in Pur-
suance Thereof; and all Treaties made, or which shall be made , under
the Authority of the United States ,  Shall be the Supreme Law of the
Land ;   and the Judges in every State Shall be Bound thereby ,
Anything in the CONSTITUTION or LAWS of Any State to the Contrary Not-
withstanding.

-17-

**THE FIFTH AMENDMENT** (in Relevant part Reads)

[N]o Person [S]hall  Be [H]eld to Answer for A  Capital Or Otherwise [I]nfamous
          Crime  , Unless On A Presentment Or Indictment Of A Grand Jury ;
          [N]or Be [D]eprived Of Life , [L]iberty  , Or Property [W]ithout
          [D]ue  [P]rocess Of [L]aw.


## CONCLUSION

Wherefore Petitioner Honestly Prays that this **Honorable Judge ' By**

**Order** , Compells Counsel for the Respondent To **Produce**  The Entire **File** Of **Certi-**

**fied** [O]riginal Documents , Tapes 'et.  for this Courts in Camera Inspection , and

then Turned over to the petitioner , [O]r Just Admit that the petitioner is being

[I]lleagally Detained.


RESPECTFULLY SUBMITTED THIS _13th_ DAY OF FEB. 2003

MR  ALLEN MORSLEY # 14718056

_Mr. Allen Morsley_  X

UNIT -A- P.O. BOX 305 JONESVILLE VA.  24263-0305.


## CERTIFICATE OF SERVICE

I , ALLEN MORSLEY , THE PETITIONER IN THE ABOVE CASE , HEREBY CERTIFIE , THAT A COPY
MOTION FOR DOCUMENTARY EVIDENCE HAS BEEN FORWARDED BY MAIL TO , **ASSISTANT U.S.
ATTORNEY MATHEW HAGGERTY P.O BOX 11754 HARRISBURG, PENNSYLVANIA.  17108-1754 .**
of this do I Affix my Name .


MR. ALLEN MORSLEY

_Mr Allen Morsley_ X

DEPARTMENT OF THE TREASURY - BU      OF ALCOHOL, TOBACCO AND FIREARMS

## CASE SUMMARY

Int. Entry ☐ Final    Page 01 of 0
Update

| 1. CASE NUMBER | 2. OFFICE CODE | 3. AGENT SSN | 4. CASE TITLE |
|---|---|---|---|
| 13550-93-4565-T | 13550 | | THE F. JOHNSON ORG. |

| 5. PROGRAM | 6. CIP | 7.ITAR | 8. CASE PROFILE |
|---|---|---|---|
| F19 | 05 | N | ************************ [ EXHIBIT # 1 ] ************************ |

9. INVESTIGATIVE TECHNIQUES    10. VALUE    11. D

| 12. JUDICIAL DISTRICT | 13. INTERNATIONAL TRAFFICKING | 14. SPEC. PROJ. TRACKING CODES |
|---|---|---|
| CASE OPENED | CASE PROSC. | SOURCE CT. | TARGET CT. | SOURCE ST. | TARGET ST. |

NCE

### 15. DEFENDANTS

| NO. | LAST NAME | FI | PROFILE | AFF | CITIZENSHI |
|---|---|---|---|---|---|

FEDERAL CHARGES | STATE CHARGES | CRIMINAL HISTORY | JUDICIAL STATUS | ARREST STATUS

### 16. PROPERTY

| ACTN | TYPE | QUANTITY | VALUE | STOLEN | SOURCE COUNTRY | TARGET COUNTRY | SOURCE STATE | TARGET STATE | ************ [ EXHIBIT # 1 ] ************ |
|---|---|---|---|---|---|---|---|---|---|

17. PROPERTY IS IN CUSTO

18. FINAL DISPOSITION DA

### 19. APPROVALS

COMPLETED BY    DATE 06/16/93
REVIEWED BY    DATE 6 16 93
APPROVED BY    DATE 7 6 93
REMARKS    MONITOR NUMBER

RCS ATF R 3270.

| DEPARTMENT OF THE TREASURY- BUREAU ALCOHOL, TOBACCO AND FIREARMS | 1. INVESTIGATION IS | Page 1 of |
|---|---|---|
| **REPORT OF INVESTIGATION (Law Enforcement)** | ☐ ROUTINE  ☒ SENSITIVE  ☐ SIGNIFICANT | **1** pages |

| 2. TO: | 3. MONITORED INVESTIGATION INFORMATION(*Number and Branch*) |
|---|---|
| Special Agent in Charge<br>Charlotte Field Division Office | CIP: CHARLOTTE FY-93<br>ORGANIZED CRIME/CRIMINALS<br>REPORT 017-Q |

| 4. TITLE OF INVESTIGATION | 5. INVESTIGATION No. (*Include Suspect No.*) |
|---|---|
| THE FLETCHER JOHNSON ORGANIZATION | 13550-93-4565-T |

**6. TYPE OF REPORT**(*Check applicable boxes*)

| | | | | 7. BUREAU PROGRAM | | 8. PROJECT(S) |
|---|---|---|---|---|---|---|
| | PRELIMINARY | | COLLATERAL (*Request*). | X TITLE I | | TARGETED OFFENDER |
| | | | | TITLE II | FIREARMS | TERRORIST/EXTREMIS |
| X | STATUS | | COLLATERAL (*Reply*) | TITLE VII | | X OCD |
| | | | | TITLE II | EXPLOSIVES | ITAR |
| | FINAL | | INTELLIGENCE | TITLE XI | | SEAR |
| | | | | TOBACCO | | OMO |
| | SUPPLEMENTAL | | REFERRAL (*Internal*) | ALCOHOL | | OTHER (*Specify*) |

9. DETAILS:

### 90 DAY STATUS REPORT

Date Investigation Opened:   6/16/93                 **********************
Date Case Report Submitted:  7/20/93                 [  EXHIBIT # 1 (a)  ]
Date of Last Status Report:  2/17/95

This report relates to the investigation of violations of the Federal
firearms laws by Fletcher Johnson et al, who between August 1992, to July
1993, did conspire to illegally possess and sell firearms in Raleigh,
Eastern Judicial District of North Carolina.

### JUDICIAL PROGRESS OF DEFENDANTS

On May 9, 1995, I contacted AUSA               reference to this
investigation. AUSA        stated          , Allen Morsley, and
         all have their appeals pending in the Fourth Circuit Court of
Appeals. AUSA   additionally stated that she had just finished her
briefs on the appeal issues raised by the defendants, and that she felt
she would be getting the Fourth Circuit's answer on the appeal issues by
the end of the summer. AUSA    further stated she would keep me
informed of any new developments in the status of their appeals.

There is property in ATF custody.

This investigation is continuing.              *******************
                                              [ EXHIBIT # 1 (a) ]

| 10. SUBMITTED BY (*Name*) | 11. TITLE AND OFFICE | 12. DATE |
|---|---|---|
| | S/A - Raleigh, N.C. | 05/10/ |
| 13. RE | 14. TITLE AND OFFICE<br>RAC - Raleigh, N.C. | 15. DATE |
| 16. APPROVED BY (*Name*) | 17. TITLE AND OFFICE<br>Special Agent in Charge | 18. DATE<br>5/11/ |

ATF EF 3270.2 (5-90)

RCS ATF R 3270.1

| DEPARTMENT OF THE TREASURY- BUREAU O. .LCOHOL, TOBACCO AND FIREARMS | 1. IN\ IGATION IS | Page 1 of |
|---|---|---|
| REPORT OF INVESTIGATION (Law Enforcement) | ☐ ROUTINE  ☒ SENSITIVE  ☐ SIGNIFICANT | 2 pages |

| 2. TO: | 3. MONITORED INVESTIGATION INFORMATION(Number and Branch) |
|---|---|
| Special Agent in Charge  Charlotte Field Division Office | CIP: CHARLOTTE FY-93  ORGANIZED CRIME/CRIMINALS  REPORT 014-Q |

| 4. TITLE OF INVESTIGATION | 5. INVESTIGATION No. (Include Suspect No.) |
|---|---|
| THE FLETCHER JOHNSON ORGANIZATION | 13550-93-4565-T |

**6. TYPE OF REPORT**(Check applicable boxes)

| | | | | 7. BUREAU PROGRAM | | 8. PROJECT(S) | |
|---|---|---|---|---|---|---|---|
| | PRELIMINARY | | COLLATERAL (Request). | X | TITLE I | FIREARMS | | TARGETED OFFENDER |
| | | | | | TITLE II | | | TERRORIST/EXTREMIST |
| X | STATUS | | COLLATERAL (Reply) | | TITLE VII | | X | OCDE-T |
| | | | | | TITLE II | EXPLOSIVES | | ITAR |
| | FINAL | | INTELLIGENCE | | TITLE XI | | | SEAR |
| | | | | | TOBACCO | | | OMO |
| | SUPPLEMENTAL | | REFERRAL (Internal) | | ALCOHOL | | | OTHER (Specify) |

**9. DETAILS:**

<div align="center">

90 DAY STATUS REPORT    *********************
[ EXHIBIT # 1 (b) ]

</div>

Date Investigation Opened:  6/16/93
Date Case Report Submitted:  7/20/93
Date of Last Status Report:  9/22/94

This report relates to the investigation of violations of the Federal
firearms laws by Fletcher Johnson et al, who between August 1992, to the
present, did conspire to illegally possess and sell firearms in Raleigh,
Eastern Judicial District of North Carolina.

<div align="center">

JUDICIAL STATUS OF DEFENDANTS

</div>

On November 2, 1994, I was contacted by AUSA ____ ____ reference to
this investigation. *AUSA Hamilton stated that * __, Allen Morsley,
and ___ _____ all have their appeals pending in the Fourth Circuit
Court of Appeals.   Morsley, ____ all appealed their guilty
verdicts.  AUSA Hamilton further stated that she would keep me informed of
any new developments in the status of their appeals.

<div align="center">

*******************
[ EXHIBIT # 1 (b) ]

</div>

| 10. SUBMITTED BY (Name) | 11. TITLE AND OFFICE  S/A - Raleigh, N.C. | 12. DATE  11/02/ |
|---|---|---|
| 13. | 14. TITLE AND OFFICE  RAC - Raleigh, N.C. | 15. DATE  11/2/ |
| 16. APPROVED BY (Name) | 17. TITLE AND OFFICE  Special Agent in Charge | 18. DATE  11/8/ |

ATF EF 3270.2 (5-90)

RCS ATF R 3270.1

| DEPARTMENT OF THE TREASURY- BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | 1. INVESTIGATION IS | Page 1 of |
|---|---|---|

REPORT OF INVESTIGATION (Law Enforcement)

1. INVESTIGATION IS
☐ ROUTINE
☒ SENSITIVE   ☐ SIGNIFICANT

Page 1 of **2** pages

| 2. TO: | 3. MONITORED INVESTIGATION INFORMATION*(Number and Branch )* |
|---|---|
| Special Agent in Charge<br>Charlotte Field Division Office | CIP: CHARLOTTE FY-93<br>ORGANIZED CRIME/CRIMINALS<br>REPORT 0## MONITOR: F-13593-07 |

| 4. TITLE OF INVESTIGATION | 5. INVESTIGATION No. *(Include Suspect No.)* |
|---|---|
| THE FLETCHER JOHNSON ORGANIZATION | 13550-93-4565-T |

| 6. TYPE OF REPORT*(Check applicable boxes )* | | | | 7. BUREAU PROGRAM | | | 8. PROJECT(S) | |
|---|---|---|---|---|---|---|---|---|
| | PRELIMINARY | | COLLATERAL *(Request )*. | X | TITLE I | FIREARMS | | TARGETED OFFENDER |
| | | | | | TITLE II | | | TERRORIST/EXTREMIST |
| | STATUS | | COLLATERAL *(Reply )* | | TITLE VII | | X | OCD ETF |
| | | | | | TITLE II | EXPLOSIVES | | ITAR |
| | FINAL | | INTELLIGENCE | | TITLE XI | | | SEAR |
| | | | | | TOBACCO | | | OMO |
| X | SUPPLEMENTAL | | REFERRAL *(Internal )* | | ALCOHOL | | | OTHER *(Specify )* |

9. DETAILS:                                    *******************
QUARTERLY STATUS      [ EXHIBIT # 1 (c)  ]

This report relates to the investigation of violations of the Federal
firearms laws by Fletcher Johnson et al, who between August 1992, to the
present, did conspire to illegally possess and sell firearms in Raleigh,
Eastern Judicial District of North Carolina.

On March 8, 1994, members of the Fletcher Johnson organization were
sentenced before U.S. District Court Judge James Fox in Wilmington, North
Carolina.  _____, and Allen Morsley were sentenced to life
imprisonment for violations of 21 USC 846, and 60 months for violations of
18 USC 924 (c), all other firearms charges are to run concurrent with the
mandatory life sentence of 21 USC 846.

\10

                                        *******************
                                        [ EXHIBIT # 1 (c)  ]

| 10. SUBMITTED BY | 11. TITLE AND OFFICE | 12. DATE |
|---|---|---|
| | S/A – Raleigh, N.C. | 03/30/ |
| 13 | 14. TITLE AND OFFICE | 15. DATE |
| | RAC – Raleigh, N.C. | 4/1/ |
| 16. APPROVED | 17. TITLE AND OFFICE | 18. DATE |
| | Special Agent in Charge | 4/12/ |

ATF 3270.2 (5-90)

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

REPORT OF INVESTIGATION - CONTINUATION SHEET
(Law Enforcement)

PAGE **2**

OF **3** PAGES

| TITLE OF INVESTIGATION | INVESTIGATION NO. |
|---|---|
| THE FLETCHER JOHNSON ORGANIZATION | 13550-93-4565-T |

DETAILS *(Continued)*

The above listed individuals used Fletcher Johnson as their primary
supplier of firearms.  This group has used these firearms to protect
illegal drug operations, to resell at a significant profit, and to have
"untraceable" firearms for use in crimes of violence.

****************
[ EXHIBIT # 1 (d) ]



13550 93 4565 T

Raleigh, a/k/a Baldhead.

```
******************
[ EXHIBIT # 2 ]
```

```
******************
[ EXHIBIT # 2 ]
```

7

EXHIBIT ___12___

```
********************
[ EXHIBIT # 2 (a) ]
```

            They conversed, discussing the whereabouts of
Roy Lee, a/k/a Raleigh, a/k/a Baldhead.

```
********************
[ EXHIBIT # 2 (a)  ]
```

12

EXHIBIT  4.C.

019890

ALL OTHER                    WEAPONS                    05-27-93/0900              05

    NA                                              NA


                                    *****************
                                    [ EXHIBIT # 3 ]

SUSPECT'S STATEMENT CONT:




                                    [  EXHIBIT # 3 ]
                                    *****************




Roy Lee was another                              dealt with h

approximately two to three times.  Roy Lee also dealt wit      at times.

Roy Lee was living in a rooming house located at the corner of Bloodworth stre

and Hargett street.

            Roy Lee 15 guns            and five guns

Roy Lee know Andre



                        EXHIBIT ___5___              (43)


Det.

*******************
[ EXHIBIT # 3(a) ]

Bloodworth & Hargett -- Roy Lee

*******************
[ EXHIBIT # 3(a) ]

EXHIBIT __5__

019890

ALL OTHER                    WEAPONS              06-08-93/1800hrs        02

   NA                                        NA

                                   ************
                                   [EXHIBIT # 4 ]


Roy Lee or Raleek is a B/M


                          .  Raleek deals with .380's and Mac-10':

Raleek tries to turn the weapons into automatics.  Raleek is short, medium

dark complexion, stout, very cautious, carries large sums of money and is

weight dealer of drugs.

               Raleek is also very undependable.


                                   ***************
                                   [ EXHIBIT # 4 ]


EXHIBIT _5_

Det. R.G. Moss 1421 IB2

***************
[ EXHIBIT # 4(a) ]

        They conversed, discussing the whereabouts of
Roy Lee, a/k/a Raleigh, a/k/a Baldhead.

***************
[ EXHIBIT # 4(a) ]

12

EXHIBIT  4AC

021988

Drug Violation             Cocaine             06-17-93/1100hrs          01

NA                                      NA

**************
[ EXHIBIT # 5 ]

<u>SYNOPSIS:</u>

<u>INVESTIGATIVE NOTES:</u>

**************
[ EXHIBIT # 5   ]

that the drugs we found                    : came from a guy name Raleek

not know where Raleek lives or his phone number.   Raleek normally

hangs out at the Raleigh North apartments off Raleigh Blvd in Raleigh and make

contact          Raleek is a B/M approximately 5'5" tall, 130 lbs

stated that he has gotton one or two

Det.              EXHIBIT ____5____          

RCS ATF R 3270.1

| DEPARTMENT OF THE TREASURY- BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | 1. INVESTIGATION IS | | Page 1 of |
|---|---|---|---|
| REPORT OF INVESTIGATION (Law Enforcement) | ☐ ROUTINE ☒ SENSITIVE  ☐ SIGNIFICANT | | 3 pages |

| 2. TO: Special Agent in Charge Charlotte Field Division Office | 3. MONITORED INVESTIGATION INFORMATION(*Number and Branch*) CIP: CHARLOTTE FY-93   MONITOR F-13593-07 ORGANIZED CRIME/CRIMINALS REPORT 001 SENCE 056,059 spin-off |
|---|---|

| 4. TITLE OF INVESTIGATION THE FLETCHER JOHNSON ORGANIZATION | 5. INVESTIGATION No. (*Include Suspect No.*) 13550-93-4565-T |
|---|---|

| 6. TYPE OF REPORT(*Check applicable boxes*) | | | | 7. BUREAU PROGRAM | | | 8. PROJECT(S) | |
|---|---|---|---|---|---|---|---|---|
| X | PRELIMINARY | | COLLATERAL (*Request*). | X | TITLE I | FIREARMS | | TARGETED OFFENDER |
| | STATUS | | COLLATERAL (*Reply*) | | TITLE II | | | TERRORIST/EXTREMIST |
| | | | | | TITLE VII | | X | OCDETF |
| | FINAL | | INTELLIGENCE | | TITLE II | EXPLOSIVES | | ITAR |
| | | | | | TITLE XI | | | SEAR |
| | SUPPLEMENTAL | | REFERRAL (*Internal*) | | TOBACCO | | | OMO |
| | | | | | ALCOHOL | | | OTHER (*Specify*) |

9. DETAILS:

This investigation relates to suspected violations of the Federal firearms and drug laws by Fletcher Johnson and others in Raleigh, Eastern District of North Carolina.

                                                                    full
licensee investigation conducted by        of the Fayetteville Field Division of former FFL Fletcher Johnson (13530 93 2504 L).

******************
[ EXHIBIT # 5(a) ]

s and the investigative findings recommending prosecution of at least the following individuals as members of this conspiracy: Fletcher Junior Johnson;                              , "Roy-Lee" LNU, a reputed area drug and dealer

14

| 10. SUBMITTED BY | | 11. TITLE AND OFFICE S/A - Raleigh, N.C. | 12. DATE 06/16/9 |
|---|---|---|---|
| 13 | | 14. TITLE AND OFFICE RAC - Raleigh, N.C. | 15. DATE 6128 |
| 16. APPROVED BY (*Name*) | | 17. TITLE AND OFFICE Special Agent in Charge | 18. DATE 7/6/ |

ATF EF 3270.2 (5-90)

[ EXHIBIT # 5(a) ]
******************

FROM NCIC    ON 04/14/94 AT 13:28:44        PRESS ENTER TO CONTINUE

THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/MORSLEY,ALLEN SEX/M RAC/B DOB/120464 PUR/C

NAME                        FBI NO.         INQUIRY DATE
MORSLEY,ALLEN                               04/14/94

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    B     12/04/64    506     110     BRO   BLK   NEW YORK

FINGERPRINT CLASS


ALIAS NAMES
MORSELY,ALLAN              MOSELY,ALAN
MOSELY,ALLEN              MOSELY,BORN           ****************
MOSLEY,ALAN              MOSLEY,ALLEN
WILSON,DANIEL            WILSON,DEREK          [EXHIBIT #. 6 ]
MORSLEY,ALLEN           BORN,ALLEN
MOSLLEY,ALLEN          MORSLEY,ALLAN
WILLIAMS,DARREN
Online to                                      ||          ||


OTHER
BIRTH DATES   SOCIAL SECURITY
08/04/65      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
08/04/64
08/04/66

IDENTIFICATION DATA UPDATED 10/27/93

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE

FOLLOWING:
  NEW YORK        - STATE ID/NY
  FBI             - FBI/

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.

END

                                    ******************
                                    [EXHIBIT #6. ]

Online to                                      ||          ||


OTHER
BIRTH DATES   SOCIAL SECURITY
08/04/65      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
08/04/64
08/04/66

MR. ALLEN MORSLEY # 14718056
U.S.P. LEE COUNTY- P.O. BOX
305
JONESVILLE, VA. 242463-0305

FILED
HARRISBURG, PA

MAR 0 5 2003

MARY E. D'ANDREA, CLERK
Per _____

Office Of The Clerk
U.S. Courthouse
228 Walnut St. RM. 1060
P.O. BOX 983
Harrisburg, Pa. 17108-0983

U. S. PENITENTIARY - LEE COUNTY
PO Box 900 - Jonesville, VA 24263
DATE _____
"Special / Legal Mail"

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has been
neither opened or inspected. If the writer raises a question
or problem over which this facility has jurisdiction you
may wish to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please return the
enclosed to the above address.