# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

\*

ALLEN MORSLEY,
      petitioner

CASE# 1:01-CV-01003

VS.

\*

DONALD ROMINE,
      respondent

\*

MOTION TO FILE PETITIONERS
REPLY' TO RESPONDENT OPPO-
SITION OF , MOTION FOR DO-
CUMENTARY EVIDENCE IN ACC-
DANCE WITH 28$ U.S.C SEC .
2247, [O]UT OF TIME.

FILED
HARRISBURG, PA

APR 0 7 2003

MARY E. D'ANDREA, CLERK
Per

COMES NOW , ALLEN MORSLEY (Hereinafter "petitioner") Appearing **pro se**, in the
Above captioned matter , and hereby moves this **Honorable Court** to allow the petit-
ioner to file response **out of time** , [I]f' this Hon. Judge finds **Any** Merit in A-
rgument forwarded by counsel for the respondent.

### The petitioner avers the Following:

# 1.
    And most Important , the petitioner is A Layman of Law ' an not in the position
to **electronically file responses** withsuch ease or efficiency .

# 2.
    Petitioner has had to **revise** Motion to **Amend [Motion]** which this court deemed '
withdrawn for **failure** of L.R. 7.5 Complience . wwich is <u>just</u> Now being finis-
hed . as the petitioner has been transfered to a prison that has **[O]nly** One(1)
**Copy Machine /**    **Ten (10) Typewriters** ' and a **Inmate population of one thou-
sand , One hundred and Fifty four [ 1.154 ].**    and sadly , an **Inadaquate ref-
erence to Case Law .**

        And the petitioner prays that this Honorable Judge gran-
ts motion to file Traverse  out of time so that the petitioner might be heard .

RESPECTFULLY SUBMITTED THIS 31st DAY OF MAR.2003.

MR.ALLEN MORSLEY. *Mr Allen Morsley*

**MR. ALLEN MORSLEY**
NAME

**14718-056**
REG. NO.

UNITED STATES PENITENTIARY

LEE COUNTY

Post Office Box 305

Jonesville, Virginia 24263-0305

FILED
HARRISBURG, PA

APR 07 2003

MARY E. D'ANDREA, CLERK

Per _____

OFFICE OF THE CLERK– Room 1060
UNITED STATES DISTRICT COURT
228 Walnut Street
P.O. Box 983
HARRISBURG PA. 17108