IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSELY,                    :        CIVIL NO. 1:CV-01-1003
                Petitioner,       :
                                  :        (Judge Kane)
        v.                        :
                                  :
DONALD ROMINE,        :
                Respondent        :

## ORDER

On November 5, 2002, the Petitioner filed a Request for Extension of Time to File a Motion to Amend Pursuant to Rule 15(a). (Doc. 41). In accordance with the United States District Court for the Middle District of Pennsylvania, Rules of Court, LR 7.5, the Petitioner was to have filed a brief in support of the motion within ten (10) days of the filing of the motion. "Unless otherwise ordered by the court, if supporting legal briefs are not filed within the time provided in this rule such motions shall be deemed to be withdrawn." M.D.Pa. LR 7.5. The Petitioner has not filed a supporting brief as of this date. Nor has he requested an extension of time to do so. The motion is therefore deemed withdrawn.

NOW, THEREFORE, THIS 3rd DAY OF JULY, 2003, IT IS HEREBY ORDERED THAT the Petitioner's Motion for Extension of Time to File a Motion to Amend pursuant to Rule 15(a), (Doc. 41) is DEEMED WITHDRAWN.

s/Yvette Kane
YVETTE KANE
United States District Judge