## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN MORSELY, | : | CIVIL NO. 1:CV-01-1003 |
| Petitioner, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| DONALD ROMINE,      : | | |
| Respondent | : | |

### **ORDER**

NOW, THEREFORE, THIS 3rd DAY OF   JULY, 2003, upon consideration of the

Petitioner's "Motion for Documentary Evidence in Accordance with 28 U.S.C. Section 2247 of

Federal Civil Judicial Procedures and Rules, with Incorporated Memorandum of Law" (Doc. 43)

and the Respondent's brief filed in opposition (Doc. 44), IT IS HEREBY ORDERED THAT the

motion is DENIED at this time.  However, in the event that the Court determines that additional

documentary evidence is necessary, the Respondent will be directed to produce such evidence.

Based on this denial, the Petitioner's motion to file a reply to the Defendant's opposition brief

(Doc. 45) is rendered MOOT.


s/Yvette Kane
YVETTE KANE
United States District Judge