ORIGIN....

NON~ ~ to Cr

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN MORSLEY, | : | CIVIL NO. 1:01–CV–1003 |
| petitioner | : | |
| v. | : | |
| DONALD ROMINE, | : | |
| respondent | : | |

**FILED**
HARRISBURG PA

**JUL 1 4 2003**

MARY E. D'ANDREA, CLERK
Per_____

### REQUEST FOR EXTENSION OF TIME, TO FILE
### MOTION TO AMEND PURSUANT TO RULE 15(a)

**COMES NOW** , **ALLEN MORSLEY** (Hereinafter "Petitioner") Appearing **pro se,** in the above captioned matter , and hereby moves this **Honorable Judge** To except request for exstension of time to file motion to **Amend** in accordan- with **M.D.Pa. L.R. 7.5** within ten (10) days of the filing of this motion.

#### THE PETITIONER AVERS THE FOLLOWING:

In the instant case before this **Hon. court** , the petitioner has moved fr- one institution ( F.C.I. Edgefield ) To **U.S.P. LEE COUNTY** ' After prior Motion had been filed ( Nov . 5th. 2002).   Yet un-alike F.C.I. Edgefild, U.S.P. LEE COUNTY **is not  Well Established** in regards to the **Legal** aspects of litigation for prisoners .

As the petitioner had mentioned in  **request** for exstension **of** time to res- pond to opposition of **documentary evidence** (2247).   U.S.P. LEE COUNTY has **[O]nly** One (1) **Copy Machine  /   Ten type writers**  and over 1300 inmates. many of which have just as much right to the limited  materials as the pet- itioner.   And while the copy machine has been broken for almost three 3 Weeks '  The petitioner has been unable  copy exhibits that are central , to the case law inwhich the petitioner bases his claims .

**And** Although this **honorable Judge** has held the petitioners litigations to less stringent standards than that of an attorney , the truth is t-hat U.S.P.LEE COUNTY has in a real sense ' <u>truncated</u> much of petitioners litigations.    As the cost of type ribbons / and correction tape . [A]Itis beyond the petitioners **Means** .    So misspelled words, that-are easily corrected become expensive ' and further damaging . and the petitioner now ask this court to overlook such minor infractions as well.

And to further **Allow** request for exstension of time to **submit** motion to **Amend** pursuant to rule 15 (a).    Which is being re-typed with **contro-ling** "Case Law".    And in accordance to with **M.D.Pa. L.R. 7.5.** .


**wherefore** the petitioner prays that this **honorable** Judge **Would** in-dulge the minor setbacks that have accured , And allow motion to be sub-mited within **ten** (10) working days after receiving this [R]equest .



RESPECTFULLY SUBMITTED THIS _10_ DAY OF JULY 2003

<u>MR. ALLEN MORSLEY 14718056</u>



## CERTIFICATE OF SERVICE

I , **ALLEN MORSLEY** , THE PETITIONER IN THE ABOVE CAPTIONED MATTER , HEREBY CERTIFY , THAT A COPY OF MOTION ( REQUEST FOR EXSTENSION OF TIME ) HAS BEEN FORWARDED BY MAIL , TO **ASSISTANT U.S. ATTORNEY MATHEW E. HAGGERTY.** P.O BOX 11754 HARRISBURG , PENNSYLVANIA. 17108-1754 .

OF THIS DO I AFFIX MY NAME    *Mr Allen Morsley*

**MR. ALLEN MORSLEY**

NAME

**14718056**

REG. NO.

UNITED STATES PENITENTIARY

LEE COUNTY

Post Office Box 305

Jonesville, Virginia 24263-0305





office of the clerk

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

U.S. Courthouse

228 Walnut street

P.O. Box 983

Harrisburg , Pa    17108

FILED
HARRISBURG, PA

JUL 14 2003

MARY E. D'ANDREA, CLERK

Per _____

17108►0983