UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY,             *        CASE# 1:01-CV-01003
    petitioner

VS.                        *

                                                                      **FILED**
                                                      HARRISBURG, PA

DONALD ROMINE,             *
    respondent                              JUL 2 4 2003

    REQUEST FOR EXTENSION OF TIME TO         MARY E. D'ANDREA, CLERK
    FILE MOTION TO AMEND PURSUANT TO         Per_____
    RULE 15(a) IN ACCORDANCE WITH 7.5               Deputy Clerk

    **COMES NOW**, **ALLEN MORSLEY** (hereinafter "Petitioner") appearing **pro se**, in the above captioned matter, And hereby moves this **Honorable Judge** to allow the petitioner to submit motion to **Amend** out of time. That time being an **[A]dditional**(10) **Ten** Days after this motion is **filed** in the Middle District of pennsylvania.

    THE PETITIONER AVERS THE FOLLOWING:

On **July 3rd 2003** This Honorable Judge Issued **Order** That withdraw Petitioners **November 5th** 2002 **request** for extension of time to file **Motion** to **Amend** pursuant to Rule 15(a) (Doc.41). the very Day that the petitioner **recieved** such [N]otice ' Petitioner Submitted A **[R]equest**, For(10)**Ten Days** In Accordance with **M.D.Pa. 7.5.** ; Yet **Legal [D]ocuments** that are to be Submited therein ' were expected within Requested Amount of time (**July 17 2003**) And the petitioner [T]ruly **apologizes** for not being Quicker, and furthermore Assures this **Honorable Judge** that there Should be no further [D]elays

    Wherefore the Petitioner **Respectfully Requests** An Additional (10) **Ten Days**, From the Filing Of This Motion. the petitioner would like to apologize [O]nce agian ' for Any Delays that May Have Affected the order inwhich this **Honorable Judge** has seen fit.

-i-

CONTINUED FROM PAGE # 1 -

RESPECTFULLY SUBMITTED THIS 18th DAY OF JULY 2003.

*/s/ Mr. Allen Morsley*
MR. ALLEN MORSLEY #14718056
U.S.P. LEE COUNTY
P.O. Box 305
JONESVILLE VA. 24263

### CERTIFIICATE OF SERVICE

I , **MR. ALLEN MORSLEY** , THE PETITIONER IN THE ABOVE CASE , HEREBY CERTIFY , THAT A COPY OF **REQUEST** FOR EXSTENSION OF TIME , HAS BEEN FORWARDED BY MAIL TO , **ASSISTANT U.S.ATTORNEY MATHEW E. HAGGERTY . P.O. BOX** 11754 HARRISBURG PENNSYLVANIA . 17108-1754. OF THIS DO I AFFIX MY HAND.

*/s/ Mr. Allen Morsley*  THIS DAY 18th JULY 2003
MR. ALLEN MORSLEY

MR. ALLEN MORSLEY
NAME
14718056
REG. NO.
UNITED STATES PENITENTIARY
LEE COUNTY
Post Office Box 305
Jonesville, Virginia 24263-0305



PM 21 JUL 2003

office of the clerk

FILED
HARRISBURG, PA
JUL 24 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
middle district of pennsylvania
228 Walnut Street
P.O.box 983
Harrisburg, Pa. 17108

17108X0383 B099