## EXHIBITS   IN       SUPPORT   OF    ARGUMENTS

### EXHIBITS   A—TWO—J

## IN ORDERLY   FASHION

United States District Court
Eastern District of North Carolina

Alan Morsley

v.

United States

Criminal No. 93-102-07-CR-5-F
Civil No. 5: 97-CV-302-F

#1. (A).

Pursuant To 28 U.S.C. 2255 Motion To Reconsider

Now Comes Petitioners Response To This Honorable Courts Last Order Denying Petitioners Motion, Where This Court Found That Petitioner Abandoned His Claim Of Ineffective Assistance, Petitioner Reminds This Honorable Court Of His Objections At Trail As Well As His Pleading On Several Occasions Including Numerous Motions Asking This Court To View Petitioners Claim Of Ineffective Assistance.

Now Petitioner Submits Exibits A#1 B#2 C#3 D#4 For This Honorable Courts Unbiased Judgement. Petitioners Beleives His Conviction Should Be Vacated And Given A Knew Trial, By Empartial Judge And Jury. And If This Court Does Not Beleive It Is In The Best Intrest Of Justice, Please Consider This My Notice Of Appeal, Petitioner Would Also Like To Remind This Court That Counsel For Petitioner Violated Client Attorney Privileged Information In Open Court When He Filed As A Part Of The Record, A Letter That Petitioner Wrote To Him That Was Confidentaul, And Certanly Privileedged Information, Petitioner Has Also Stated On Record That The Transcript From This Case In Chief Were Tampered With In The Presence Of This Honorable Court, And Now Petitioner States Again That The Transcripts In My Case Have Been Altert In A Way That It Would Be Impossible For The Supreme Court To See That When This Honorable Judge Left The Court Room During My Trial How The District Attorney Had To Be Reminded By The Clerk Of Court That She Must Acknowledge Defendents Objections, Chief Clerk Of Court Said More Than On

#2

And then After Waiting For This Honorable Judge For 8-10 Minutes, This Officer of the Court Appeared, Over Ruled And Left the Trial Once Again Stating That He Would Be A Earshot Away,

Petitioner Beleives if This System of Justice Were Able To Function With Out A Judge, then This Justice System Would Be Left To The Powers of Goverment, Opening The Doors of Tyranny Which This Constitution Wrote Heartedly Opposed, For The Founding Fathers New Beyond A Shadow of A Doubt That Without A Impartial Judge The System Which They Had Set up Would Not Be Fair, Leaving Petitioners Counsel Completely Over Burdened With The Powers of Goverment Demonstrating Its Limitless Control in the Only Place The Constitution Garentey's Equal protection, And even When The Clerk of Courts in The Presence of The Jury; Called The District Attorney By Name, This Officer of The Court Continued To Go on, While petitioners Counsel Said Nothing And Only When The Clerk of Court Put Her Hand Over The Microphone, And Raise her Voice Did District Attorney For The Goverment Acknowledge, What Was Being Said To Her, And This All Took Place in Front of The Jury That I Maintained My Innocence So Help Me God,

Respectfully Submitted,
This 28th Day of Sept 1997

Nan Morsey

Pro, Se

"B.B CHAMBERS, CASE MANAGER"
Authorized By Act of July 7,
1955, To Administer Oaths

United States District Court
Eastern District of North Carolina

To The Clerk of Courts.

Criminal No. 93-102-07
Civil No 5:97-cv-302-F

My Name is Alan Morsley #147180-54,
I'm currently Being Held At Lewisburg Federal Prison,
I Wish To Make A Record of The Fact That The Prison
is, And Has Been On Emergency Lock Down Since
Aug 28, 1997,

I Ask That This Be Taken into Account
For My Delay in Response, As Well As
The Quality of My Motions

Sincerly

Alan Morsley
Alan Morsley

Notarial Seal
Jeffrey E. Fromm, Notary Public
Lewisburg Boro, Union County
My Commission Expires Jan. 29, 2001

# 1 (A). 1

October 13, 1997


Mr. Eric Nordman
Attorney at Law
1001 Eastwind Drive
Westerville, OH 43081

**Re:** **Amni Conoa**

Dear Mr. Nordman:

We have completed revisions on Mr. Conoa's §2255 based on his letter of September 30, 1997. Specifically, we made changes in the ineffective assistance of counsel section and the judicial misconduct section.  For Exhibit F, Mr. Conoa needs to attach the trial transcripts from p. 118-122.    Therefore, Mr. Conoa should inform us of his specific reasons why he believes he should be given a different judge.  Mr. Conoa now needs to file his Supplemental Memorandum in the District Court in order to complete the record for his appeal.

This concludes the research that NLPA will be preparing on Mr. Conoa's §2255 Motion.
If you have any questions please do not hesitate to contact us.

Sincerely yours:

*H. Wesley Robinson*

H. Wesley Robinson
Director of Case Analysis and Research


HWR/ksf

Encl.:  §2255 Motion

cc:    Amni Conoa
       Joan Mosley



**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

4530 Park Road, Suite 400
Charlotte, North Carolina  28209

ATTACHMENT 2-Z

LE:NC:RA:jms

Case No:  13550 93 4565 T

# 2 (A).

Report examined, approved
and recommended for
prosecution.

_____
Special Agent in Charge
Bureau of Alcohol,
Tobacco and Firearms

The Honorable James R. Dedrick
United States Attorney
Eastern District of North Carolina
310 New Bern Avenue, Suite 800
Raleigh, North Carolina  27601

This report relates to alleged violations of the Federal firearms
and conspiracy laws by Fletcher Johnson, et al, who between the
fall of 1991 and June 1993, did conspire to obtain firearms with
altered and obliterated serial numbers and receive firearms
transferred in violation of State and Federal record keeping
requirements and use firearms in connection with drug trafficking
crimes in Wake County, Eastern District of North Carolina.

<u>DEFENDANTS AND ARREST STATUS</u>

JOHNSON, Fletcher Junior - Arrested 7/8/93; Indicted 7/6/93.
                         - Arrested 6/11/93; Indicted 7/6/93.
                      ed 6/11/93; Indicted 7/6/93.
                      - Arrested 6/11/93; Indicted 7/6/93.
                    - Arrested 6/16/93; Indicted 7/6/93.
                    - Arrested 6/17/93; Indicted 7/6/93.
                  e - Arrested 7/8/93; Indicted 7/6/93.
                    - Arrested 7/8/93; Indicted 7/6/93.
DOE, John - a/k/a Raleek - Not arrested, Indicted 7/6/93.

32

ATTACHMENT 2-Z   continued

## ✹ STATUTES VIOLATED ✹

The above listed defendants are charged with violations of the following sections:

Section 371, chapter 19, Title 18, USC
Section 924(c)(1), chapter 44, Title 18, USC

As to ⋯            ___ (Additional)

## CHRONOLOGY OF EVENTS

In the late fall of 1991, Fletcher Junior Johnson, a licensed Federal firearms dealer began selling firearms without having the purchaser fill out the required ATF forms 4473 and or present him with the required North Carolina Pistol Permits.

(Exhs: 2, 3, 4)

On or about November 23, 1992, John Doe, a/k/a Raleek. a major drug trafficker who supplied crack cocaine
received a shipment of four Mac 10, 9mm handguns, with altered serial numbers, from Fletcher Johnson.

(Exhs: 3, 4, 12)

On or about December 16, 1992, John Doe, a/k/a Raleek. a major drug trafficker who supplied crack cocaine ⋯
received a shipment of fifteen Bryco .380 caliber pistols, with altered serial numbers, from Fletcher Johnson.

(Exhs: 3, 4, 12)

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
4530 PARK ROAD, SUITE 400
CHARLOTTE, NORTH CAROLINA 28209

AUG 1 8 1993

ATTACHMENT 1-Z

# 2 (A). 2

Case Number:   13550 93 4565 T

Honorable ~ _s _____
United States Attorney
Eastern Judicial District
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601-1461

Dear            ..

The enclosed criminal case report is submitted for
prosecution regarding violations of the federal
firearms laws by Fletcher Junior Johnson, et als.

From the fall of 1991 to May 1993, Johnson, then a
federally licensed firearms dealer, illegally
distributed over 1000 firearms to known drug
traffickers and convicted felons in the Johnston
County, North Carolina, area.

This case has been discussed with Assistant United
States Attorney ''              , and she is aware that
on July 6, 1993, the defendants were indicted by a
federal grand jury. We suggest this report be forwarded
to her attention.

If you need further information, please contact Special
Agent              at (919) 856·

                    Sincerely yours,

                Special Agent in Charge

Enclosure

| | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|
| INITIALS | | | | | |
| DATE | 8/16/93 | 8/16/93 | 8/17/93 | | |

13550 93 4565 T                           ATTACHMENT 3-Z

## CHRONOLOGY OF EVENTS--Cont.

On July 6, 1993, all the previously listed co-conspirators were
indicted in New Bern, NC, for 18 USC 924(c)(1), Use of a Firearm
During and in Relation to a Drug Trafficking Crime.  Additional
indictments included 21 USC 846(a) Conspiracy to Possess with
Intent to Distribute Cocaine, 18 USC 1342 Wire Fraud, 18 USC
924(h) Transfer a Firearm Knowing Such Firearms would be Used to
Commit a Drug Trafficking Crime, 18 USC 922(k) Possession of
Firearms with Altered and Obliterated Serial Numbers.

(Exhs: 13)

(Exhs: 4, 13)

## LIST OF WITNESSES AND EXHIBITS

1.    Tecs II Computerized Criminal History:

      A.    JOHNSON, Fletcher Junior
      B.
      C.
      D.
      E.
      F.
      G.
      H.
      I.    DOE, John

2.    Statement of                    , Special Agent of the Bureau
      of Alcohol, Tobacco and Firearms, Raleigh, North Carolina,
      telephone number (919) 856

3.    Criminal case report number 13530 93 2504 L, by
              , Special Agent, Bureau of Alcohol, Tobacco and
      Firearms, Fayetteville, NC, telephone (919) 483

4.    Statement of                    , Special Agent of the Bureau
      of Alcohol, Tobacco and Firearms, Raleigh, North carolina,
      telephone (919) 856·

4C.

34

*EXiBit #A-1*

*# 1.(B)*

January 18, 1994

TO:  Robert Cooper (Attorney)


   I would like to know if it in Court procedures for
the Judge and Juror to conversate during a on going
trial, which both parties are participants?

On December 3, 1993 I saw the Judge and a young male
Juror conversating together in the hallway of the
courthouse during a lunch break and they exited the
building on Prince Street and turned the corner on
Water Street.  This all took place during the Trial
in Wilmington North Carolina. The United States vs.
Alan Mosely AKA Omni Canoa, AKA Rahleek, AKA Roylee
and Baldhead.


                                    Sincerely,

                                    *Joan Mosely*

                                    Mrs. Joan Mosely

STATE OF NEW YORK
COUNTY OF QUEENS

Sworn before me this  19th day
of January 1994

*Edward Regula*

EDWARD REGULA
NOTARY PUBLIC, State of New York
No. 41-4616434
Qualified in Queens County
Commission Expires *Oct 3, 1995*

# 1.(B).1

January 18, 1994

TO: Mr. Robert Cooper   (Public Defender)

   This letter is in reference to a client (Alan
Mosley)  whom you have been representing throughout the
Trial of The United States vs. John Doe, AKA Rahleek,
AKA Baldhead.  I would like to bring to your attention
an incident which I witnessed, On December 3, 1993.
On this date at the Federal Court Building located in
Wilmington, North Carolina I witnessed the Judge Fox
and a male juror whom I did see throughout the trial
seated on the jury panel.  Upon dismissal for lunch re-
cess I noticed the Judge Fox, and the (male juror)
Walking together in the corridor indulging in conver-
sation, when they reached the first floor both the Judge
and juror exited out of the far left door apart from
the officers at the front entrance.  I would like to
know if this incident is acceptable during Trial
proceedings.

Sworn to before me this
19th day of January 1994

SHERYL R. SVENDSEN
Notary Public, State of New York
No. 24  4885715
Qualified in Kings County
Commission Exp. February 17, 1995

Sincerely,

Ms. Laurel Gardner

*Exibit # C-3*

\# 1. (C)

September 18, 1997


Laurel Gardner
119-15 147TH Street
Jamaica, New York 11436

Dear Madame/Sir:

I am forwarding this letter in reference to an incident that occurred during the trial of Federal
Inmate Alan Mosley #147-18-056, taken place in the Federal Court Building in Wilmington,
North Carolina, November 1993.It has been brought to my attention that the below events are
again needed to be addressed so I am again sending it .

During the trial the appointed Judge was seen by myself (Laurel Gardner) and Mrs. Joan Mosley
engaging in conversation with an appointed Juror on the case, both were leaving the building
together at lunch recess.This was brought to the attention of Alans court appointed lawyer Mr.
Robert Cooper, whom then advised us to put what we had saw in writing as well as notarized and
returned to him to present to the court on Mr. Mosleys behalf.

As for the documents they were never presented to the attention of the court nor mentioned again
throughout the trial. Mr. Cooper returned the documents to Mrs. Joan Mosley after Mr. Mosley
was sentenced.


Sincerely,

*Laurel Gardner*

Laurel Gardner

SHERYL R. SVENDSEN
Notary Public, State of New York
No. 24   4885715
Qualified in Kings County
Commission Exp February 17, 1999

1          THE COURT:  ALL RIGHT, SIR.

2          THE DEFENDANT:  I HAVE A NOTICE OF APPEAL RIGHT HERE.

3          THE COURT:  ALL RIGHT, SIR.

4          THE DEFENDANT:   AND THEN I GOT--I GOT TWO LETTERS

5    SAYING WHERE SOME PEOPLE IN THE COURTROOM WHERE THEY ALLEGED

6    SEEING THE JUDGE CONVERSATING (SIC) WITH THE JURORS--WITH ONE OF

7    THE JURORS.  MR. COOPER, HE SHOULD HAVE--

8          THE COURT:  ALL RIGHT, MR. MARSHAL, HE'S REMANDED TO

9    YOUR CUSTODY.

10         THE DEFENDANT:  THERE WERE THREE DIFFERENT ONES.

11         THE COURT:  THE SENTENCE OF SIX MONTHS FOR CONTEMPT

12   RUNS CONSECUTIVE TO ALL OTHER SENTENCES HERETOFORE IMPOSED.

13   WE'LL TAKE A RECESS TILL 1:00 O'CLOCK.

14         (WHEREUPON, THESE PROCEEDINGS CONCLUDED AT 12:05 P.M.)

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE
RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____          ___5-9-94___
TALLEY TAYLOR, CVR-CM                   DATE
OFFICIAL COURT REPORTER



# I. (D)

FORM LASER BOND A PENGAD/INDY 1-800-631-6989



# The North Carolina State Bar
## Office of Counsel

Carolin D. Bakewell
Counsel
**Counsel**

September 7, 1999

A. Root Edmonson, Deputy Counsel
Fern Gunn Simeon, Deputy Counsel
Clayton W. Davidson III, Deputy
Douglas J. Brocker, Deputy Counsel
Larissa J. Erkman, Deputy Counsel

Mr. Joseph M. Powell
PO Box 1000
14322-056
Lewisburg, Pa. 17837

Dear Mr. Powell:

This is in response to your letter of Aug. 31. There is no attorney licensed in the State of North Carolina by the name of Christine Blaise Hamilton, Christine B. Hamilton or Christine Hamilton.

Very truly yours,

Carolin Bakewell
Counsel

\# 1. (e)

208 Fayetteville Street Mall    Post Office Box 25908    Raleigh, NC  27611    (919) 828-4620    Fax (919) 821-9168

Roderick Black
Reg. No. 28287-054
P.O. Box 1000
Lewisburg, Pennsylvania 17837


September 28, 1999


Bar Counsel
North Carolina State Bar
OFFICE OF THE COUNSEL
P.O. Box 25908
Raleigh, North Carolina 27611


RE: Christine B. Hamilton - NC License to Practice Law.

Dear Bar Counsel:

Please provide me the year, month, and date Christine B. Hamilton was provided a North Carolina License to Practice Law in this State. If your records do not reflect the same, please advise me. Also, please do not deny me access to this information.

Thank you for your assistance in these matters. I await your expedite consideration because time is of essence.


Sincerely,

*Roderick Black*
Roderick Black

RB/jmp

No record
Not Licensed in N.C.          # 1.(e).1

*Ricky Clark*
Membership Secretary

RCS ATF R 3270.1

| DEPARTMENT OF THE TREASURY- BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | | 1. INVESTIGATION IS ☐ ROUTINE ☒ SENSITIVE ☐ SIGNIFICANT | Page 1 of __2__ pages |
|---|---|---|---|
| REPORT OF INVESTIGATION (Law Enforcement) | | | |

| 2. TO: Special Agent in Charge Charlotte Field Division Office | 3. MONITORED INVESTIGATION INFORMATION(*Number and Branch* ) CIP: CHARLOTTE FY-93 ORGANIZED CRIME/CRIMINALS REPORT 014-Q |
|---|---|

| 4. TITLE OF INVESTIGATION THE FLETCHER JOHNSON ORGANIZATION | 5. INVESTIGATION No. (*Include Suspect No.*) 13550-93-4565-T |
|---|---|

6. TYPE OF REPORT(*Check applicable boxes* )   7. BUREAU PROGRAM   8. PROJECT(S)

|   | | | | |   |   |
|---|---|---|---|---|---|
| | PRELIMINARY | | COLLATERAL (*Request* ). | X | TITLE I |
| | | | | | TITLE II |
| X | STATUS | | COLLATERAL (*Reply* ) | | TITLE VII |
| | | | | | TITLE II |
| | FINAL | | INTELLIGENCE | | TITLE XI |
| | | | | | TOBACCO |
| | SUPPLEMENTAL | | REFERRAL (*Internal* ) | | ALCOHOL |

| TITLE I | FIREARMS | | TARGETED OFFENDER |
| TITLE VII | | | TERRORIST/EXTREMIST |
| TITLE II | EXPLOSIVES | X | OCDE $\mp$ $\dagger$ |
| | | | ITAR |
| | | | SEAR |
| | | | OMO |
| | | | OTHER (*Specify* ) |

9. DETAILS:

### 90 DAY STATUS REPORT

Date Investigation Opened:  6/16/93
Date Case Report Submitted:  7/20/93
Date of Last Status Report:  9/22/94

This report relates to the investigation of violations of the Federal firearms laws by Fletcher Johnson et al, who between August 1992, to the present, did conspire to illegally possess and sell firearms in Raleigh, Eastern Judicial District of North Carolina.

### JUDICIAL STATUS OF DEFENDANTS

On November 2, 1994, I was contacted by AUSA _____ ___ reference to this investigation.  AUSA Hamilton stated that _____ __, Allen Morsley, and ___ _____ all have their appeals pending in the Fourth Circuit Court of Appeals.  ____ Morsley, _____ all appealed their guilty verdicts.  AUSA Hamilton further stated that she would keep me informed of any new developments in the status of their appeals.

# 1. (F).

| 10. SUBMITTED BY (*Name* ) | 11. TITLE AND OFFICE S/A - Raleigh, N.C. | 12. DATE 11/02/94 |
|---|---|---|
| 13. | 14. TITLE AND OFFICE RAC - Raleigh, N.C. | 15. DATE 11/2/94 |
| 16. APPROVED BY (*Name* ) | 17. TITLE AND OFFICE Special Agent in Charge | 18. DATE 11/8/94 |

ATF EF 3270.2 (5-90)

ALL OTHER                    WEAPONS                    05-27-93/0900              05

NA                                              NA

SUSPECT'S STATEMENT CONT:

\# 1 (G).

Roy Lee was another                                        dealt with him

approximately two to three times.  Roy Lee also dealt with      at times.

Roy Lee was living in a rooming house located at the corner of Bloodworth street

and Hargett street.

                    Roy Lee 15 guns              and five guns

Roy Lee know Andre

EXHIBIT    5

43

Det.

Bloodworth & Hargett -- Roy Lee

# 1.(6).1

EXHIBIT ___5___



# 1.(G).2

        They conversed, discussing the whereabouts of
Roy Lee, a/k/a Raleigh, a/k/a Baldhead.

EXHIBIT

13550 93 4565 T

Raleigh, a/k/a Baldhead.

# 1. (G). 3

EXHIBIT ___12___





# North Carolina Department of Correction
# Public Access Information System

W3C  WAI-A
WCAG 1.0

**Instructions:** Your search results are shown below. You may click on the DOC Number to display that offender's information.

| 4 Matches Found | | | Displaying matches 1-4 | | | |
|---|---|---|---|---|---|---|
| **Offender Name** | **DOC Number** | **Gender** | **Birth Date** | **Race** | **Supervison Status** | **Inmat Status** |
| ROY, LEE N. | 0669331 | MALE | 10/22/1925 | WHITE | INACTIVE | N/A |
| ROY, LEE R. | 0350771 | MALE | 10/05/1971 | BLACK | INACTIVE | INACTIV |
| ROYAL, LEE R. | 0353778 | MALE | 09/16/1955 | BLACK | INACTIVE | N/A |
| ROYCROFT, LEE | 0491186 | MALE | 04/20/1967 | WHITE | INACTIVE | N/A |

New Search

[ NC DOC Home Page    Main Menu ]

©2002 North Carolina Department of Correction.
All rights reserved.

*Revision: 1.13*
*Send comments to webmaster@doc.state.nc.us*

\# 1. (6) . 4

http://webapps.doc.state.nc.us/apps/offender_servlets/search2

7/27/2003

# New York State Department of Correctional Services
# Name Search Results - 07/27/03
### Back to NYS DOCS Home Page
### Back to Inmate Lookup Selection Menu

## Click on a DIN to view Inmate Information

| DIN | Inmate Name | Sex | Birth Date | Status | Facility | R |
|---|---|---|---|---|---|---|
| 91A0552 | RALEIGH, CURTIS | MALE | 09/25/1943 | RELEASED | CAYUGA | B |
| 91G1326 | RALEIGH, ROSALIE | FEMALE | 07/12/1939 | RELEASED | PARKSIDE | B |
| 92A3320 | RALIFORD, DAVID | MALE | 11/23/1967 | RELEASED | DOWNSTATE | B |
| 84A4768 | RALIK, ALLAH | MALE | 10/18/1952 | RELEASED | MID-ORANGE | B |

Information/Error Message:    NO INMATE ON FILE BEARING THE NAME RALEEK

Next 4 Inmate Names



# 1.(5).5

# New York State Department of Correctional Services
# Name Search Results - 07/27/03

Back to NYS DOCS Home Page
Back to Inmate Lookup Selection Menu

### Click on a DIN to view Inmate Information

| DIN | Inmate Name | Sex | Birth Date | Status | Facility | Race |
|-----|-------------|-----|-----------|--------|----------|------|
| 00B2512 | RALL, JUSTIN M | MALE | 05/20/1978 | RELEASED | ONEIDA | WHI |
| 87B0181 | RALL, MARTIN | MALE | 05/26/1966 | RELEASED | ELMIRA | WHI |
| 96A6489 | RALLEY, LUTHER | MALE | 12/03/1950 | RELEASED | QUEENSBORO | BLA |
| 02B1299 | RALLIGH, DALEVAN | MALE | 03/27/1985 | IN CUSTODY | GREENE | BLA |

Information/Error Message:          NO INMATE ON FILE BEARING THE NAME RALIQUE

Next 4 Inmate Names

#. 1. (G). 6



# North Carolina Department of Correction
# Public Access Information System

W3C WAI-A WCAG 1.0

**Instructions:** Your search results are shown below. You may click on the DOC Number to display that offender's information. # 1. (6) . 7

| | 151 Matches Found | | Displaying matches 76-100 | | | |
|---|---|---|---|---|---|---|
| **Offender Name** | **DOC Number** | **Gender** | **Birth Date** | **Race** | **Supervison Status** | **Inmate Status** |
| DOE, JOHN | 0369421 | MALE | 07/09/1967 | BLACK | INACTIVE | INACTIVE |
| DOE, JOHN | 0375470 | MALE | 07/27/1959 | BLACK | N/A | ACTIVE |
| DOE, JOHN | 0376065 | MALE | 08/08/1962 | BLACK | INACTIVE | INACTIVE |
| DOE, JOHN | 0378069 | MALE | 09/26/1958 | BLACK | INACTIVE | INACTIVE |
| DOE, JOHN | 0381985 | MALE | 07/31/1969 | WHITE | INACTIVE | INACTIVE |
| DOE, JOHN | 0383768 | MALE | 08/26/1958 | BLACK | INACTIVE | INACTIVE |
| DOE, JOHN | 0390846 | MALE | 11/23/1972 | BLACK | INACTIVE | ACTIVE |
| DOE, JOHN | 0396054 | MALE | 03/29/1968 | BLACK | INACTIVE | ACTIVE |
| DOE, JOHN | 0397626 | MALE | 02/04/1967 | BLACK | N/A | INACTIVE |

13550 93 4565 T

never sold bullets with the guns.   That he would always tell them to go to Wal-Mart or K-Mart.

That during this same time he was passing out fliers and business cards to advertise his business.  During the time he was a Mason, he would try to recruit people to become Masons in his lodge. This is how he met Val (LNU) and Andre (LNU).  Val told him to call him "Val" because it was so hard to pronounce his last name. This was during July and August of 92.   That they approached him about buying firearms and they took it from there.   That they talked about purchasing and ordering different types of weapons. That he had a few on hand and they would tell him which ones they liked and disliked, and they just took it from there.   Both Andre and Val bought .380's and .45's, 9mm's and Tec-9 type firearms. They would ask Johnson what he was charging for the guns and then they would give him the money and he would order the guns.   That he would give them guns with the numbers straight up or left on the guns, and as time went along, he would punch the numbers out. That as time went along, he would grind the numbers out.   The reason why he was punching the numbers out was because he was scared that the numbers would be traced back to him.   Then later on down the road he went to another method by trying to grind the numbers out to assure that the numbers would not get back to me. This process of changing numbers went on from November of 1992 to the early part of May 1993.   That he sold guns with the serial numbers punched out or ground out to Melvin (LNU), Stanley (LNU), Ricky (LNU), Troy (LNU), Jeff West and Anthony (LNU) as well as Val and Andre.  Andre usually purchased approximately twenty guns every two weeks, but he could have actually bought twenty per week if Johnson have would let him.

That in the beginning Val would buy 10 to 15 every two weeks but he slacked up a lot, stopped, took a break, and started doing five or six every two weeks.   The majority of the time these people would front the money for the guns and he would order them UPS, COD, and deliver the guns after he received them.   The dollar amount ranged for $2,000.00 to $4,000.00 per order and he usually placed anywhere from two to four orders per month.   That he would deliver Val's guns to a house on Swain Street in Raleigh, NC.  The address was 211 Swain Street.  It is a beige colored house.  Val's pager number is (919) 954-4079 or 4097, his home number is (919) 821-7273.  Sometimes Val would be by himself at his house but there would usually be boys in and out.

That Andre lives at 7282 Shellburne Drive, Raleigh, NC, in a townhome.  He lives there with his sister, his wife, approximately four or five males and a little girl.  Andre works at the airport.  He drives a red Jeep Cherokee and a silver sports car that resembles a Toyota Supra.  That he did not know what type of work Andre did at the airport.  That he always

2

# 1.(6).8        EXHIBIT ___12___

| DEPARTMENT OF THE TREASURY- BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | 1. INVESTIGATION IS | | Page 1 of |
|---|---|---|---|
| REPORT OF INVESTIGATION (Law Enforcement) | ☐ ROUTINE  ☒ SENSITIVE  ☐ SIGNIFICANT | | 3 pages |

| 2. TO: Special Agent in Charge Charlotte Field Division Office | 3. MONITORED INVESTIGATION INFORMATION(Number and Branch) CIP: CHARLOTTE FY-93   MONITOR F-13593-07 ORGANIZED CRIME/CRIMINALS REPORT 001 SENCE 056,059 spin-off |
|---|---|

| 4. TITLE OF INVESTIGATION THE FLETCHER JOHNSON ORGANIZATION | 5. INVESTIGATION No. (Include Suspect No.) 13550-93-4565-T |
|---|---|

| 6. TYPE OF REPORT(Check applicable boxes) | | 7. BUREAU PROGRAM | | 8. PROJECT(S) | |
|---|---|---|---|---|---|
| X PRELIMINARY | COLLATERAL (Request). | X TITLE I | FIREARMS | | TARGETED OFFENDER |
| | | TITLE II | | | TERRORIST/EXTREMIST |
| STATUS | COLLATERAL (Reply) | TITLE VII | | X | OCDETF |
| | | TITLE II | EXPLOSIVES | | ITAR |
| FINAL | INTELLIGENCE | TITLE XI | | | SEAR |
| | | TOBACCO | | | OMO |
| SUPPLEMENTAL | REFERRAL (Internal) | ALCOHOL | | | OTHER (Specify) |

9. DETAILS:

This investigation relates to suspected violations of the Federal firearms and drug laws by Fletcher Johnson and others in Raleigh, Eastern District of North Carolina.

licensee investigation conducted by _____ of the Fayetteville Field Division of former FFL Fletcher Johnson (13530 93 2504 L).

# T (G) 9

s and the investigative findings recommending prosecution of at least the following individuals as members of this conspiracy: Fletcher Junior Johnson; _____ . "Roy-Lee" LNU, a reputed area drug and dealer

| 10. SUBMITTED BY | 11. TITLE AND OFFICE S/A - Raleigh, N.C. | 12. DATE 06/16/93 |
|---|---|---|
| 13 | 14. TITLE AND OFFICE RAC - Raleigh, N.C. | 15. DATE 6/28/93 |
| 16. APPROVED BY (Name) | 17. TITLE AND OFFICE Special Agent in Charge | 18. DATE 7/6/93 |

ATF EF 3270.2 (5-90)



# North Carolina Department of Correction
# Public Access Information System

W3C WAI-A
WCAG 1.0

**Instructions:** Your search results are shown below. You may click on the DOC Number to display that offender's information.

#1.(6).10

| 11 Matches Found | | | Displaying matches 1-11 | | | |
|---|---|---|---|---|---|---|
| **Offender Name** | **DOC Number** | **Gender** | **Birth Date** | **Race** | **Supervison Status** | **Inmate Status** |
| LEE, ROY | 0017885 | MALE | 03/12/1959 | BLACK | INACTIVE | INACTIVE |
| LEE, ROY | 0237551 | MALE | 06/18/1962 | BLACK | INACTIVE | N/A |
| LEE, ROY | 0237780 | MALE | 09/15/1930 | WHITE | INACTIVE | INACTIVE |
| LEE, ROY A. | 0237781 | MALE | 09/19/1956 | WHITE | INACTIVE | INACTIVE |
| LEE, ROY F. | 0659826 | MALE | 10/24/1960 | WHITE | INACTIVE | N/A |
| LEE, ROY G. | 0238026 | MALE | 09/05/1955 | WHITE | INACTIVE | N/A |
| LEE, ROY H. | 0608110 | MALE | 08/13/1944 | WHITE | INACTIVE | N/A |
| LEE, ROY H. | 0640363 | MALE | 05/13/1938 | WHITE | N/A | INACTIVE |
| LEE, ROY W. | 0237782 | MALE | 08/09/1959 | BLACK | INACTIVE | INACTIVE |

| LEE, ROY FIELDS J. | 0659826 | MALE | 10/24/1960 | WHITE | INACTIVE | N/A |
| LEEKE, ROY | 0738801 | MALE | 04/04/1984 | BLACK | ACTIVE | N/A |

New Search

#1.(G).11

[ NC DOC Home Page     Main Menu ]

©2002 North Carolina Department of Correction.     Revision: 1.13
All rights reserved.     Send comments to webmaster@doc.state.nc.us

INDICTMENT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PO ☐ | 0417 | 05 | Assigned 1707 | ☐ WRIT | VS. ● Lori Anne Perry Hendricks | Case Filed Mo. Day Yr. 07 06 93 | Docket No. 00102 | Def. 009 |
| Mod. ☐ | | | Dist. transfer 120 | ☐ JUVENILE | | | | |
| Felony XX | District | Off | Judge/Magistr. | ☐ ALIAS  OFFENSE ON INDEX CARD ► | | No of Def's 9 | U.S. MAG. CASE NO | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | | DISM. NG | GUILTY NOLO |
|---|---|---|---|---|---|
| 21:846 | Conspiracy to Possess w/Intent to Distribute Cocaine. | Ct. 1 | 1 | ☒ | |
| 21:841(a)(1) | Possession w/ Intent to Distribute Cocaine Base. | Ct. 12 | 1 | ☒ | |
| 18:924(c)&2 | Use of a firearm during a drug Trafficking Crime. | Ct. 17 | 1 | ☒ | |
| 18:922(k) & | Possession & Receiving Firearms whch had the | | | | |
| 924(a)(1)(B) & | Manufacturer's Serial Number Removed, and | | | | |
| 2 | Altered. | Ct. 95 | 1 | ☒ | |

C. Inform.

21:856(a)(1) Maintaining a place for purpose of distr. cocaine base ☒

## II. KEY DATE

SUPERSEDING COUNTS

INTERVAL ONE
- ☐ arrest
- ☐ sum'ns
- ☐ custody
- ☐ appears - on complaint

KEY DATE 7-6-93

EARLIEST OF

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)
- XX Indictment filed/unsealed
- ☐ consent to Magr.
- ☐ trial on complaint
- ☐ Information
- ☐ Felony Waiver

KEY DATE 7-8-93  9-27-93

APPLICABLE

END INTERVAL TWO

a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☒ Supsdg ☐ Ind ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ JG/P Withdrawn

KEY DATE 9-27-93

APPLICABLE

END INTERVAL TWO
- ☐ Dismissal
- ☒ Plea ☒ guilty ☐ After N.G.
- ☐ Nolo ☐ After nolo
- ☐ Trial (vor dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT 9-27-93 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD Nolle ☐ Pros | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W P. ☐ W OP. | on def ☐ motion on gov't ☐ motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ► | INITIAL/NO. | OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT |
|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION: Date Scheduled ► / Date Held ► | | ☐ HELD FOR GJ OR OTHER PRO-CEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | ☐ REMOVAL HEARING / ☐ WAIVED ☐ NOT WAIVED | Tape Number | |
| COMPLAINT ► Date of Arrest | | OFFENSE (In Complaint) | | ☐ INTERVENING INDICTMENT | | |

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Show last names and suffix numbers of other defendants on same indictment/information:
01-Clyde Hendricks, 02-Adams, 03-Holley, 04-Leach, 05-Jordan, 06-Johnson, 07-Doe, 08-McKoy, 09-Lori Hendricks

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

ATTORNEYS  U.S. Attorney or Asst.

Christine Hamilton

Defense: 1 ☐ CJA. 2 XX Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other. 6 ☐ - PD. 7 ☐ CD

Rt. 1 Box 25 B
Norlina, N.C. 27563

Robert Hurley
P.O. Box 1029
Raleigh, N.C. 27602
919-833-3114

FPD WILL APPT
7/21/93 - appointed -
Lewis A. Thompson, III
P. O. Box 535
Warrenton, N.C. 27589

# 1. (H).

70 Days up: 8-16-93    SEN: 3/8/94-Wilm

### BAIL ● RELEASE

**PRE INDICTMENT**

Release Date ____
☐ Bail Denied  ☐ Fugitive ☐ Pers. Rec. ☐ PSA

AMOUNT SET $ ____

Conditions
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

Date Set ____
☐ Bail Not Made
Date Bond Made

**POST-INDICTMENT**

Release Date ____
☐ Bail Denied  ☐ Fugitive ☐ Pers. Rec. ☐ PSA

AMOUNT SET $ 100,000.00 unsec

Conditions
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

Date Set 7-8-93
☐ Bail Not Made
Date Bond Made

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | | C.D. NUMBER |
|---|---|---|---|---|---|
| See Docket - 01 | | | | | |

APPEALS FEE PAYMENTS

| DATE | | Yr. | Docket No. | Def. | ☐ MASTER DOCKET · MULTIPLE DEFENDANT CASE   PAGE☐ OF☐ | VI EXCLUDABLE DELAY | | | LETTE |
| | | 93-102-09-CR-5-F | | ☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | ☑ Start Date / End Date | Ltr Code | Total Days | |
| DOCUMENT NO. | | | | | | | | |

(OPTIONAL) Show last names of defendants                  **V. PROCEEDINGS**

LORI ANNE PERRY HENDRICKS
        **CASE ASSIGNED TO JUDGES FOX AND DIXON**

| 7-6-93 | 1 | **INDICTMENT::** cc: USA, USPO, PTS, USM, J. Fox, J. Dixon, calendar file, counter., deft |
| 7-8-93 | 2 | **MEMORANDUM::** requesting issuance of arrest warrant.  detention requested & returnable before a USMJ |
| 7-8-93 | 3 | **WARRANT FOR ARREST::** original & one to USM w/ indictment for service. cc: warrant to USA |
| 7-8-93 | -- | **INITIAL APPEARANCE::** Raleigh/Denson/ Recorded deft present w/o counsel  advised of charges, max. punishment, and rights,  govt does not move for detention.  deft. is released on specific conditions, $100,000.00 unsecured bond & 3rd party custody ot mother-in-law. |
| 7-8-93 | 4 | **APPEARANCE BOND::** (Denson)  100,000.00 unsecured. |
| 7-8-93 | 5 | **ORDER SETTING CONDITINS OF RELEASE::** (Denson)  cc: USA, USPTS, USM, deft.  |  | wsc |
| 7-12-93 | - | REQUEST FOR PRETRIAL SCHEDULING ORDER TO JUDGE DIXON. | wsc |
| | -- | Issued notice to appear for Rule 44c Hrg in Ral before USMJ Denson on 7/15/93 at 10:00 - lc: Denson, USA, USM, deft, Atty Hurley | vp |
| 7-14-93 | 6 | **ORDER ON PRETRIAL SCHEDULING::**(Dixon) -all pretiral conference by 7-28-93 -all pretrial motions by 8-9-93 -all responses by 8-19-93 -tentative trial date is 8-23-93. cc: USA, counsel, J.Fox , OB. 51 pg. 166 | wsc |
| 7/15/93 | -- | **Rule 44c Hrg** in Ral before USMJ Denson - Recorded - Both court and govt advised of possible confilicts that may arise - Lori Hendricks request court appted counsel | vp |
| | 7. | ORDER appting assigned counsel **(Denson)** - lc:  USA, PTS, FPD w/file | vp |
| 7-19-93 | -- | **RETURN ON WARRANT FOR ARREST** - received and executed 7/8/93 -Michael J. Fanelly - BATF | sr |
| 7/21/93 | --- | Advised by FPD that Mr. Thompson is atty. of record |
| | 8. | **NOTICE OF APPERANCE** - by ATty. lewis A. Thompson, III - w/cs. - lc: USPO, PTS, Judge Fox and M/J Dixon | sr |
| 8/6/93 | -- | Received fax copy of M/Ext. pretrial motions period w/ propo. order which ATty had sent to M/J Dixon - original supposedly in mail for filing.  (on left side of file) | sr |
| 8/9/93 | 9. | MOTION TO EXTEND PRETRIAL MOTIONS PERIOD by deft. |
| 8/9/93 | 10. | ORDER EXTENDING PRETRIAL MOTIONS PERIOD - allowed - extended until 8/19/93 - time for filing of motion until 8/19 - is excluded from Speedy Trial Act. computations 18 - 3161(h) (3)(B) (8) (B) (Wallace W. Dixon, M/J CR OB #   P    ) ent. 8/9/93 lc: USA & counsel for deft. | ag |
| 2/93 /93 | -- | **ISSUED NOTICE TO APPEAR** - set for arrgn. & trial on 9/27/93 at 9 A.M. in Raleigh before Judge Fox - lc: USA andMr. Thompson | sr |
| 9/9/93 | 11 | **MOTION TO AMEND INDICTMENT** - filed by govt - lc:  J. Fox | vp |
| 9/13/93 | 12 | **ORDER** - the govt's motion to amend the Indictment herein to correct a technical error is allowed **(Fox)** - lc:  USA, counsel, CR OB #52 pg # 144 | vp |

(handwritten in VI Excludable Delay column at 8/9/93 row: 8-9-93 / 8-9-93  | 1)

AO 442 (Rev. 12/85) Warrant for Arrest
================================================================

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

9356-0708-0325-G

UNITED STATES OF AMERICA                          WARRANT FOR ARREST

                    v.
JOHN DOE a/k/a "Raleek" a/k/a "Baldhead"
Address Unknown                    CASE NUMBER: 93- 102  -07-CR-5-F

To:  The United States Marshal
     and any Authorized United States Officer


     YOU ARE HEREBY COMMANDED to arrest __John Doe_____ and bring him
                                                    (name)
or her forthwith to the nearest magistrate to answer a(n)

     __XX__ Indictment _____ Information _____ Complaint _____ Order of Court

     _____ Violation Notice _____ Probation Violation Petition

charging him or her with  (SEE PAGE 2 FOR OFFENSE(S) DESCRIPTION)



in violation of Title __See Below__ United States Code, Section(s) __See Below_____

David W. Daniel_____      _Clerk of Court_____
Name of Issuing Officer              Title of Issuing Officer

_W. Daniel_____      _07/08/93 at Raleigh, N.C._____
Signature of Issuing Officer/Deputy  Date and Location

DETENTION IS RECOMMENDED.

                                     by U.S. Attorney_____
        # 1.(H).1                         Name of Judicial Officer

                                              FILED

| RETURN | OCT 8 1993 |

This warrant was received and executed with the arrest of the above named defendant at
_____                    E.D.N.C. RALEIGH

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 09-24-93 | William McQueen, S/A ATF | by [signature] DURHAM |

At a Criminal Term of the Supreme Court, held in and for Queens County at the Court House, Kew Gardens, Queens County, N. Y., on the **24th** day of **Oct.** 19 **83**

PRESENT:

Honorable **Leroy B. Kellam**

Justice of the Supreme Court.

Indictment No. **771-82**

THE PEOPLE OF THE STATE OF NEW YORK

vs.

**Allen Mosley**

Defendant

# 1. (I)

On 9/28/83 defendant plead guilty to Att Burglary 2nd degree.

WHEREUPON, it is ORDERED and ADJUDGED by the Court, that the said **Allen Mosley** as a youthful offender aforesaid, whereof he is adjudged, is sentenced to an INDETERMINATE sentence of imprisonment which shall have a maximum term of **three** years; (and the Court imposes a minimum period of imprisonment of **one** years), and that said defendant is committed to the custody of the State Department of Correction, and he shall be delivered to the Reception Center at Elmira, New York, there to be dealt with in accordance with the laws pertaining to his sentence. **Concurrent with sentence this date on Ind #640-83.**

From the evidence, it appears that the defendant is **19** years of age, and that the Information charges that the offense was committed on the **3rd** day of **March** , **82** .

Clerk

Sentence

Date **OCT 24 1983**       Part       < 4

' Deft. Atty. _____

Steno. _____

Verdict _____

_____

_____

_____

_____

_____

**PLEA**

Part ___ C4 ___ Date __SEP 2 8 1983__

Steno. _____ LEON SIEGEL
                COURT REPORTER

Defendant withdraws former plea and
pleads guilty ( before )- during
trial to _____

ATI Burg 2° O/Fel

_____

_____

Acceptance of plea recommended by

Stephen Foyer ___ A.D.A.

Counsel present Alfred Piliero

Justice ___ HON. LEROY B. KELLAM

**PENDING SENTENCE**

Committed ( ✓ ) Bail Continued ( )   ROR ( )

Sentence Date _____

( ) NACC exam ordered

( ) Psychiatric exam ordered - over

---

Predicate Felony Info Filed _____

Arraigned on Info _____

Admits ( )  Stands Mute ( )  Denies ( )

Justice _____ Part ____

Deft. Att'y _____

**SENTENCE**

Part __ C4 __ Date __OCT 2 4 1983__

Steno ARNOLD WARSHAWSKY
        COURT REPORTER

Counsel Present Alfred Piliero

Justice ___ HON. LEROY B. KELLAM

Arraigned on Narcotic Addiction

Admits ( )  Stands Mute ( )  Denies ( )

Sentence: _____ NYSOC

MIN. 1 yr

MAY. 3 yrs ___ ENT

CONCUR W/ IND. 1640/83

Penalty Assessment Revoked

( 4    ADVISED AND GIVEN NOTICE OF RIGHT TO APPEAL

Defendant advised pursuant 170.10 CPL ( )

Part _____ Date _____

Justice _____

Counsel Present _____

Plea W.R.N.G. 4/27/82

( ) Remanded _____

( ) Bail Fixed _____

( ) Bail Cont. _____ ( ) ROR

Assignment Cal _____ Part ____

( ) Court directs 18 B assignment

# 1. (I) . 2

---

PEOPLE vs. ___ ALLEN MOSLEY ___ Indictment No. __771-82__

On motion of Assistant District Attorney the indictment is amended to show the true name of the defendant as

5

1  AND THEN WE WILL PICK THE JURY.  IF HE WANTS TO PLEAD, MR.

2  COOPER, I WILL DO YOURS SECOND.

3           (BENCH CONFERENCE CONCLUDED.)

4           THE COURT:  MR. COOPER, LET ME GET THE QUESTION OF

5  YOUR CLIENT'S REPRESENTATION RESOLVED.

6           MR. KINOA, ALL RIGHT, DO YOU WANT MR. COOPER TO

7  REPRESENT YOU?

8           THE DEFENDANT:  WELL, I WANT MR. COOPER TO REPRESENT

9  ME.  I WANT TO REPRESENT MYSELF, ALSO.

10          THE COURT:  I'M SURE MR. COOPER WILL BE GLAD TO

11  DISCUSS EVERYTHING WITH YOU, BUT, DO YOU WANT HIM TO REPRESENT

12  YOU?

13          THE DEFENDANT:  SEE, IF I HAVE A CHANCE TO REPRESENT

14  MYSELF, THEN I HAVE A CHANCE TO PUT IN SOME MOTIONS THAT MR.

15  COOPER COULDN'T PUT IN.

16          THE COURT:  DO YOU WANT TO REPRESENT YOURSELF?

17          THE DEFENDANT:  AS I SAID, I WANT TO BE HELPED ALONG--

18          THE COURT:  MR. COOPER IS GOING TO ALLOW YOU TO HELP

19  HIM.  BUT IF HE REPRESENTS YOU, HE IS GOING TO BE THE PERSON

20  ADDRESSING THE COURT.  YOU CAN CONFER WITH HIM, YOU KNOW.  HE

21  WILL BE EXAMINING THE WITNESSES AND CROSS EXAMINING THE

22  WITNESSES AND DISCUSSING LEGAL ISSUES WITH THE COURT AND

23  REPRESENTING YOU ON YOUR BEHALF.  I'M SURE HE WILL BE DISCUSSING

24  MATTERS WITH YOU DURING THE COURSE OF THE TRIAL.

25          THE DEFENDANT:  I UNDERSTAND.  I WOULD LIKE TO


# 1. (J).

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

93-102-07-CR-5-F

| | |
|---|---|
| UNITED STATES OF AMERICA          )<br><br>          v.<br><br>JOHN DOE          ) | ) <br>)          REQUEST FOR NOTICE OF<br>)          GOVERNMENT'S INTENT TO PRESENT<br>)          EVIDENCE CONSISTENT WITH FED.R.<br>)          EVID. 404(b) AND INCORPORATED<br>)                    MEMORANDUM |

NOW COMES ANMI CONOA, who is alleged to be the Defendant,
JOHN DOE, by and through counsel, ROBERT L. COOPER, and moves
this Honorable Court to order the Government to give reasonable
notice in advance of trial, whether or not it intends to utilize
witnesses or evidence to establish other allegedly "bad acts" or
a "similar course of conduct" [Federal Rules of Evidence 404(b)]
not charged in the Indictment, and if the Government intends to
do so, then to require the Government to disclose the names and
addresses of the witnesses and the tangible evidence on which it
intends to rely in an attempt to establish same.

1. Defendant submits pretrial disclosure is necessary so that
Defendant may properly prepare to meet the government's proof,
confront his accuser, and to be ready to proceed, during
Defendant's case-in-chief, with affirmative evidence which will
clearly contradict and refuse the Government's proof as to Rule
404(b) evidence.

2. The elements of knowledge and intent, so critical to this
case, can only be established, if at all, by circumstantial
evidence. In this regard, the Government may seek to introduce
evidence of other acts and/or wrongs aside from those alleged in

# 1.(J).1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED
MAR 1 '94

No. 93-102-07-CR-5F

DAVID DANIEL, CLERK
U.S. DISTRICT COURT
E. DIST. NO. CAR.
ORDER

UNITED STATES OF AMERICA        )
                                )
        v.                      )
                                )
JOHN DOE, a/k/a ALLEN MORSLEY,  )
                    Defendant.  )

Counsel for the defendant in the above captioned matter has moved this court to withdraw from his current representation of the defendant.  Counsel contends that due to the deterioration of the relationship enjoyed between himself and the defendant, counsel can no longer effectively represent the defendant's interests.

Counsel's motion is DENIED.  The court is, however, cognizant of the tensions underlying this attorney-client relationship.

SO ORDERED.

This 25th day of February, 1994.

_____
JAMES C. FOX
United States District Judge

# 1. (J). 2.

3-1-94
cc: USA (Cooper)

CRIMINAL DOCKET U.S. District Court

| | | | Case Filed | Docket No. | Def. |
|---|---|---|---|---|---|
| PO ☐ 0417 05 1707 | MIDDLE vs. | Lori Anne Perry Hendricks | 07 06 93 | 00102 | 009 |

☐ JUVENILE   ☐ ALIAS   OFFENSE ON INDEX CARD ►

No of 9 Def's ► U.S. MAG. CASE NO ►

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY NOLO |
|---|---|---|---|---|
| 21:846 | Conspiracy to Possess w/Intent to Distribute Cocaine. Ct. 1 | 1 | X | |
| 21:841(a)(1) | Possession w/ Intent to Distribute Cocaine Base. Ct. 12 | 1 | X | |
| 18:924(c)&2 | Use of a firearm during a drug Trafficking Crime. Ct. 17 | 1 | X | |
| 18:922(k) & 924(a)(1)(B) & 2 | Possession & Receiving Firearms whch had the Manufacturer's Serial Number Removed, and Altered. Ct. 95 | 1 | | |

C. Inform.

21:856(a)(1) maintaining a place for purpose of distr. cocaine base | 1 | X

## II. KEY DATE

INTERVAL ONE — END AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — SUPERSEDING COUNTS — END INTERVAL TWO

| KEY DATE | | KEY DATE 7-6-93 | | KEY DATE 7-8-93  9-27-93 | | KEY DATE 9-27-93 | |
|---|---|---|---|---|---|---|---|

INTERVAL ONE:
☐ arrest
☐ sum'ns
☐ custody
☐ appears - on complaint

EARLIEST OF

APPLICABLE

END ONE:
XX Indictment filed/unsealed
☐ consent to Magr. trial on complaint
☐ Information
☐ Felony W/waiver

BEGIN TWO:
XX 1st appears on pending charge / R40
b) ☐ Receive file R20/21
c) ☐ Supsdg Ind/Inf
d) ☐ Order New trial
e) ☐ Remand
f) ☐ G/P Withdrawn

END INTERVAL TWO:
☐ Dismissal
☐ Pled ☐ Guilty ☐ After N.G.
☐ Nolo ☐ After nolo
☐ Trial (voir dire) began
☐ Jury ☐ N.J.

APPLICABLE

| 1st appears with or waives counsel | ARRAIGNMENT 9-27-93 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | FINAL CHARGES DISMISSED | |
|---|---|---|---|---|---|---|---|---|

☐ PTD Nolle ☐ Pros ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP ☐ on def motion ☐ on motion ☐ on gov't motion

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|---|
| Search Warrant ☐ Issued ☐ Return | | | INITIAL APPEARANCE DATE ► | | | ☐ DISMISSED HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT |
| Summons ☐ Issued ☐ Served | | | PRELIMINARY EXAMINATION ☐ Date Scheduled ► | | | |
| Arrest Warrant Issued | | | ☐ REMOVAL HEARING ☐ Date Held ► | | | HELD FOR GJ OR OTHER PRO CEEDING IN DISTRICT BELOW |
| ☐ COMPLAINT ► | | | ☐ WAIVED ☐ NOT WAIVED Tape Number | | | |
| Date of Arrest | OFFENSE (In Complaint) | | ☐ INTERVENING INDICTMENT | | | |

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Show last names and suffix numbers of other defendants on same indictment/information:
01-Clyde Hendricks, 02-Adams, 03-Holley, 04-Leach, 05-Jordan, 06-Johnson, 07-Doe, 08-McKoy, 09-Lori Hendricks

ATTORNEYS
U.S. Attorney or Asst.

Christine Hamilton

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

BAIL ● RELEASE

Defense: 1 ☐ CJA.   2 XX Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non / Other.   6 ☐ - PD.   7 ☐ - CD

Rt. 1 Box 25 B
Norlina, N.C. 27563

Robert Hurley
P.O. Box 1029
Raleigh, N.C. 27602
919-833-3114

FPD WILL APPT
7/21/93 - appointed -
Lewis A. Thompson, III
P. O. Box 535
Warrenton, N.C. 27589

# 1. (H).

70 Days up: 8-16-93    STEN: 3/8/94-winn

### PRE - INDICTMENT

| Release Date | |
|---|---|
| ☐ Bail Denied | ☐ Fugitive ☐ Pers. Rec. ☐ PSA |
| AMOUNT SET $ | Conditions ☐ 10% Dep. |
| Date Set | ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty ☐ Other |

### POST - INDICTMENT

| Release Date | |
|---|---|
| ☐ Bail Denied | ☐ Fugitive ☐ Pers. Rec. ☐ PSA |
| AMOUNT SET $ 100,000.00 unsec'd | Conditions ☐ 10% Dep. |
| Date Set 7-8-93 | ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty ☐ Other |

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | | C.D. NUMBER |
|---|---|---|---|---|---|
| See Co-deft.-01 | | | | | |

| DATE DOCUMENT NO. | | V. PROCEEDINGS | Ltr Code | | VI. EXCLUDABLE DELAY Start Date / End Date | Total Days |
|---|---|---|---|---|---|---|

93-102-09-CR-5-F

MASTER DOCKET - MULTIPLE DEFENDANT CASE   PAGE ___ OF ___
PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

(OPTIONAL) Show last names of defendants

**V. PROCEEDINGS**

LORI ANNE PERRY HENDRICKS

**CASE ASSIGNED TO JUDGES FOX AND DIXON**

| 7-6-93 | 1 | **INDICTMENT::** cc: USA, USPO, PTS, USM, J. Fox, J. Dixon, calendar file, counter., deft | |
| 7-8-93 | 2 | **MEMORANDUM::** requesting issuance of arrest warrant.   detention requested & returnable before a USMJ | |
| 7-8-93 | 3 | **WARRANT FOR ARREST::** original & one to USM w/ indictment for service.   cc: warrant to USA | |
| 7-8-93 | -- | **INITIAL APPEARANCE::** Raleigh/Denson/ Recorded deft present w/o counsel  advised of charges, max. punishment, and rights, govt does not move for detention.  deft. is released on specific conditions, $100,000.00 unsecured bond & 3rd party custody ot mother-in-law. | |
| 7-8-93 | 4 | **APPEARANCE BOND::** (Denson)  100,000.00 unsecured. | |
| 7-8-93 | 5 | **ORDER SETTING CONDITIONS OF RELEASE::** (Denson) cc: USA, USPTS, USM, deft. | wsc |
| 7-12-93 | - | REQUEST FOR PRETRIAL SCHEDULING ORDER TO JUDGE DIXON | wsc |
| | -- | Issued notice to appear for Rule 44c Hrg in Ral before USMJ Denson on 7/15/93 at 10:00 - 1c:  Denson, USA, USM, deft, Atty Hurley | vp |
| 7-14-93 | 6 | **ORDER ON PRETRIAL SCHEDULING::**(Dixon) -all pretrial conference by 7-28-93 -all pretrial motions by 8-9-93 -all responses by 8-19-93 -tentative trial date is 8-23-93. cc: USA, counsel, J.Fox , OB. 51 pg. 166 | wsc |
| 7/15/93 | -- | **Rule 44c Hrg** in Ral before USMJ Denson - Recorded - Both court and govt advised of possible conflicts that may arise - Lori Hendricks request court appted counsel | vp |
| | 7. | **ORDER** appting assigned counsel **(Denson)** - 1c:  USA, PTS, FPD w/file | vp |
| 7-19-93 | -- | **RETURN ON WARRANT FOR ARREST** - received and executed 7/8/93 -Michael J. Fanelly - BATF | sr |
| 7/21/93 | --- | Advised by FPD that Mr. Thompson is atty. of record | |
| | 8. | **NOTICE OF APPERANCE** - by ATty. lewis A. Thompson, III - w/cs. - 1c: USPO, PTS, Judge Fox and M/J Dixon | sr |
| 8/6/93 | -- | Received fax copy of M/Ext. pretrial motions period w/ propo. order which ATty had sent to M/J Dixon - original supposedly in mail for filing. (on left side of file) | sr |
| 8/9/93 | 9. | MOTION TO EXTEND PRETRIAL MOTIONS PERIOD by deft. | |
| 8/9/93 | 10 | ORDER EXTENDING PRETRIAL MOTIONS PERIOD - allowed - extended until 8/19/93 - time for filing of motion until 8/19 - is excluded from Speedy Trial Act. computations 18 - 3161(h) (3)(B) (8) (B) (Wallace W. Dixon, M/J CR OB #  P   ) ent. 8/9/93 1c: USA & counsel for deft. | ag |
| /2/93 /2/93 | -- | **ISSUED NOTICE TO APPEAR** - set for arrgn. & trial on 9/27/93 at 9 A.M. in Raleigh before Judge Fox - 1c: USA andMr. Thompson | sr |
| 9/9/93 | 11 | **MOTION TO AMEND INDICTMENT** - filed by govt - 1c:  J. Fox | vp |
| 9/13/93 | 12 | **ORDER** - the govt's motion to amend the Indictment herein to correct a technical error is allowed **(Fox)** - 1c:  USA, counsel, CR OB # 52 pg # 144 | vp |

8-9-93
8-9-93 | 1

CONTINUED TO PAGE ___








MR. ALLEN MORSLEY # 14718056
United States Penitentiary
U.S.P LEE COUNTY
P.O. BOX 305
JONESVILLE VIRGINIA, 24263.

FILED
HARRISBURG, PA

AUG 1 8 2003

MARY E. D'ANDREA, CLERK
Per _____

CLERK OF COURT

UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PENNSYLVANIA
17108.



PRIORITY
MAIL
UNITED STATES POSTAL SERVICE ™
WWW.USPS.GOV

LABEL 106R, OCT 1997

U.S. PENITENTIARY - LEE COUNTY
PO Box 900 - Jonesville, VA 24263
DATE ___8-3-03___
"Special / Legal Mail"

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has been
neither opened or inspected. If the writer raises a question
or problem over which this facility has jurisdiction you
may wish to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please return the
enclosed to the above address.