UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN MORSLEY,<br>  Petitioner | * | CASE # 1:01-CV-01003 |
| VS. | | |
| | * | **FILED**<br>HARRISBURG, PA |
| DONALD ROMINE,<br>  Respondent | | |
| | * | MAY 03 2004 |
| | * | MARY E. D'ANDREA, CLERK<br>Per _____<br>         Deputy Clerk |

NOTICE OF APPEAL

   NOW COMES , ALLEN MORSLY (hereinafter "Petitioner") submitting Notice of Appeal of United States District Judges Rulings in the above captioned matter , where petitioner continues to **litigate as pro - Se, litigant** . ( HAINES VS. KERNER  404 U.S. 519 30 LED.2d. 625 ....)

# 1.  Ruling  Denying motion for **Documentary Evidence** Filed **Feb .13th**
    ( In accordance with **28 U.S.C. Section 2247** Of FED.CIVIL.J.P.R.)

# 2.  Ruling Denying **Petition For Habeas Corpus** Filed **May . 28th 2001.**
    ( In Accordance with **28 U.S.C. Section 2241** Of FED. R. OF C. P.)

# 3.  Ruling Denying Motion for **Appointment of Counsel** (1-3)(begining)
    Filed **Dec 18th** . ( In accordance with **Title 18 U.S.A., [S]ection 3006 (a)(2)(3)(5)(g)** , And **Title 18 U.S.A. Section 1915 (a)(1)(e**
    And The **Due Process Clause** Of The **United States Constitution**-and
    In The " **Interest Of Justice** ".)

# 4.  Ruling Denying **[R]equest for Admissions** Filed **Oct. 26.2001/Reply Brief** Filed **Nov. 26. 2001** ( In accordance with **Rule 36 (a)Of Fed Rules** Of **Civil Procedure** )( Also **Reply Brief for** [D]ocumentary - [E]vidence Filed **June 23rd. 2003** )

# 5.  Ruling [D]enying **Motion To Amend To Conform To Evidence** File **Aug 7th 2003.** ( In accordance with **Rule 15(b)** Of Fed Rules Of Civil- Procedure / with **Incorporated Memorandum of Law** in Accordance w/ **59 (e) Motion** To **Alter and Amend Jugement** )

# 6.  Ruling [D]enying **59 (e) Motion** To **Alter and Amend Judgement.** In- Accordance  Federal Rules Of Civil Procedure ( **To "Prevent** " A" **[M]iscarriage Of Justice** .)


                              RESPECTFULLY SUBMITTED THIS   28th DAY OF APRIL
                              _____
                                         28TH DAY
                              MR. ALLEN MORSLEY # 14718056 U.S.P. LEE COUNTY
                              /s/ Mr. Allen Morsley

CERTIFICATE OF SERVICE

I ALLEN MORSLEY ' HERBY CERTIFIE UNDER THE PENALTYS OF PURJURY , THAT I HAVE PLACED SAID COPY OF NOTICE OF APPEAL OF DOCKET NUMBER 1:01-CV-01003 IN THE MAILBOX ADDRESSED TO CLERK OF COURT OF UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA THIS 28th DAY OF APRIL 2004. OF THIS DO I AFFIX MY NAME .

MR .ALLEN MORSLEY _/s/ Mr Allen Morsley_

_/s/ 28th Day of April_ 28th DAY OF APRIL



Mr Allen Moresley
NAME
14718056
REG. NO.
UNITED STATES PENITENTIARY
LEE COUNTY
Post Office Box 305
Jonesville, Virginia 24263-0305

Notice of Appeal
2004

Office Of Clerk -
United States District Court
Middle District Of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg PA 17108