UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**ALLEN MORSLEY**
   petitioner,

Vs.

**DONALD ROMINE**
   respondent,

CASE# 01-CV-01003

FILED
HARRISBURG
MAY 18 2004
MARY E. D'ANDREA, CLERK
Per _KN_
DEPUTY CLERK

NOTICE OF INTENT TO TO SUBMIT RULE 60(b) MOTION PURSUANT TO 60(b)(1)(2)(3)(4)(5)(6), OF FED. CIV. P.. TO STOP A GRAVE MISCARRIAGE OF JUSTICE

NOW COMES, **ALLEN MORSLEY**, (hereinafter "Petitioner") Appearing **pro se**, In the above captioned matter. Hereby **respectfully submiting** [J]udicial' [N]otice of the petitioners intent to submit Rule 60(b) Motion to relieve the petitioner of final [O]rder **filed July 31st 2003** [D]ismissing **Habeas-Corpus Petition** Pursuant to **28 U.S.C. section 2241**.

THE PETITIONER AVERS THE FOLLOWING :

#1.  The petitioner has filed **timely notice of appeal** ( April 28th 2004 )

#2.  The petitioner **Motion** For Reconsideration was **denied after** notice of Appeal had been Filed.

#3.  The Petitioner **Will** to the best of his ability ' attempt to Submit - 60 (b) Motion **Before** timely entering **notice** of **appeal** of **order Denying petitioners Motion For Reconsideration** [E]ntered **april 30th. 04** ( Doc. 57 ).

RESPECTFULLY SUBMITTED THIS 12th Day of May
MR. ALLEN MORSLEY  _/s/ Mr. Allen Morsley_

CERTIFICATE OF SERVICE

I, ALLEN MORSLEY HEREBY CERTIFY UNDER THE PENALTY OF PERJURY THAT I HAVE PLACED A COPY OF **NOTICE OF INTENT** WITH PRE-PAID POSTAGE AND CAUSED IT TO BE MAILED TO COUNSEL FOR THE RESPONDENT THIS _12th_ DAY OF MAY OF THIS DO I AFFIX MY HAND. MR. ALLEN MORSLEY _/s/ Mr. Allen Morsley_



NAME: Mr. Allen Moesley
REG. NO. 14718056
UNITED STATES PENITENTIARY
LEE COUNTY
Post Office Box 305
Jonesville, Virginia 24263-0305

May 12th, 2004

Office Of Clerk
U.S. District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pennsylvania 17108-0983