UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY
    petitioner,

VS.

DONALD ROMINE
    respondent,

CASE # 01-CV-01003

FILED
HARRISBURG, PA
MAY 18 2004
MARY E. D'ANDREA, CLERK
Per_____
    Deputy Clerk

**MOTION TO PROCEED IN FORMA PAUPERIS.**
**WITH ATTACHED AFFIDAVID**

NOW COMES , ALLEN MORSLEY , Appearing **Pro se,** in The Above Captioned Matter , And hereby Requests this Honorable Judge to Order that the- petitioner be allowed to proceed in forma pauperis . On March.28. 01 the petitioner submitted Habeas Corpus Motion . The Petitioners Mother **Ms. Joan Mosley** paid the 5.00 filing fee . The petitioner was Also Found **indegent** and unable to afford an attorney when he was for- cefully taken before alleged co-conspirators to be identified , and- ultimately caused to face charges inwhich he was **not** even charged . [T]hat was **Eleven (11)** Years Ago . Moreover the petitioner Is - being forced to pay ( 17.200 Dollar ) fine that the court ordered wi- th sentence of Life Imprisionment . The Petitioner has earned on- average **(9)**Dollars A Month ( When he Did Get Paid for Work ) yet he - has had Jobs that have Paid as Little as (5)Dollars A Month .The copy machine is worked by Debt cards ( That Cost 6.50¢ )( the Typing Ribb- ons Cost 8.45¢ )(The Correction tape Cost 8.45¢ **note** that the correc- tion tape price has been lowered to 6.35¢) Although you can type with out a correction tape . You can **not Type** without a ribbon , Nor can you copy without A Copy card . Any further Charges would unduly **pr- ejudice** the petitioner .

RESPECTFULLY SUBMITTED THIS 13TH DAY OF MAY

MR. ALLEN MORSLEY  /s/ Mr Allen Morsley

## AFFIDAVID

I , ALLEN MORSLEY UNDER THE PENALTYS OF PERJURY DO DECLARE THAT THE FORGOING IS TO AND CORRECT TO THE BEST OF MY KNOWLEDGE .

**#1.**
That I Have No Interest in any company / Bank / Stock / Or Promise .

**#2.**
That I have No Car / Home/ automobiles / or Other Valuable property- [O]ther Than My [C]hildren ( Who I am **Unable** to Support while in prison .

**#3.**
That Since my incarceration almost **11years** Ago ( I have been paid on Average **9.00$** A Month when I was paid at all .)

**#4.**
That I Am A poor Man .


Of This Do I Now Affix My hand under the Penaltys of Perjury This 12th Day Of May 2004 . Mr. Allen Morsley

12TH

Mr. Allen Morsley

CERTIFICATE OF SERVICE

I, ALLEN MORSLEY HEREBY CERTIFIE UNDER THE PENALTYS OF PREJURY THAT I HAVE PLACED A COPY OF **MOTION TO PROCEED** IN **FORMA PAUPERIS**- WITH ATTACHED AFFIDAVID WITH PRE-PAID POSTAGE IN THE MAIL BOX CAUSING IT TO BE MAILED TO COUNSEL FOR THE RESPONDENT THIS 12TH DAY OF MAY 2004. OF THIS DO I NOW AFFIX MY HAND . MR. ALLEN MORSLEY

12TH    /s/ Allen Morsley

