IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN MORSLEY, | : | CIVIL NO. 1:CV-01-1003 |
| Petitioner, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| DONALD ROMINE, | : | |
| Respondent | : | |

## ORDER

Allen Morsley, an inmate presently confined to the United States Penitentiary - Lee County, Jonesville,

Virginia, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, which was denied on

July 31, 2003. (Doc. 51). Before the Court is an application to proceed *in forma pauperis* in the United

States Court of Appeals for the Third Circuit filed by Petitioner. (Doc. 62). Petitioner's motion includes details

concerning his prison work wages, costs of copying documents and the costs of supplies needed for litigation.

He argues that his low wages, coupled with the high costs of litigation, preclude him from being able to pay the

requisite appellate fees. He also attaches an affidavit attesting to the fact that he has no assets and that he is

"a poor man." Based upon this information, the application will be granted.

NOW, THEREFORE, THIS 4th DAY OF JUNE 2004, IT IS HEREBY ORDERED

THAT the Petitioner's Application to proceed *in forma pauperis* on appeal (Doc. 62) is GRANTED

       S/ Yvette Kane
       YVETTE KANE
       United States District Judge