FILED
HARRISBURG, PA
JUN 2 8 2004
MARY E. D'ANDREA, CLERK
Per_____ Dep

# United States District Court
# Middle District of Pennsylvania

Morsley

VS.

Romine

Case# 01-CV-01003
J. Kane

## Notice of Appeal

Now Comes, Allen Morsley (Hereinafter "petitioner") herein respectfully submitting Notice of Appeal of Order entered April 30th 2004 Denying Motion For Consideration of inadvertent Ruling.

Respectfully Submitted
This 22nd Day of June 2004
Mr. Allen Morsley.

I, Allen Morsley, Hereby Certify under the penaltys of perjury that I have placed such Notice in the hands of Correction Officer who mans A-Block, To Be Mailed (Because prison is on emergency lock-down) I have also asked that said Officer place initials on marked space on envelope. Of this do I affix my hand the day 22nd June 2004

Mr Allen Morsley



Office of The Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108

NAME Mr. Allen Moresley
REG. NO. 14718056
UNITED STATES PENITENTIARY
LEE COUNTY
Post Office Box 305
Jonesville, Virginia 24263-0305

Dated June 22nd 04
Initial Officer