UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY
    Petitioner,
VS.

DONALD ROMINE
    respondent,

CASE# 1:01-CV-01003

### MOTION TO DISQAULIFY NON-ARTICLE III JUDGE FROM PROCEEDING OVER PETITIONERS RULE 60 (b)(1)(2)(3)(4)(5)(6), FED. R. OF CIV. P. AND OTHER PLEADINGS BEFORE THIS COURT

NOW COMES, ALLEN MORSLEY, (hereinafter "Petitioner") **Pro se**, Respectfully Moving this Honorable Court to **Void ab intito** any non-article III Judge As setout in Article III, 1 of The U.S. Const. The **Petitioner** Asserts that Setting of a non-article III Judge will Work Substantive Harm to his Claims as set forth therein his Rule 60(b) Motion pursuant to FED. R. Of CIV. P., in that An [A]rticle III Judge HAs Power Vested in / And Power to Act in Accord [W]ith The United States Constitution. And the [S]ame Power is Vested in [I]n ' the United States District Court, For the Middle District Of Pennsylvania.

RESPECTFULLY SUBMITTED /s/ Mr Allen Morsley
On this 30TH Day of July 2004

### CERTIFICATE OF SERVICE

I ALLEN MORSLEY HEREBY CERTIFY THAT I HAVE MAILED A COPY OF SAID MOTION TO COUNSEL FOR THE RESPONDENT, DONALD ROMINE ON SAME DAY 30TH DAY OF July 2004 OF THIS DO I AFFIX MY HAND /s/ Mr Allen Morsley
MR. ALLEN MORSLEY

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**\*\*\* ATTENTION CLERK \*\*\***      [ CASE # 1:01-CV-01003 ]

<u>**CONTENTS HEREIN**</u>

#1 . ( **ONE** )    MOTION TO DISQAULIFY NON-ARTICLE III JUDGE FROM PRECEEDING OVER PETITIONER RULE 60 (b) MOTION , AND <u>OTHER</u> PLEADINGS BEFORE THIS COURT .

#2 . (**TWO** )    MOTION TO CLARIFY THIS COURTS JURISDICTION [T]O HEAR AND ENTERTAIN THE MERITS OF PETITIONERS 60 (b) MOTION

#3 . (**THREE**)    MOTION TO VOID JUDGEMENT AND UNRELIABLE DETENTION PURSUANT TO RULE 60 (b)(1)(2)(3)(4)(5)(6), OF FED. R. OF CIV. P., TO STOP A GRAVE MISCARRIAGE OF JUSTICE DUE TO THE " DUE PROCESS " AND " JURISDICTIONAL DEFECTS " UPON WHICH THE JUDGEMENT AND ALLEGED CONVICTION [S]TANDS .

#4 . (**FOUR**)    CERTIFICATE OF SERVICES ATTACHED TO EACH MOTION CERTIFYING THAT RESPONDENT HAS BEEN MAILED COPYS OF ALL , MOTIONS .

RESPECTFULLY  *Mr Allen Morsley*
MR. ALLEN MORSLEY .
( Petitioner )

NAME **MR. ALLEN MORSLEY**
REG. NO. **14718056**
UNITED STATES PENITENTIARY
LEE COUNTY
Post Office Box 305
Jonesville, Virginia 24263-0305

office od the clerk

**UNITED STATES DISTRICT COURT**
**Middle district of Pennsylvania**
U.S. Courthouse
228 Walnut Street
P.O. BOX 983
HARRIS BURG , PA. 17108