UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY

VS.                                                    CASE # 1:01-CV-01003

DONALD ROMINE

MOTION TO CLARIFY THIS COURTS JURISDICTION
TO HEAR AND ENTERTAIN THE MERITS OF PETITIONERS
60(b)(1)(2)(3)(4)(5)(6) , MOTION

_____

NOW COMES , ALLEN MORSLEY ( hereinafter "Petitioner" ) appearing **pro se,** in the above captioned matter , who respectfully submits that - this court has jurisdiction to hear and entertain the **merits** of the petitioners rule 60(b) Motion pursuant to FED. R. Of CIV. P., To **Void** Judgement , [A]lleged Conviction to Cure **illegal [d]etention.** This True Due to the continued ' Miscarriage of Justice of his Continued illegal incarceration . to-wit , the petitioner submits among other evidence**[n]ew ' [c]ase Law In Support thereof** .

   #(1.)  **CRAWFORD VS. WASHINGTON**
   #(2.)  **DRETKE VS. HALEY**
   #(3.)  **BLAKELY VS. WASHINGTON**
   #(4.)  **DILTS VS. OREGON** ( remanded in light of Blakely )

All of which were **Decided** by the Supreme Court while the petitioners Appeal and **59(e)** motion were before this Honorable Court.

Respectfully Submitted

On this 30th Day of July 2004

CERTIFICATE OF SERVICE

I ALLEN MORSLEY HEREBY CIRTIFIE THAT I HAVE MAILED A COPY OF SAID MOTION TO COUNSEL FOR RESPONDENT DONALD ROMINE ON THIS DAY 30TH DAY OF July 2004 OF THIS DO I AFFIX MY HAND /s/ Allen Morsley