UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


**ALLEN MORSLEY**
    petitioner,

vs.

**DONALD ROMINE**
    respondent,

CASE# 1:01-CV-01003


MOTION TO VOID JUDGEMENT AND UNRELIABLE DETENTION
TO RULE 60(b)(1)(2)(3)(4)(5)(6), OF  FED. R. OF . CIV. P. ,
TO STOP A GRAVE MICARRIAGE OF JUSTICE DUE TO THE " <u>DUE PROCESS</u> "
AND " <u>JURISDICTIONAL DEFECTS</u> " UPON WHICH THE JUDGEMENT AND ALLEGED CONVICTION STANDS


NOW COMES , ALLEN MORSLEY (hereinafter "Petitioner") , appearing <u>**pro se**</u>, in the above captioned matter , respectfully submitting this Rule 60 (b) Motion Pursuant to FED. R. OF CIVIL . P. To **Void** Judgement and **Alleged** <u>Conviction</u> Due to the " Due Process " and " Jurisdictional Defects " involved to obtain alleged Conviction in the First instance .


<u>SPECIFICALLY</u> , THE PETITIONER AVERS THE FOLLOWING :

#1. <u>**ONE**</u> ]

Even [A]<u>ssuming</u> that there was an "Actual" **True Bill** (Indictment) ( For the sake of Argument of course ) As this court Ruled when D-enying Habeas Relief ' **Based** upon the United States District Court **Docket Sheet.** The District Court Judge ( James C. Fox) Who presided over the Petitioners Trial ' Nevertheless Allowed the petitioner to be **tried** , **Unconstitutionally** and Sentenced ( to [L]**ife Imprisonment** ) For charges that were not founded upon a grnad Jury [N]or presented to a Jury ,  and **proven beyond** a reasonable doubt. for Which the Petitioner **[S]till** Remains **"Actually"** and Factually" <u>**Innocent**</u> . ( Based upon the Jurys Verdict [A]lone )  SEE  <u>**BLAKELY.**</u> ( Also ) <u>**DILTS**</u> VS. <u>**OREGON**</u> , 03-9412(**remanded** in light of Blakely - by the Supreme Court ) BUT SEE  US. VS.  <u>**FREDRICK LEACH**</u> , No. 02 -172-14 2004 U.S. Dist. LEXIS 13291 Deciced july 13th in the - district court for the eastern District of Pennsylvania .

-1-

#2. **TWO** ]

That petitioners Trial attorney ( **Robert Cooper** )  The petitioners Appeal Attorney ( **Kevin Schad** ) And the Petitioners Post Conviction Attorney ( **Burt Pugash** ; who was disbarred while practicing [L]aw ) **Where [A]ll Ineffective** at Critical Stages Of the Petitioners Case.

#3. **THREE** ]

That **Before** this Honorable Court **Denied** Habeas Relief , The Court should have **first** considered whether the petitioner could "Show" Cause for and prejudice for Claims the Court ruled were **Defaulted**... SEE ( **DRETKE VS. HALEY** , No. 02-1824 )( Where the Supreme Decided On **May 3rd 2004** )(Holding)

" That a Federal Court Faced With Allegations Of Actual Innocence " [W]ether of Sentence or crime charged , Must [A]ddress all non-defaulted Claims for comparable relief **and** Other Grounds for Cause to **excuse** [T]he Procedural Default." ( the court went on to say ; [B]ecause the district Court Failed to **Consider alternative** grounds for relief urged by respondent ( Particularyley given the **availibilty** of inneffective assistance of Counsel Claim )( the Case was Remanded back to the Lower Courts)

#4. **FOUR** ]

that **Christine B. Hamilton** , [W]ho **Prosecuted** the Instant Case Against the Petitioner ' Was **[Un]-licensed** to [P]ractice Law In the [S]tate Of North Carolina . And **Because** Alleged [I]ndictment Bares the Signature Of Said Unlicensed [A]lone ; Ms. Christine B. Hamiltons Presence Before Alleged Grand Jury Was in Violation of rule **6(d)** , **Fed.R. Crim. P.** , Unauthorized Person Before A Grand Jury .

#5. **FIVE** ]

That petitioners Trial Suffered [S]**tructural** [D]**efect** that cannot be cuered by harmless error standards , Because it Goes to the Subject Matter ' Of the Trial Courts [J]urisdiction ( and further the Reliability of its outcome . SEE **MOTIMER** ( 3rd Cir. )

#6. **SIX** ]

That Federal Goverments Admission Of **Claude Sims** [t]estimony Against the [A]ccused [petitioner] Despite the Fact that Petitioner Had No prior opportunity to cross him , [a]lone is Sufficient to make out A **Violation** of The [s]ixth [a]mendment . Because It was thus the Bases for petitioner to be [S]uggestively Identified / For the Purpose of Trial . SEE **CRAWFORD VS. WASHINGTON** , ( Decided 5/2004

# 7. **SEVEN** ]

That Current Alleged <u>Federal</u> Conviction/ Sentence was defectively , " <u>Enhanced</u> " <u>based</u> upon " Actual Innocence " Of Carrer Criminal Statute . In [V]iolation Of [Y]outhfull [O]ffender **adjudication[s]** ( A gratuitous [C]reature Of [L]egislature .

RESPECTFULLY SUBMITTED THIS 30TH DAY OF JULY 2004
In Accordance with Local Rule **7.5** , Memorandum of Law will Be submitted Within 10 Working Days , <u>With</u> Motion To <u>Appoint</u> Counsel If' it is not Completed with other motions filed for this court Attention ; in the interest of Justice .

### CERTIFICATE OF SERVICE

I , ALLEN MORSLY , UNDER THE PENALTYS OF PERJURY , HEREBY CERTIFY THAT I HAVE PLACED A COPY OF SAID MOTION IN THE MAILBOX WITH POSTAGE PAID TO COUNSEL FOR THE RESPONDENT ON THIS 30TH DAY OF JULY 2004 . OF THIS DO I NOW AFFIX MY HAND /s/ Allen Morsley
MR. ALLEN MORSLEY.