UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN MORSLEY, petitioner, | : | CIVIL NO.1:CV-01-1003 |
| | : | |
| V. | : | |
| | : | |
| DONALD ROMINE, respondent, | : | |
| | : | |

FILED AUG 16 2004 PER HARRISBURG, PA DEPUTY CLERK

### MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES, ALLEN MORSLEY, (Hereinafter "Petitioner") Appearing **Pro se**, in the above captioned matter, And hereby respectfully moves this Court **by motion** to appoint counsel in the interest of justice. As the Petitioner 60(b) challenge ' Is **Also** a challenge of the " **Finding Of Violence** ", Pursuant to § 4B1.2, Of the Sentencing guidelines, Of his state court Att Burglary Conviction.

In Light Of **BLAKELY V. WASHINGTON**, 542 U.S.___ 2004, Petitioner Avers **that these "additional findings"** by Court Pursuant to' the **Guidelines [w]ere and remains** to be **uncostitutional** and there Judgements are "Void". Petitioner also alleges pursuant to **U.S. V. MIKALAJUNAS**, 186 F3rd. 490(4thCir. 1999), That he is Actually Innocent of any crimes of violence, that can be challenged only in the context of eligibility for application, of **Career** Offender or other habitual offender provisions under the Sentencing Guidelines.

**Blakely**, as plainly understood, makes the "additional"finding" that was not submitted to a jury a clear violation under the (6) Sixth Amendment, For which petitioner has spent the better part 10 years arguing with little success. It is note worth[y] that under the supreme courts ruling in **Blakely**, the petitioner sentence has all but expired when taking into account the enhancements such as Obstruction Of Justice And [C]ocaine [B]ase .. which were [n]ot submitted to a jury but the petitioner was sen- Under.

-1-

Petitioner using "**Blakely** V. **Washington**", 542 U.S. ___ 2004"; for it's " Probative Value " would seem that these enhancments also are called into question and the petitioner invokes such under 60 (b)(5).

At the core of § 4B1.2 , it sought to undermine the state fact - finding process by way of minipulating the elements of prior convictions Finalized . Where it is traditionally within the respective state legislateture to " define and enforce the criminal law under the proper Jurisdiction under which the conduct constituted a crime ". As noted within **Blakely** ,for its "probative Value "; petitioners Common Law Att. Burg additional finding of Violence ", would either have to be **stipulated** to [o]r submitted to a jury and proven beyond a reasonable doubt .

Because of time restraints , The petitioner can not at this' time go further / Or Submit reasons for appointment of counsel under Seperate Arguments .

Respectfully Submitted This 11th Day of Aug 2004

/Mr Allen Morsley/
MR . ALLEN MORSLEY

## CERTIFICATE OF SERVICE

I ALLEN MORSLEY HERBY CERTIFY UNDER THE PENALTYS OF PERJURY THAT I HAVE PLACED A COPY OF SAID MOTION IN THE MAIL BOX POSTPAID TO COUNSEL FOR THE RESPONDENT THIS 11TH DAY OF AUG 2004 OF THIS DO I NOW AFFIX MY HAND /Mr Allen Morsley/

NAME MR. ALLEN MORSLEY
REG. NO. 14718056
UNITED STATES PENITENTIARY
LEE COUNTY
Post Office Box 305
Jonesville, VA 24263

U.S. PENITENTIARY - LEE COUNTY
PO Box 900 - Jonesville, VA 24263

DATE 8-12-04

"Special / Legal Mail"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Filed Aug 16th 2004

17108#0383

office of the clerk
UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA
228 Walnut Street
P.O. BOX 983
HARRISBURG, PA. 17108


