UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANAIA

ALLEN MORSLEY,
        Petitioner,

V.

DONALD ROMINE,
        Respondent,

CIVIL NO.1:CV-01-1003
(Judge Kane)

## MOTION FOR LEAVE TO FILE MEMORADUM TO 60(b) MOTION OUT OF TIME

**NOW COMES**, ALLEN MORSLEY ( Hereinafter "Petitioner" ) appearing P**pro se**, In the above captioned matter , and hereby respectfully Moves this Honorable Court ' By Motion , For leave to file [m]emorandum of law for 60(b) , Motion Out of time . As the Petitioner has /. and <u>continues</u> to Request assistance of [A]ppointed Counsel .

The Petitioner Avers The Following :

#1.  The Petitioner has (2) Appeals Pending before the Third Circuit Court of-Appeals .

#2.  The Petitioners Arguments In 60 (b) Motion would be considered **Complexe[d]** For an attorney practiced in Law .

#3.  The Petitioner entends to " Show " tha there has been Fraud Commited upon The Court .

As This Honorable Judge Has **denied** motion for appointment of counsel when she waassured that the petitioner would not be [p]rejudiced for lack of counsel , th[e] Petitioner herein asserts that without leave to file said motion , The petition-would be **prejudiced** at this juncture .

CONCLUSION

Wherefore the Petitioner Respectfully Prays that this Honorable Judge Does Appoint Counsel / And Moreover **Grant** Motion For Leave to File **60 (b)** Memorandum Of law <u>Out Of Time</u>.   (note) ( Petitioners Ineffective Assistance Claim Covers (3)Three Different Attorneys. Coupled with petitioners **"ACTUAL INNOCENCE CLAIMS "**   The Interest Of Justice Demands that the petitioner be given and opportunity to be Meaningfully Heard  .

RESPECTFULLY SUBMITTED THIS 11th DAY OF AUG 2004

MR. ALLEN MORSLEY # 14718056

*/s/ Mr Allen Morsley*


CERTIFICATE OF SERVICE

I ALLEN MORSLEY, UNDER THE PENALTY OF PERJURY, HEREBY CERTIFY THAT I HAVE PLACED A COPY OF SAID MOTION IN THE MAIL BOX ON THIS 11th DAY OF AUG 2004 TO COUNSEL FOR THE RESPONDENT WITH PRE-PAID POSTAGE. OF THIS DO I AFFIX MY HAND THIS 11 DAY OF Aug 2004.

*/s/ Mr Allen Morsley*

-2-