BPS-22

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

NO. 04-2843

ALLEN MORSLEY,
Appellant,

v.

DONALD ROMINE

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civil No. 01-cv-01003)
District Judge: Honorable Yvette Kane

Submitted For Possible Summary Action
Under Third Circuit LAR 27.4 and I.O.P. 10.6
October 28, 2004

Before: RENDELL, FISHER and VAN ANTWERPEN, Circuit Judges.

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the order of the District Court entered April 30, 2004, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

Acting Clerk

Dated: November 9, 2004