IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALLEN MORSLEY,
    Petitioner

CIVIL NO.1:CV-011003

(Judge Kane)

VS.

DONLD ROMINE,
    Respondnet

FILED
HARRISBURG, PA

DEC 27 2004

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**NOTICE OF APPEAL**

**COMES NOW**, **ALLEN MORSLEY** (Hereinafter " Petitioner ") Appearing Pro-se, in the above captioned matter, Herein serves his Notice of appeal of **Orders** Submitted on **December 16th 2004** By District Court. Denying **Motion To Appoint Counsel / Motion To Void Judgement and Unreliable Detention** pursuant to FED.R.CIV.P.60 (b) / **Motion to Clarify the Courts Jurisdiction / Motion to Disqualify Non - Article III Judges From Considering 60 (b) Motion and all pleadings to:wit**. [A]nd Petitioners **Motion for an exstension of time to File Memorandum In Support Of Said Motion**.

RESPECTFULLY SUBMITTED THIS 20th DAY OF DEC 04

_Mr. Allen Morsley_ 14718056
MR. ALLEN MORSLEY # 14718056

CERTIFICATE OF SERVICE

I ALLEN MORSLEY HEREBY CERTIFY THAT I HAVE PLACED NOTICE OF APPEAL IN THE LEGAL MAILBOX OF THE U.S. POSTAL SERVICE THIS 20th DAY OF DEC 2004 ADDRESSED TO THE DISTRICT COURT, AS WELL AS TO THE U.S. ATTORNEYS OFFICE WHO REPRESENTS DONALD ROMINE. OF THIS DO I AFFIX MY HAND THIS 20th DAY OF DEC 2004   _Mr Allen Morsley_

NAME Mr. Allen Morsley
REG. NO. 14218056
UNITED STATES PENITENTIARY
LEE COUNTY
Post Office Box 305
Jonesville, Virginia 24263-0305

12-21-04

Office Of The Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108

Legal Mail
Dec. 20th 2004