CPS-132                                                                                   February 10, 2005

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **04-4748**

ALLEN MORSLEY

v.

WARDEN DONALD ROMINE

(M.D. Pa. Civ. No. 01-cv-01003)

Present:    ALITO, McKEE and AMBRO, <u>Circuit</u> Judges

Submitted is by the Clerk for possible summary action under I.O.P. 10.6, LAR 27.4 in the above-captioned case.

Respectfully,

Clerk

MMW/SR/dmm

_____ORDER_____

The District Court's order denying the appellant's various post-judgment motions is summarily affirmed because the appeal does not present any substantial issues. <u>See</u> our opinion in <u>Morsley v. Romine</u>, C.A. No. 04-2249.

By the Court,

A True Copy:

Marcia M. Waldron,
Clerk

/s/ Samuel A. Alito, Jr.
Circuit Judge

Dated: March 22, 2005
SLC/cc: Mr. Allen Morsley, #14718-056
        Stephen R. Cerutti, II, Esq.