# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 17, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Allen Morsley
v. Joseph V. Smith, Warden,
No. 04-10603
(Your No. 04-4748)

*01-cv-01003 MH*

*J. Kane*

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 24, 2005 and placed on the docket June 17, 2005 as No. 04-10603.

**FILED**
HARRISBURG, PA
JUN 2 4 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Sincerely,

William K. Suter, Clerk

by _____

Ruth Jones
Case Analyst