# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 3, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Allen Morsley
v. Joseph V. Smith, Warden
No. 04-10603
(Your No. 04-4748)

01-CV-0/003 H

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

FILED
HARRISBURG, PA

OCT 17 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk